```
 1        A.   I can't remember what cell block I was
 2   in.
 3        Q.   As a matter of fact, with respect to all
 4   these incidents in Harrison County Jail, you can't
 5   remember any of the names, can you, any of the
 6   names of any of the correctional officers?  Can
 7   you remember one name?
 8   MR. COOPER:
 9             When you say all incidents, you're
10   referring to the juveniles and --
11   MR. BRENDEL:
12             Right.  I'm referring to February 26th,
13   2005 and February 27th, 2005.
14        Q.   Can you remember any of the names of any
15   correctional officers on those dates?
16        A.   Yes.  Jackson.  I remember Taylor,
17   Thompson.
18        Q.   Okay.  I think we've gone over --
19   Jackson doesn't work in booking, right?
20        A.   No.
21        Q.   And Taylor doesn't work in booking,
22   right?
23        A.   No.
24        Q.   And Thompson, is it Thompson?
25        A.   I think it's Thompson.
```

SIMPSON BURDINE & MIGUES  (228) 388-3130



```
 1        Q.   He doesn't work in booking, right?
 2        A.   He wasn't working at that time.  I think
 3   he have worked in booking before.
 4        Q.   Was he working in booking at the time
 5   these incidents allegedly occurred?
 6        A.   No.
 7        Q.   Thank you.  Describe to me whether or
 8   not it was dark or light -- and I'm talking about
 9   the juvenile incident.  Okay?  What was it like in
10   the area where this had happened?  Was it dark,
11   was it light?
12        A.   It was light.
13        Q.   It was light?
14        A.   The lights was on.
15        Q.   What time of the day was it?
16        A.   I'd say anywhere from between 7:00 and
17   12:00.
18        Q.   Okay.  This incident with the juveniles,
19   it happened after you allege that your eye was
20   injured, right?
21        A.   Yes.
22        Q.   So at that time, was your eye working
23   correctly?  You say it was hurt a little bit.  Was
24   it working right?
25        A.   Yes.  It was just a little swole.
```

SIMPSON BURDINE & MIGUES  (228) 388-3130



```
 1       Q.   Okay.  They're in different areas.
 2            Do you have any personal knowledge of
 3   whether Rick Gaston was aware that this incident
 4   occurred before it happened?  I'm talking about
 5   the incident at the holding cell.
 6   MR. COOPER:
 7            Objection.  Calls for speculation.
 8       A.   No.
 9   MR. BRENDEL:
10       Q.   So you're not aware?
11       A.   I don't know.  No.
12       Q.   Was Rick Gaston present at the time of
13   this alleged incident that happened at the holding
14   cell?
15       A.   No.
16       Q.   Now, if I remember right, correct me if
17   I'm wrong, you allege it was a white officer who
18   was between the ages of 24 and 25 who you said hit
19   you in the eye?
20       A.   Yes.
21       Q.   You weren't following his instructions,
22   right?
23       A.   No.  I didn't stop beating on the door.
24   I stopped for a minute, and then I started back.
25       Q.   I want you to describe to the judge how
```



```
1      Q.   Not for your back?
2      A.   No.
3      Q.   Not for your eye?
4      A.   (Nodding head negatively.)
5      Q.   You've got to answer out loud.
6      A.   No.
7      Q.   Not for your shoulder?
8      A.   No.  Nothing but the doctor that I went
9  to when I got out.
10     Q.   Do you have any personal knowledge that
11 Rick Gaston made an agreement with anybody at the
12 Harrison County Jail to have you physically harmed
13 while you were present there?
14     A.   I don't know.
15     Q.   Pardon me?
16     A.   I don't know.
17     Q.   So you wouldn't have any reason to
18 dispute that he didn't make such an agreement?
19     A.   I don't know.
20     Q.   Would you have any reason to dispute it?
21     A.   Oh, no, I wouldn't have any reason to
22 dispute it.
23     Q.   And would your answer be the same with
24 respect to the people who worked in the Harrison
25 County Jail?
```




136

1   A.   Yes.

2   Q.   And what I'd like you to do is tell the
3   judge when exactly that picture was taken after
4   you were taken into the Harrison County Jail.

5   A.   When the picture was tooken, I can't
6   remember that.

7   Q.   Well, I'll try to jog your memory, then.
8        Was it taken shortly after you entered
9   the Harrison County Jail?

