# EXHIBIT "B"

Case 1:06-cv-01006-LG-JMR     Document 109-5     Filed 07/07/08     Page 1 of 5



# MUNICIPAL COURT
## City of Gulfport
### 2200 - 15th Street
### Gulfport, Mississippi 39501
### 228-868-5855

IN THE MUNICIPAL COURT OF THE CITY OF GULFPORT
FIRST JUDICIAL DISTRICT OF HARRISON COUNTY, MISSISSIPPI

**CITY OF GULFPORT**  **PLAINTIFF**

VERSUS  *Golden*   DOCKET NUMBER *05-03-01*

*Bobby Joe Golden*  **DEFENDANT**

### JUDGEMENT ON PLEA

THIS CAUSE CAME TO BE HEARD this date, the Defendant having appeared in open Court in proper person, having been advised of the right to a trial on the issues, of the rights being waived by entering a plea of guilty, and having advised the Court that said Defendant desires to plead guilty to the charges set forth below. The court is of the opinion that the plea of guilty is freely, knowingly and intelligently made, that sufficient evidence exists to adjudge the Defendant guilty, and that the plea should be accepted. It is therefore,

ORDERED that the Defendant be sentenced as follows:

*Domestic Violence Simple Assault 2nd $ — 622*
*180 days jail, 165 days S/S, 15 days to serve*

IT IS FURTHER ORDERED that the above fine/sentence be implemented or paid as follows:

*not day for day — credit for T/S to be given*

SO ORDERED this the ___1___ day of ___Mar___, 20_05_.

*Total $622.00*

_____
MUNICIPAL COURT JUDGE

MITTIMUS BOND REDUCE / INCREASE

STATE OF MISSISSIPPI
HARRISON COUNTY
CITY OF GULFPORT

HCSO Docket # 269382

TO THE SHERRIF OF HARRISON COUNTY:
WE COMMAND YOU TO INCREASE OR REDUCE THE BOND:

AGAINST THE DEFENDANT:

Bobby Joe Golden

FOR THE CHARGE(S):

CASE # 05-007303   ORIGINAL BOND  N/A   NEW BOND 1000 Surety

CHARGES:
Domestic Violence Simple Assault

CASE # _____ ORIGINAL BOND _____ NEW BOND _____

CHARGES:

BOND CONDITIONS:
No violent contact with
Nida M. Cnales

THAT SAID DEFENDANT IS REMANDED TO YOUR SAFE CUSTODY UNTIL SUCH TIME AS BOND IS
MADE OR HE OR SHE IS RELEASED BY ORDER OF THE COURT.

WITNESS MY HAND THIS  1  DAY OF  March , 20 05 .

MUNICIPAL COURT JUDGE
Bill Atchison

Allison C Stachura
Deputy Court Clerk



```
                                                                            P. 1
         * * *  Transmission Result Report(MemoryTX) ( Mar. 1. 2005 10:09AM ) * * *
                                                                  1)
                                                                  2)

Date/Time: Mar. 1. 2005 10:08AM

File                                                                     Page
No. Mode            Destination               Pg(s)    Result         Not Sent
-------------------------------------------------------------------------------
9679 Memory TX      Jail  Booking             P. 1     OK


-------------------------------------------------------------------------------
      Reason for error
           E.1) Hang up or line fail          E.2) Busy
           E.3) No answer                     E.4) No facsimile connection
```

---

**MITTIMUS BOND REDUCE / INCREASE**

STATE OF MISSISSIPPI
HARRISON COUNTY     HCSO Docket # 369382
CITY OF GULFPORT

TO THE SHERRIF OF HARRISON COUNTY:
WE COMMAND YOU TO INCREASE OR REDUCE THE BOND:

AGAINST THE DEFENDANT:
Bobby Joe Golden

FOR THE CHARGE(S):
CASE # 05-007303   ORIGINAL BOND N/A   NEW BOND 1000 Surety

CHARGES:
Domestic Violence Simple Assault

CASE # _____   ORIGINAL BOND _____   NEW BOND _____
CHARGES: _____

BOND CONDITIONS:
No violent contact with
Neda M. Coates

THAT SAID DEFENDANT IS REMANDED TO YOUR SAFE CUSTODY UNTIL SUCH TIME AS BOND IS
MADE OR HE OR SHE IS RELEASED BY ORDER OF THE COURT.

WITNESS MY HAND THIS 1 DAY OF March, 20 05.

                                       _____
                                       MUNICIPAL COURT JUDGE
                                            Bill Atchison
_____
Deputy Court Clerk



IN THE MUNICIPAL COURT OF THE CITY OF GULFPORT
FIRST JUDICIAL DISTRICT, HARRISON COUNTY, MISSISSIPPI

CITY OF GULFPORT                                                                                  PLAINTIFF

VERSUS                                                     DOCKET / CASE NO. __050 07303__

Bobby Golden                                                                                      DEFENDANT

### ORDER OF PROBATION

THIS cause having come on this day to be heard before this Court and the Defendant, now present before this Court, and having entered a:

PLEA OF: __✓__ GUILTY; _____ NO CONTEST; _____ OR HAVING BEEN TRIED AND BEEN FOUND GUILTY.

You are hereby placed on probation for a period of __12__ MONTHS FOR THE FOLLOWING OFFENSE(S):

CT. 1 _____  CT. 2 _____
CT. 3 _____  CT. 4 _____

YOU ARE HEREBY ORDERED TO COMPLETE THE FOLLOWING CONDITIONS:

1. _____ Obtain valid driver's license.
2. _____ M.A.S.E.P.
3. _____ Victim Impact Panel.
4. _____ Immobilize all vehicles registered to defendant.
5. _____ Ignition interlock device.
6. _____ Abstain from use of alcoholic beverages; Nonprescribed and/or illegal drugs.
7. _____ Prohibited to frequent any establishment whose primary business is to sell alcoholic beverages.
8. __✓__ Submit to random urinalysis.
9. _____ Serve ___ days house arrest supervised by Court Programs of Mississippi.
10. __✓__ Serve __182__ days/months incarceration in the Harrison County Jail;
    __182__ Suspended _____ Instanter _____ Credit for Time Served _____ days / months.
11. _____ Substance Abuse _____ Psychological _____ Evaluation and Treatment if recommended, and all costs incurred therefore.
12. __✓__ Anger Management Evaluation and/or Treatment if recommended, and all cost incurred therefore.
13. _____ No violent/unnecessary contact with victim(s).
14. _____ Letter of apology _____ Barred from Store _____ No Trespassing.
15. __✓__ Make restitution to victim(s) for all property damage and personal injury expenses.
16. _____ Report for employment evaluation.
17. __✓__ Pay all past due fines.
18. _____ General Education Diploma.
19. _____ NO VIOLATION OF LAW.
20. _____ Hours Community Service Work within _____ DAYS/MONTHS/PROBATION PERIOD.
21. _____ Other _____

You are hereby placed on notice that the court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation, or may discharge you from further supervision; and that if you violate any of the conditions of your probation, you may be arrested and the court may revoke your probation, adjudge you guilty and impose any sentence which it may have imposed before placing you on probation. It is further ordered that the Clerk of Court file this order in his/her office record the same in the Minutes of the Court.

SO ORDERED this the __1st__ day of __March__, 2005.

_____
GULFPORT MUNICIPAL COURT JUDGE

WHITE (COURT)                    YELLOW (DEFENDANT)                    PINK (CT. PROGRAMS)

