IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BOBBY J. GOLDEN                                                              PLAINTIFF

VERSUS                                                        CASE NO. 1:06cv1006LG-JMR

HARRISON COUNTY, MISSISSIPPI;
SHERIFF GEORGE PAYNE, OFFICIALLY AND
IN HIS INDIVIDUAL CAPACITY; LEE OATIS
JACKSON, OFFICIALLY AND IN HIS
INDIVIDUAL CAPACITY; MAJOR DIANNE
GASTON-RILEY, OFFICIALLY AND IN HER
INDIVIDUAL CAPACITY; CAPTAIN RICK
GASTON, BOOKING SUPERVISOR,
OFFICIALLY AND IN HIS INDIVIDUAL CAPACITY;
CAPTAIN PHILLIP TAYLOR, OFFICIALLY
AND IN HIS INDIVIDUAL CAPACITY; JOHN
DOES 1-5, OFFICIALLY AND IN THEIR INDIVIDUAL
CAPACITY                                                         DEFENDANTS

## AFFIDAVIT

PERSONALLY appeared before me, RICK GASTON, who, after being placed under oath, did depose and state the following to-wit:

1. I am not a convicted felon and am of sound and disposing mind and memory, and have personal knowledge to all facts contained in this Affidavit.

2. I have never talked to Bobby J. Golden.

3. I have never heard Bobby J. Golden speak.

4. I have never heard, been made aware of, nor had any knowledge of any misconduct in the Booking Department, or by any of the Booking Department Officials, at the Harrison County Adult Detention Center at all relevant times to this lawsuit.

5. I have never heard, been made aware of, nor had any knowledge of any mistreatment to Bobby J. Golden by any employee employed in the Booking Department at the Harrison County Adult Detention Center at all times relevant to this lawsuit.

6. At all relevant times in this lawsuit, I was acting within the course and scope of my employment as Supervisor of Booking, with the rank of Captain, at the Harrison County Adult Detention Center.

7. At all relevant times in this lawsuit, myself and my subordinates were abiding by official



policy at the Harrison County Adult Detention Center.

8. I did not conspire with any individual to harm Bobby J. Golden.

9. I am not aware of any instance wherein any of my subordinates while employed as Booking Supervisor at the Harrison County Adult Detention Center, at all relevant times herein, spoke of harming any inmate, including Bobby J. Golden.

10. I am not, and was not, aware of any pattern of misconduct by Booking officers at the Harrison County Adult Detention Center, at all relevant time in this lawsuit.

FURTHER AFFIANT SAYETH NOT.

_____
RICK GASTON

SWORN TO AND SUBSCRIBED BEFORE ME, THIS 2nd DAY OF July, 2008.

_____
NOTARY PUBLIC

My Commission Expires:
MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES APRIL 15, 2010
BONDED THRU STEGALL NOTARY SERVICE