10  A.   No.  It wasn't taken shortly after.  It
11  was, I would say, probably about an hour after or
12  more.

13  Q.   An hour after.  And this incident that
14  you claim to have happened in the holding cell,
15  how many hours after you went to the Harrison
16  County Jail did that happen?

17  A.   Let's see.  Probably 30 minutes.  In
18  between me getting my picture taken and
19  fingerprinted.

20  Q.   So is it your testimony that this
21  alleged incident at the holding area happened
22  before you got your picture taken?

23  A.   Yes.

24  Q.   Has Rick Gaston ever used excessive
25  force against you?


SIMPSON BURDINE & MIGUES  (228) 388-3130



1   A.   No.

2   Q.   Do you have any personal knowledge of

3   any official policies or customs at the Harrison

4   County Adult Detention Center?

5   A.   No.

6   Q.   When you were booked in, did Rick Gaston

7   book you in?

8   A.   No.

9   Q.   Who booked you in?

10  A.   I can't remember who booked me in.

11  Q.   What did they look like?

12  A.   One of the guys was short, white, like I

13  said, low haircut.  And then he was the one that

14  booked me in.  The sergeant, he was just behind

15  the desk, behind the cage.

16  Q.   Well, the white individual that you were

17  describing before, how old was he approximately?

18  A.   Probably about in his 20s.

19  Q.   And if I remember right, there were two

20  individuals in the booking area or holding area?

21  A.   Yes.

22  Q.   Is it a fair statement that Rick Gaston

23  wasn't personally or physically present for any of

24  the incidents that you allege in your complaint?

25  A.   No.





138

1   Q.   He wasn't present?
2   A.   No.
3   Q.   Tell me again how much time you served
4   in Harrison County Adult Detention Center.
5   A.   Fifteen days.
6   Q.   So you weren't in there for very long,
7   were you?
8   A.   I was only supposed to serve seven days.
9   No. I had a sentence of 15 days, not to be served
10  day for day. So half of that would be seven days,
11  but they kept me 15 days.
12  Q.   Did any booking agent at the Harrison
13  County Jail assault you?
14  A.   What?
15  Q.   Did any booking agent at the Harrison
16  County --
17  A.   Booking officer, that's what you mean?
18  Q.   Agent, officer.
19  A.   Yes. The short guy.
20  Q.   Okay. And you're alleging that was the
21  white individual?
22  A.   Yes.
23  Q.   But you really don't have any personal
24  knowledge to know whether or not he was working in
25  booking because you can't remember his name,


SIMPSON BURDINE & MIGUES  (228) 388-3130



139

1  right?
2    A.   He was working in booking because there
3  wasn't but two officers in booking, the sergeant
4  and him.
5    Q.   Before the incident occurred in the
6  holding area, did you hear any of the officers
7  talk about physically assaulting you?
8    A.   No.
9    Q.   Have you gone to a psychologist or a
10  psychiatrist after this incident occurred?
11    A.   No.
12    Q.   Do you have any personal knowledge that
13  Rick Gaston deliberately wanted to cause you
14  physical injury at the Harrison County Adult
15  Detention Center?
16    A.   No.
17    Q.   Do you have any personal knowledge that
18  Rick Gaston acted recklessly with respect to
19  training his subordinates at the Harrison County
20  Adult Detention Center?
21    A.   No.
22    Q.   Do you have any personal knowledge that
23  Rick Gaston knew about the incident that we're
24  talking about right now that happened in February?
25  MR. COOPER:


SIMPSON BURDINE & MIGUES  (228) 388-3130



```
 1              Object.  Knew about it before or after?
 2   MR. BRENDEL:
 3              Sure.  With respect to the incident that
 4   occurred February 26th and 27th, 2005 at the
 5   Harrison County Adult Detention Center.
 6        A.    I don't know.
 7   MR. BRENDEL:
 8        Q.    Have you ever been diagnosed by a
 9   psychologist or psychiatrist with a mental
10   illness?
11        A.    No.
12        Q.    Have you ever been diagnosed by a
13   psychologist or a psychiatrist with a mental
14   illness after this incident?
15        A.    No.
16        Q.    Do you wear glasses?
17        A.    No.  But I need some.
18        Q.    Okay.  Have you ever seen an
19   ophthalmologist before?
20        A.    No.
21        Q.    So you've never had your vision checked?
22        A.    I just need them for reading.
23        Q.    You said you just need them for reading.
24              Did you get a prescription from an
25   ophthalmologist?
```


SIMPSON BURDINE & MIGUES  (228) 388-3130

