IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BOBBY J. GOLDEN**  **PLAINTIFF**

**VERSUS**  **CASE NO. 1:06cv1006LG-JMR**

**HARRISON COUNTY, MISSISSIPPI;
SHERIFF GEORGE PAYNE, OFFICIALLY
AND IN HIS INDIVIDUAL CAPACITY;
LEE OATIS JACKSON, OFFICIALLY AND
IN HIS INDIVIDUAL CAPACITY; MAJOR
DIANNE GASTON-RILEY, OFFICIALLY
AND IN HER INDIVIDUAL CAPACITY;
CAPTAIN RICK GASTON, BOOKING
SUPERVISOR, OFFICIALLY AND IN HIS
INDIVIDUAL CAPACITY; CAPTAIN
PHILLIP TAYLOR, OFFICIALLY AND IN
HIS INDIVIDUAL CAPACITY; JOHN DOES
1-5, OFFICIALLY AND IN THEIR INDIVIDUAL
CAPACITY**  **DEFENDANTS**

STATE OF MISSISSIPPI

COUNTY OF HARRISON

### AFFIDAVIT OF WARDEN DONALD CABANA
### HARRISON COUNTY SHERIFF'S OFFICE

PERSONALLY CAME AND APPEARED BEFORE ME the undersigned authority in and for the County and State aforesaid, the within named, DONALD CABANA, who, after first being duly sworn by me on his oath, did depose and state the following:

1. My name is DONALD CABANA, and I am over the age of twenty-one (21) years. I am a Major with the Harrison County Sheriff's Office and I am the Director of Corrections for the Harrison County Adult Detention Center and

Page 1 of 3



have held this position since August 18, 2006. I have personal knowledge of the matters and facts contained in this Affidavit and I am competent to testify to the matters stated herein.

2. As Director of Corrections for the Harrison County Sheriff's Office, I have first hand knowledge of the maintenance and/or storage of records of the Harrison County Sheriff's Office for the Adult Detention Center and what those records reflect, including inmate medical records, inmate court records, and policies of the Harrison County Sheriff's Office.

3. I have attached hereto as **Exhibit "1"** relevant portions of Bobby Golden's inmate records. They are a true and correct copy of Plaintiff's inmate records contained in the files of the Harrison County Adult Detention Center, which are maintained in the regular course of the law enforcement function of the Sheriff of Harrison County and the Harrison County Adult Detention Center, and were generated in the regular course and pursuant to the regular activities of and duties imposed by law upon the office of the Harrison County Sheriff and made at or near the time of the matters set forth or from information transmitted by, a person with knowledge of those matters.

4. I have attached hereto as **Exhibit "2"** relevant portions of Golden's medical records contained in the files of the Harrison County Adult Detention Center, which are maintained in the regular course of the law enforcement function of the Sheriff of Harrison County and the Harrison County Adult Detention Center, and were generated in the regular course and pursuant to the regular activities of and duties imposed by law upon the office of the Harrison County Sheriff and made at or near the time of the matters set forth or from

information transmitted by, a person with knowledge of those matters.

I certify the above declaration is true and correct under penalty of perjury.

_____
Affiant/Donald Cabana
Harrison County, Mississippi

Sworn to and subscribed before me on this the ___7th___ day of ___July___, 2008.

_____
Notary Public

My Commission Expires:

_____

(SEAL)   MISSISSIPPI STATEWIDE NOTARY PUBLIC
         MY COMMISSION EXPIRES NOV. 26, 2008
         BONDED THRU STEGALL NOTARY SERVICE

Page 3 of 3

# UNIFORM ARREST/BOOKING FORM

**Case Number:** 05-007303

**Jurisdiction:** Gulfport ☒ (Biloxi ☐, Long Beach ☐, Pass Christian ☐, D'Iberville ☐, Harrison County ☐, Other ☐)

**Full Name of Person Arrested:** Golden, Bobby Joe
**Alias/Maiden/Nickname:** None
**Address of Defendant:** 8254 Louisiana Ave, Gulfport, MS
**Home Telephone Number:** Refused
**DL State:** MS
**DL Number:** 435117575 — ☒ Suspended
**DL Type:** ☒ Operators
**DL Expiration Date:** unk
**Occupation and Employer:** Refused
**Social Security Number:** ☒ Same as DL

**Age:** 40
**Sex:** M
**Race:** B
**Height:** 603
**Weight:** 180
**Hair:** B
**Eyes:** Bro
**Scars, Birth Marks, Tattoos, Amputations:** None
**Date of Birth:** 04/06/1964
**Place of Birth:** Refused
**Contact in Event of Emergency:** Refused

**Date of Arrest:** 02/26/05
**Day of Arrest:** Sa
**Time of Arrest:** 0137
**Location of Arrest:** 2207 31st St. Gulfport, MS 39501

**Charge/Offense:** Domestic Violence (Simple Ass. Req. med) — ☒ Misdemeanor
**Date of Offense:** 02/26/05
**Court Date/Time:** Pending
**Bond Amount:** Pending

**Custody Status:** ☒ County Jail
**Court:** ☒ Municipal Court — 1st
**Check All Items That Apply:** ☒ Drunk, ☒ Resistive, ☒ Belligerent

**Arresting Officer:** 6620 M. Joseph
**Transporting Officer:** 6620 M. Joseph
**How was Arrest Made?** ☒ On Call

**Property Seized?** ☒ No
**Telephone Call:** ☒ No
**Detective Notified:** ☒ No
**Individual Armed:** ☒ No
**Vehicle Towed?** ☒ No
**Hold Placed On Vehicle?** ☒ No
**Supervisor Notified:** ☒ No

**Facility:** Adult Detention
**Release Date/Time:** 03/3/05
**Officer:** 190 IS Smith
**Docket #:** 269382

**What Prompted Arrest:** Golden was arrested at the above location for simple assault requiring medical (Domestic Violence)

**EXHIBIT A-1**

# GULFPORT POLICE DEPARTMENT
## OFFENSE REPORT

☐ Juvenile Involved

**Case Number:** 05-007303

**Offense:** DOMESTIC VIOLENCE (SIMPLE ASSAULT REQUIRING MEDICAL)
**Offense:** TRESPASSING; SIMPLE ASSAULT; MALICIOUS MISCHIEF
**Location of Offense / Block #:** 2207 31ST ST GULFPORT, MS
**Zip Code:** 39501  **Area:** A3  **Firm Name, If Commercial:** N/A
**Offense Occurred Date:** 02/26/2005 to Date 02/26/2005
**Time:** 01:09 to Time 01:13
**Date Reported:** 02/26/2005  **Time Reported:** 01:13
**Days of Week When Offense Occurred:** Sa  **Shift:** 3

**1. Victim's Full Name:** CNALES, NIDA MICHELLE
- **Victim D.O.B.:** 03/21/1976  **Sex:** F  **Race:** B  **SSN:** 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
- **Home Address:** 2207 31ST ST GULFPORT, MS 39501
- **Employer/School:** UNEMPLOYED
- **Home Telephone:** (228) 865-0744

**2. ☒V ☐RP ☒W ☐P  Full Name:** PHILLIPS, EARNEST EARL
- **Victim D.O.B.:** 05/14/1958  **Sex:** M  **Race:** B  **SSN:** 587083750
- **Home Address:** 4809 INDIANA AVE GULFPORT, MS 39501
- **Employer/School:** 256 OAK ST. BILOXI, MS 39530
- **Home Telephone:** (228) 669-9016
- **Business Telephone:** (228) 868-4853

**3. ☐V ☐RP ☐W ☐P**

**Victim-Suspect Relationship:** ☒1 Acquaintance
**Scene Processed for Latent Prints?** ☒No
**Alcohol Related:** ☒
**Case Investigated:** ☒At Scene

| Status | Qty | Article | Brand | Model | Description | Serial | Value |
|---|---|---|---|---|---|---|---|
| D | 01 | GLASS DOOR | UNK | UNK | CLEAR GLASS (SHATTERED) | UNK | $200.00 |

**Narrative of Offense:**
ON 02/26/05, APPROX. 0109 HRS., CNALES STATED THAT THE SUSPECT LISTED ON THE CUSTODY ENTERED THE ABOVE RESIDENCE BY SHATTERING THE REAR SLIDING GLASS DOOR. ONCE INSIDE THE SUSPECT WAS TOLD TO LEAVE AND REFUSED. CNALES STATED THAT THE SUSPECT THEN STRUCK HER IN THE HEAD WITH A CLOSED FIST. PHILLIPS STATED THAT THE SUSPECT THEN ASSAULTED HIM BY HITTING HIM WITH A CLOSED FIST. CNALES WAS TRANSPORTED BY AMR TO MEMORIAL HOSPITAL. CNALES AND THE SUSPECT WERE IN A INTIMATE RELATIONSHIP AT THE TIME OF THE INCIDENT.

**Reporting Officer:** I.D. # 6620  Name: M. JOSEPH

**MOI:**
- Type of Premises: N/A
- Object of Attack: N/A
- Point of Entry: N/A
- Method of Entry: N/A
- Method of Attack (Person): N/A
- Method of Attack (Property): N/A
- Weapon Type: N/A
- Use of Weapon: N/A
- Method of Departure: N/A
- Demeanor of Suspect: N/A
- Evidence Obtained: N/A
- Place of Offense: N/A
- Fraud Type: N/A
- Solvability Factors: N/A

**OFFENSE STATUS:** CLOSED — ☒ Cleared Adult Arrest
**Signed Affidavit?** ☒ Yes
**Attachments:** ☒ Suspect Report ☒ Narrative ☒ Custody ☒ Other: DVS

Page 01 of 05

Investigation File 0003

# UNIFORM ARREST/BOOKING FORM

☐ JUVENILE INVOLVED

Case Number: 05-00303

| City | | | | |
|---|---|---|---|---|
| BILOXI ☐ | GULFPORT ☒ | LONG BEACH ☐ | PASS CHRISTIAN ☐ | |
| D'IBERVILLE ☐ | HARRISON COUNTY ☐ | OTHER ☐ | | |

**Full Name of Person Arrested (Last, First, Middle):** GOLDEN, BOBBY JOE
**Alias, Maiden or Nickname:** NONE

**Address of Defendant / Street / House Number:** 8254 LOUISIANA AVE
**City / State:** GULFPORT, MS 39501
**Home Telephone Number:** ☒ None

**DL State:** MS
**DL Number:** 435117575
☐ None ☐ Expired ☒ Suspended
**DL Type:** ☒ Operators ☐ Commercial
**DL Expiration Date:**

**Occupation and Employer:** REFUSED ☐ Unemployed
**Social Security Number:** 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 ☒ Same as DL

| Age | Sex | Race | Height | Weight | Hair | Eyes | Scars, Birth Marks, Tatoos, Amputations |
|---|---|---|---|---|---|---|---|
| 40 | M | B | 603 | 180 | B | BRO | none |

**Date of Birth:** 04/06/1964
**Place of Birth:** REFUSED
**Contact in Event of Emergency:** REFUSED
**Relationship:** N/A

**Contact's Address / Street / House Number / City / State:** N/A N/A N/A
**Home Telephone Number:** ( )
**Business Telephone Number:** ( )

**Date of Arrest:** 02/26/2005
**Day of Arrest:** Sa
**Time of Arrest:** 01:37
**Location of Arrest:** 2207 31ST GULFPORT, MS 2200 39501 A3

**PLEA:** G
**COURT CLERK USE ONLY Disposition:** $1622 + 180 days jail 165 susp serve 15 days

**Charge / Offense:** DOMESTIC VIOLENCE (SIMPLE ASSAULT REQUIRING MEDICAL)
☐ Felony ☒ Misdemeanor ☐ Traffic
**Date of Offense:** 02/26/2005
**Court Date / Time:** pending
**Bond Amount:** 1000

Arr 050301

**Custody Status:**
☐ Released – NO Charge
☐ Released – Summons
☐ Pre-Trial Release
☐ Bond Company
☐ Cash Bail Receipt #
☒ County Jail
☐ Juvenile Shelter
☐ Juvenile Detention

☐ Family Court
☒ Municipal Court  1st ☐  2nd ☐
Judicial ☐ ☐
Justice ☐ ☐
Circuit ☐ ☐
Chancery ☐ ☐

**Check All Items That Apply:**
☐ Drinking ☐ Cooperative
☒ Drunk ☒ Resistive
☐ Drugs ☒ Belligerent

**Bond Authorized By:** Judge Alchian
**HCSO:**
**Municipal Court:**
**Total Bond:** N/A

**Arresting Officer:** 6620 M. JOSEPH #177
**Assisting Officer(s):** none
**Transporting Officer:** 6620 M. JOSEPH #177

**How was Arrest Made?** ☒ On Call
**Other Persons Arrested for Same Offense:** ☒ None

**Officer Fingerprinting & Photographing:**
**Property Seized?** ☒ No
**Telephone Call:** ☒ No  ☐ Refused
**Detective Notified:** ☒ No

**Individual Armed:** ☒ No
**Vehicle Towed?** ☒ No
**Hold Placed On Vehicle?** ☒ No
**Supervisor Notified:** ☒ No

**Defendants Rights Given By:** none
**Witness(es):** N/A N/A
☐ Verbal ☐ Form

**Facility:** Adult Detention ☒  Juvenile Detention ☐  Shelter ☐
**Cell:** N/A
**Fingerprints:** Yes ☐ No ☐
**Mug Shot Taken:** Yes ☐ No ☐

**Court Clerk Use Only:**
Docket #: 200
Line #: ___ Page #: ___
Book #:
DOC: #634

**NCIC:** ☒ Negative
**Charges:** 2005-07900 CT009651

**DOC:** ☒ Negative ☐ Probation ☐ Parole

**What Prompted Arrest:** GOLDEN WAS ARRESTED AT THE ABOVE LOCATION FOR SIMPLE ASSAULT REQUIRING MEDICAL (DOMESTIC VIOLENCE).

White – Original/Records   Pink – Clerk   Yellow – Detectives   White Copy – Patrol   Gold – Jail
Uniform Arrest/Booking Form

02   05
Gulfport Police
Investigation File 0004

# GULFPORT POLICE DEPARTMENT
## DOMESTIC VIOLENCE SUPPLEMENTAL REPORT

☐ Juvenile Involved

Case Number: 05-007303

**Location of Incident** (Street Address): 2207 31ST ST GULFPORT, MS 39501

**(1) Victim** (Last, First, Middle): CNALES, NIDA MICHELLE — Race: B, Sex: F

**(2) Victim** (Last, First, Middle):

**(3) Victim** (Last, First, Middle):

**Relationship Between Victim & Suspect:**
☐ Spouse ☐ Former/Estranged Spouse ☒ Girlfriend ☐ Living Together ☐ Same Sex ☐ Former Dating ☐ Child ☐ Dating/Engaged ☐ Parent ☐ Boyfriend ☐ Former Co-Habitants ☐ Other

**Nature of Complaint:** ☐ Verbal Assault ☒ Physical Assault ☐ Sexual Assault ☐ Custody Dispute ☐ Standby ☐ Other

**Alcohol Involved:** ☒ Yes ☐ No — By: ☒ Suspect ☐ Victim
**Drugs Involved:** ☐ Yes ☒ No — By: ☐ Suspect ☐ Victim
**Weapon Used?** ☐ Yes ☒ No Type:
**Weapon Seized?** ☐ Yes ☒ No How Used:

**Physical Attack?** ☒ Yes ☐ No ☒ Punched ☐ Slapped ☐ Bit ☐ Pushed ☐ Choked ☐ Grabbed ☐ Other

**Type of Threat?** ☐ To Take Children ☐ To Damage Property ☒ To Kill Victim ☒ To Hurt Victim ☐ To Hurt Others ☐ Other – Describe:

**Victim/Reporting Party Demeanor** (Check all that apply)
Victim/R/P Appeared: ☐ Angry ☐ Calm ☐ Apologetic ☒ Crying ☒ Fearful ☐ Hysterical ☐ Nervous ☐ Threatening ☒ Afraid

**Suspect Demeanor** (Check all that apply)
Suspect Appeared: ☒ Angry ☐ Calm ☐ Apologetic ☐ Crying ☐ Fearful ☐ Hysterical ☐ Nervous ☒ Threatening ☐ Afraid

**Were Children present?** ☒ Yes ☐ No
**Did Victim Receive Medical Treatment?** ☒ Yes ☐ No If Yes, Where? GULFPORT MEMORIAL

**Were Victim's Injuries Visible/Apparent?** ☒ Yes ☐ No If Yes, Describe: ☐ Bruises ☐ Abrasions ☐ Lacerations ☒ Contusions ☐ Minor Cuts ☐ Complaint of Pain

**Photographs Taken?** ☐ Yes ☒ No ☐ Photos of Victim's Injuries ☐ Photos of Suspect's Injuries ☐ Other:

**Evidence Collected?** ☐ Yes ☒ No Type:

**Evidence Disposition:** ☐ Property Room ☐ Court ☐ CID ☐ Domestic Violence Unit ☐ Returned ☐ Other:

**Narrative of Observations:**
CNALES AND THE SUSPECT (GOLDEN, BOBBY JOE) WERE IN An INTIMATE RELATIONSHIP AT THE TIME OF THE INCIDENT. CNALES STATED THAT GOLDEN BROKE THE REAR SLIDING GLASS DOOR TO GAIN ENTRY TO HER RESIDENCE. CNALES STATED THAT GOLDEN BECAME ENRAGED WHEN HE FOUND ANOTHER MAN (PHILLIPS, EARNEST EARL) IN THE BEDROOM WITH HER. CNALES STATED THAT GOLDEN THEN ENTERED THE BEDROOM AND ASSAULTED HER BY PUNCHING HER IN THE HEAD WITH A CLOSED FIST. CNALES STATED THAT PHILLIPS WAS THEN ASSAULTED BY GOLDEN. CNALES WAS TRANSPORTED TO GULFPORT MEMORIAL HOSPITAL. CNALES HAD A LARGE CONTUSION ON THE RIGHT SIDE OF HER FOREHEAD. GOLDEN WAS EXTREMELY INTOXICATED AND VERY BELLIGERENT.

**Reporting Officer:** I.D.# 6620 Name M. JOSEPH
☐ CID ☒ Patrol
**Reviewing Supervisor:** I.D.# Name
**Date of Report:** 02/26/2005

**Disposition:** ☐ Closed – Unfounded ☐ Closed – Other ☐ Follow-up Domestic Violence Unit ☒ Custody Report
**Referrals:** ☐ DHS ☒ DV Unit ☐ Women's Shelter ☐ Mental Health ☐ Local Area Hospital ☐ Other

**Affidavit Signed?** ☒ Yes ☐ No ☐ Will Sign Later

White – Original/Records   Yellow – Detectives/Court   Gold – Patrol   Pink – Dispatch
Domestic Violence Supplemental Report

Investigation File 0005

Gulfport Police Department / 075 / September 2001

# GULFPORT POLICE DEPARTMENT
## NARRATIVE REPORT

| ☐ Juvenile Involved | | Case Number 05-007303 |
|---|---|---|

| ☐ Original Report<br>☒ Offense Supplement<br>☐ Custody Supplement<br>☐ Follow-up Report<br>☐ Other | Type Offense / Incident<br>DOMESTIC VIOLENCE (SIMPLE ASSAULT REQ. MEDICAL) TRESPASSING<br>MALICIOUS MISCHIEF SIMPLE ASSAULT | Date of This Report<br>02/26/2005 | Date of Original Report<br>02/26/2005 | Zip Code<br>39501 | Area<br>A3 |
|---|---|---|---|---|---|
| | Suspect/Victim Name<br>CNALES, NIDA MICHELLE; PHILLIPS, EARNEST EARL | Complaint Numbers of Connected Cases<br>NONE | | | |

| Status* | Qty | Article | Brand, Make or Manufacturer | Model Name or Number | Description (Color, Size, Etc) | Serial Number and/or OAN | Value |
|---|---|---|---|---|---|---|---|

ON 02/26/05, APPROX. 0113 HRS., OFFICER DYE 193 AND I RESPONDED TO 2207 31ST ST IN REFERENCE TO A FIGHT. UPON ARRIVAL WE MADE CONTACT WITH B/F NIDA MICHELLE CNALES. SHE ADVISED THAT B/M BOBBY JOE GOLDEN ENTERED HER RESIDENCE BY SHATTERING THE GLASS ON THE REAR SLIDING DOOR AND PHYSICALLY ASSAULTED HER. I THEN WENT TO THE DEN WHERE I OBSERVED GOLDEN LYING FACE DOWN ON THE FLOOR BLEEDING FROM THE MOUTH. I ALSO OBSERVED SEVERAL CUTS ON GOLDEN'S FACE AND NECK. CNALES ADVISED THAT GOLDEN GOT THE INJURIES WHEN ATTEMPTED TO ASSAULT B/M EARNEST EARL PHILLIPS WHO WAS IN THE RESIDENCE WITH HER. CNALES STATED THAT AFTER BREAKING THE SLIDING DOOR GOLDEN CAME TO THE BEDROOM AND BEGAN BEATING ON THE DOOR. AT THAT TIME GOLDEN WAS TOLD TO LEAVE AND REFUSED. CNALES STATED THAT GOLDEN GAINED ENTRY TO THE BEDROOM BY KICKING THE DOOR. CNALES ADVISED THAT GOLDEN THEN BEGAN TO ASSAULT HER BY PUNCHING HER IN THE FACE WITH A CLOSED FIST. CNALES STATED THE SHE MOMENTARILY GOT AWAY FROM GOLDEN AND CALLED THE POLICE. SHE STATED THAT GOLDEN THEN ATTEMPTED TO ASSAULT HER AGAIN. PHILLIPS STATED THAT GOLDEN THEN ASSAULTED HIM BY GRABBING HIS SHIRT AND PUNCHING HIM WITH A CLOSED FIST. PHILLIPS STATED THAT HE PUNCHED GOLDEN SEVERAL TIMES IN AN ATTEMPT TO GET HIM OFF. GOLDEN WAS INTOXICATED TO THE POINT THAT HE DEFECATED AND URINATED ON HIMSELF. GOLDEN WAS VERBALLY ABUSIVE TOWARDS OFFICERS ON THE SCENE AND THREATENED TO KILL PHILLIPS. CNALES WAS TRANSPORTED TO MEMORIAL HOSPITAL TO RECEIVE TREATMENT FOR A LARGE CONTUSION ON HER FOREHEAD. CNALES AND WERE IN AN INTIMATE RELATIONSHIP AT THE TIME OF THE INCIDENT.

| Reporting Officer: | ID # 6620 | Name M. JOSEPH | | **OFFENSE STATUS** | |
|---|---|---|---|---|---|
| Reviewing Supervisor: | ID # | Name | | OPEN | CLOSED |
| Detective Assigned: | ID # | Name | ☐ Suspended / Inactive | ☒ Cleared Adult Arrest | ☐ Unfounded |
| *Status: | E - Evidence | S - Stolen  R - Recovered  D - Damaged | ☐ Patrol Follow-up | ☐ Cleared Exceptional Adult | ☐ Referred To Family Court |
| Evidence Disposition: | ☐ Property Room ☐ Court ☐ Detectives ☐ Returned To Owner | | ☐ Detective Follow-up | ☐ Cleared Juvenile Arrest | ☐ Referred To Justice Court |
| Attachments: | ☒ Suspect Report ☒ Narrative ☒ Custody ☐ Vehicle Inventory | | Signed Affidavit?<br>☒ Yes ☐ No<br>☐ Will Sign Later | ☐ Cleared Exceptional Juvenile<br>☐ Other Cleared Exception | ☐ Referred to Other: |
| | ☐ Property Invoice ☐ NCIC Printout ☒ Other DVS | | | | |

White – Original/Records  Yellow – Detectives/Court  Gold – Patrol  Pink – Dispatch
Narrative Report

Page 04 of 05

Gulfport Police D    Investigation File 0006

# GULFPORT POLICE DEPARTMENT
## SUSPECT REPORT

☐ Juvenile Involved

Case Number: 05-007303

### Suspect #1
- **Name (Last, First, Middle):** GOLDEN, BOBBY JOE
- **Nickname / AKA:** NONE
- **Date of Birth:** 04/06/1964
- **Age:** 40
- **Sex:** M
- **Race:** B
- **Ht:** 603
- **Wt:** 180
- **Hair:** B
- **Eyes:** BRO
- **Suspect's Address:** 8254 LOUSIANA AVE. GULFPORT, MS 39501

### Descriptors (checkboxes, none marked for Suspects 1-4)

**Scars, Marks, Tatoos:** Arms, Face, Upper Body, Lower Body, Unknown

**Speech:** Unknown, Accent, Lisp, Stutters, Slurred

**Speech cont.:** Nasal, Offensive, Rapid, Slow, Other

**Physical Condition:** Intoxicated, On Drugs, Physically Imp., Mentally Imp., Unknown

**Physical Build:** Muscular, Fat/Heavy, Medium, Skinny, Unknown

**Teeth:** Normal, Missing, Crooked, Gold/Silver, Stained

**Teeth cont.:** Gapped, Chipped, Dentures, Other, Unknown

**Glasses:** No Glasses, Prescription, Sunglasses, Other, Unknown

**Facial Hair:** Clean Shaven, Full Beard, Unshaven, Mustache, Thin Beard

**Facial Hair cont.:** Heavy Brows, Sideburns, Goatee, Fu Manchu, Unknown

**Appearance:** Unkempt/Dirty, Well Groomed, Military, Other, Unknown

**Clothing:** Jeans, Dress Slacks, Shorts, Coat/Sweater, Cap/Hat

**Clothing cont.:** Dress Shirt, Pull Over, Dark Clothing, Light Clothing, Gloves

**Clothing cont.:** Wk Clothes, Uniform, Mask, Other, Unknown

**Hair:** Shoulder, Military Cut, Balding, Short, Unknown

## SUSPECT VEHICLE

License Number / State / Veh. Yr. / Make / Model / Color / Color — [blank]
V.I.N. Number / Damage / Decals / Comments — [blank]

**Remarks:** GOLDEN AND THE VICTIM (CNALES, NIDA MICHELLE) WERE IN AN INTIMATE RELATIONSHIP AT THE TIME OF THE INCIDENT

---

**Reporting Officer:** I.D. # 6620  Name M. JOSEPH
☒ Patrol  ☐ Narcotics  ☐ CID
**Reviewing Supervisor:** I.D. # ___  Name ___
**Date of Report:** 02/26/2005

White – Original/Records    Yellow – Detectives/Court    Gold – Patrol    Pink – Dispatch
Suspect Report

Gulfport Police Departm    Investigation File 0007

Case 1:06-cv-01006-LG-JMR    Document 110-2    Filed 07/07/08    Page 10 of 20

# AMERICAN MEDICAL RESPONSE
## Gulf Coast Division
## Patient Care Report

Birmingham (205) 970-8700
Gulfport / Mobile / New Orleans / Slidell (800) 677-1124
Jackson / Natchez (888) 267-1920
Monroe (800) 456-8542

**Business Unit:** SMS
**AMB. #:** 73
**Date:** 2/26/05
**TAG #:** —
**TX Miles:** —
**# PTs TX in Unit:** —
**# Refusals:** 1
**TX FROM:** GPT PD
**PATIENT NAME (Last, First, M.I.):** GOLDEN, BOBBY J.
**Age:** —
**TX TO:** REFUSAL BY GPD

- [ ] F  TO Scene [x] NE [ ] A [ ] B
- [x] M  FR Scene [x] NE [ ] SPEC

**DESTINATION CHOSEN BY:** (check all that apply)
- [ ] Attendant
- [ ] Patient (crossed out)
- [ ] Closest Facility
- [ ] Police (crossed out)
- [ ] Doctor (crossed out)
- [ ] Protocol
- [ ] By Pass
- [ ] Guardian
- [ ] Diversion

**STATUS AT DEST.:**
- [ ] Deteriorated
- [ ] Improved (crossed out)
- [ ] No Change
- [ ] V/S Ceased

**MED CONTROL (ALS ONLY):**
- [ ] MD @ Scene
- [ ] Protocol
- [ ] Verbal
- [ ] Written

**RACE:**
- [ ] White  [ ] Other
- [x] Black
- [ ] Asian
- [ ] Hispanic
- [ ] Native American

### DRY RUN INFORMATION
- [x] Refused (3)
- [ ] False Call (1,5,7,9)
- [ ] POV (4)
- [ ] Pronounced (6)
- [ ] Rx, No Tx (3)
- [ ] No Rx, DOS (6)
- [ ] Rx, Tx - Other (3)

### MECHANISM
TRAUMA CALLS ONLY. CHECK ALL THAT APPLY
- [x] N/A
- [ ] Burns
- [ ] Death-Same MV
- [ ] Deformity 20+ in.
- [ ] Ejection
- [ ] Extricate > 20 min.
- [ ] Fall <20'
- [ ] Fall >20'
- [ ] Flail Segment
- [ ] Intrusion 12+ in.
- [ ] Limb Paralysis
- [ ] Motorcycle 20+ mph/sep
- [ ] Ped. Run-over
- [ ] Ped vs MV 5+ mph
- [ ] Rollover
- [ ] Poss. Self-Inflicted
- [ ] Speed 40+ mph

### PRIOR MEDICAL HX
Check All That Apply
- [ ] Cardiac
- [ ] EENT
- [ ] Endocrine
- [ ] Gastro-intestinal
- [ ] Hematologic
- [ ] Hepatic
- [ ] Infectious Disease
- [ ] Integumentary
- [ ] Musculoskeletal
- [ ] Neurological
- [x] No Medical History
- [ ] Psychological
- [ ] Respiratory
- [ ] Vascular
- [ ] Renal/GU
- [ ] Unknown
- [ ] Other

### PATIENT PROTECTION (mvc)
- [ ] Shoulder Belt  [ ] Helmet
- [ ] Lap Belt  [ ] Safety Seat
- [ ] Air Bag  [x] None Used
- Was Seatbelt Automatic? [ ] Yes [ ] No

### PATIENT LOCATION
- [ ] Drv  [ ] Pass  [ ] Rear  [ ] Other

### INITIAL AVPU/GCS
Eyes: A [x] Spon  V [ ] Spch  P [ ] Pain  U [ ] None
Verbal: [x] Orient  [ ] Confus  [ ] Inappr  [ ] Garble  [ ] None
Motor: [x] Obeys  [ ] Local  [ ] Withdr  [ ] Flexion  [ ] Extend  [ ] None

### SKIN CONDITION
[x] W  [x] D  [ ] C  [ ] M

### CPR
Arrest to CPR? <4 / 4-8 / 9-15 / >15
Arrest to ALS?
Arrest to Defib?
Pulse Restored? [ ] Yes [ ] No

### PUPILS
L: N   R: N
D D
C C
NR NR

### PRIOR AID (Emrg. Only)
- [ ] None
- [ ] Bystander
- [ ] Police — X
- [ ] Medical
- [ ] Fire Dept — X

Extricate / WndMgt / CPR / AED / Airway / Other

### CAP REFILL
- [x] < 2 sec.
- [ ] > 2 sec.
- [ ] None

### RESP EXPN
- [x] Normal
- [ ] Abnormal
- [ ] None

**ALLERGIES:** NKDA
**CURRENT MEDS:** NONE

### Time/Vitals
(blank — diagonal line through)

### EMS PERSONNEL
| Role | Name | NO. | LEVEL | TX |
|---|---|---|---|---|
| Driver | JOHNSON | 2353 | P | — |
| Medic in Chrg | BARNES | 2355 | P | — |
| | GPD | — | — | — |
| | GFD | E-1 | P | — |

### MISCELLANEOUS
- Records Tx? [ ]Y [x]N
- S/S of SCI? [ ]Y [x]N
- DNR/AD? [ ]Y [x]N
- Alert ID Tag [ ]Y [x]N
- Contact w/ Blood/Fluids [ ]Y [x]N
- Work Related [ ]Y [x]N

**Person Receiving PT:** —
**Family/Attend./MD:** —
**Med Control MD:** —
**Receiving / E.R. MD:** —
[ ] SAA

**AID GIVEN:** (blank)
**ALS ASSESSMENT:** YES [x] NO [ ]
**# of ATMP:** 1   **EMP. #:** 2355

**Dispatched Nature of Call/ EMD Determinant:** UNKNOWN
**Nature of Call @ Scene (Inc. C/C):** PT INTOXICATED
**Patient Found:** AMBULATORY
**Why Was TX by Ambulance Medically Necessary?:** REFUSAL

### NARRATIVE

40 YOM FOUND AMBULATORY ON SCENE IN CUSTODY OF GPD PD STATES PT IS INTOXICATED AND WAS INVOLVED IN ALTERCATION. PT STATES "I DON'T NEED YOU" DENIES ANY C/O, SOB, ABD PAIN OR N/V. NO PMH. PT IS A&Ox3, ABC's ⊕, SKIN W/D, 2° UNREMARKABLE, GPMSx4. ALS ASSESS. GPD TAKES RESPONSIBILITY AND REFUSES FT TX. ADVISED CONSEQUENCES C GOOD UNDERSTANDING BY PT. NO TX, GPD SIGNED REFUSAL AND WITNESSED.

**Attd #1 Sig, Title/Level & No:** 2355
**Attd #2 Sig, Title/Level & No:** —
**MD Signature:** —
**MD Printed Name & Hospital:** —
**Refusal Phone #:** NONE
**Refusal Address:** 8254 LOUISIANA AVE, GPT, MS 39501
**Pt Belongings:** —
**Person Rec. Belongings:** —

DEMS    PBS-White   QA-Canary   Pink-Hospital
**Reviewers Init. & Emp #:** —   [ ] Supplement Used

Investigation File 0008

**GENERAL AFFIDAVIT**  
**GULFPORT MUNICIPAL COURT**

CASE # 05-007303  
DCC: V. ODOM  
Approved by: _____

STATE OF MISSISSIPPI  
HARRISON COUNTY  
THE CITY OF GULFPORT

    Personally appeared before me, the undersigned Deputy Municipal Court Clerk of the City of Gulfport, Mississippi **MARK JOSEPH #177** who makes oath on information that on or about the **26th** day of **February**, **2005**, within the corporate limits of said City and in the jurisdiction of this court **BOBBY JOE GOLDEN** did purposely, knowingly and unlawfully COMMIT AN ACT OF DOMESTIC VIOLENCE IN THAT HE CAUSED BODILY INJURY TO NIDA MICHELLE CNALES, BY STRIKING HER IN THE HEAD WITH A CLOSED FIST, RESULTING IN A LARGE CONTUSION ON THE RIGHT SIDE OF HER FOREHEAD WHICH REQUIRED MEDICAL TREATMENT, AT 2207 - 31ST STREET. NIDA MICHELLE CNALES HAD THE FOLLOWING RELATIONSHIP TO BOBBY JOE GOLDEN AT THE TIME OF THE ASSAULT: BOYFRIEND AND GIRLFRIEND LIVING IN SEPARATE RESIDENCE.

    This in the City of Gulfport, First Judicial District, Harrison County, State of Mississippi, in violation of § 97-3-7(3) Mississippi Code of 1972, Annotated and Amended; against the peace and dignity of the State of Mississippi and contrary to the ordinances of said City in such cases made and provided and the good order and peace thereof.

_____  
**Affiant**

Sworn and subscribed before me on February 26, 2005

_____  
**Deputy Court Clerk**

Investigation File 0001

# IN THE MUNICIPAL COURT OF THE CITY OF GULFPORT
## FIRST JUDICIAL DISTRICT OF HARRISON COUNTY, MISSISSIPPI

City of Gulfport

**VERSUS**

Bobby J. Golden

DOCKET NO. 050276

CASE # 05-067303

## WAIVER OF RIGHTS AND ENTRY OF GUILTY PLEA

I, the undersigned Defendant, desire to plead guilty to the charge(s) of:

Domestic Violence (2nd)

I understand that by pleading guilty to this (these) charge(s) I will be found guilty and sentenced by the Court.

I understand the sentence may include a fine, restitution, court costs, probation, and or imprisonment in jail.

I understand that by entering this plea that I am giving up the following rights:

I am giving up the right to a speedy and public trial.
I am giving up the right to cross-examine witnesses who may testify against me.
I am giving up the right to call and/or subpoena witnesses to testify in my behalf.
I am giving up the right to have legal representation.
I am giving up the right to require that the City prove the charges against me beyond a reasonable doubt.
I am giving up the right to testify in my own behalf.

I understand that if I am later convicted of another crime, my guilty plea in this case could cause me to receive a more severe penalty for that later crime.

I hereby certify under oath that in entering this plea, no promises have been made nor has any duress or coercion been applied.

I further certify under oath that I have read and understand all of the above and that I desire to waive my rights and enter a plea of guilty.

Bobby Golden
_____
Defendant

SWORN TO AND SUBSRIBED BEFORE ME, this the 1st day of May, 2005

_____
Municipal Court Judge

GMC-FORM-MC-48(5-8-03)

Investigation File 0030

## STATE OF MISSISSIPPI

County of Harrison
City of Gulfport



To:   Harrison County Sheriff's Department          Case #: **05-007303**

**Name:** Bobby J Golden                            269382

Disposition is as follows:

Domestic Violence Simple Assault req. Med (2nd)  $622 fine
180 day jail  165 days sup.
15 days to serve

Credit for time served

And was **ORDERED** by the Municipal Court.

Date:   03/01/2005

_____
Judge of the Municipal Court

# MUNICIPAL COURT
## City of Gulfport
## 2200 - 15th Street
## Gulfport, Mississippi 39501
## 228-868-5855



IN THE MUNICIPAL COURT OF THE CITY OF GULFPORT
FIRST JUDICIAL DISTRICT OF HARRISON COUNTY, MISSISSIPPI

**CITY OF GULFPORT**             **PLAINTIFF**

VERSUS  *Golden*

Bobby Joe Golden      DOCKET NUMBER 05-03-01

**DEFENDANT**

### JUDGEMENT ON PLEA

THIS CAUSE CAME TO BE HEARD this date, the Defendant having appeared in open Court in proper person, having been advised of the right to a trial on the issues, of the rights being waived by entering a plea of guilty, and having advised the Court that said Defendant desires to plead guilty to the charges set forth below. The court is of the opinion that the plea of guilty is freely, knowingly and intelligently made, that sufficient evidence exists to adjudge the Defendant guilty, and that the plea should be accepted. It is therefore,

ORDERED that the Defendant be sentenced as follows:

Domestic Violence Simple Assault $622

150 day jail, 135 day s/s, 15 day to serve

IT IS FURTHER ORDERED that the above fine/sentence be implemented or paid as follows:

not pay for jay - credit for 1/5 to be give

SO ORDERED this the ___ day of Mar, 2005.

Total $622.00

_____
MUNICIPAL COURT JUDGE

# HARRISON COUNTY ADULT DETENTION FACILITY

## Classification Record
### I. Assessment/Reassessment

R/P 3-13-05
4115235CA8

Name: Golden, Bobby            DOB: 4-6-64

Social Security #: 435117575    BSC: G    Doc #: 216935?

Current Charges: Assault (DV)   M or **F**   Sentenced   **(Pre-trial)**

Custody Level Decision: Minimum

Housing Assignment: _____ Block  _____ Section  _____ Cell

## CHECK LIST

|  | YES | NO |
|---|---|---|
| Handbook Provided | ✓ | |
| Visitation Form Provided | ✓ | |
| Special Skills | | ✓ (list skills verbalized) |
| ID Band Issued | ✓ | |
| Property Receipt Copy | ✓ | |
| Religion Preference | Bap | |

## SPECIAL SKILLS

INMATE CAN READ       Yes ✓    No ___
INMATE CAN WRITE      Yes ✓    No ___
PHYSICAL CONDITION    Poor ___  Good ✓   Fair ___  (Visual Appearance)
Comments: HBP Bad Back

LANGUAGE   English ✓   Spanish ___   Other ___

*By signing below I acknowledge that I have been advised on my charges and that I have been provided with a visitation form and a Harrison County Adult Detention Facility Inmate Handbook. That is issued to me, as an inmate of the HCADC for my use but must be returned to booking upon my release.*

Inmate's Signature [signature]    Date 2-26-05

Classification Officer [signature]    Badge # 256    Date 2-26-05

| Last | First | Middle Initial | |
|---|---|---|---|
| Name | | | AIS # |
| Date | Allergies | | Facility |

SIG.

Discontinue
Continue
Increase
Decrease

Physician Signature:

NC00:

---

Name: ~~Ealt~~ Golden, Bobby
Date: 8/1/05   Allergies:
AIS #: 269382 BC
Facility:

SIG.
→ Clean (R) eyl laceration BID
  x 3 days to July
→ Rhyprofen 800mg 7PO BID x 3 days

Physician Signature: B

Discontinue — Nota
Continue — 3-1-05
Increase — M. Dunlea
Decrease — 0040

NC002

---

Name: Golden, Bobby
Date: 2/28/05   Allergies: NKA
AIS #: 269382 BC
Facility:

SIG.
Motrin 800mg ↑ PO BID x 3 days

Physician Signature: Dr Compton / GLWhite Sr

Discontinue — MAR
Continue — x
Increase — 2/28/05
Decrease

NC002

---

Name: Golden Bobby
Date: 2/26/06   Allergies:
AIS #: 269382
Facility:

SIG.
Apply steri strips to (R) eyebrow laceration

Physician Signature: M Compton / SL Hopkins

Discontinue
Continue
Increase
Decrease

**EXHIBIT A-2**

| Last | First | Middle Initial | |
|---|---|---|---|
| Name | | | AIS # |
| Date | Allergies | | Facility |

SIG.

Physician Signature:

Discontinue
Continue
Increase
Decrease

NC0[...]

---

| Last | First | Middle Initial | |
|---|---|---|---|
| Name | [illegible] Golden, Baby | | AIS # 269382 BC |
| Date 8/1/05 | Allergies | | Facility |

SIG.

→ Clean (R) eye[?] lavender-BID
  x 3 days to [illegible]

→ Rhyprofen[?] 800mg 1 PO BID x 3 days

Physician Signature: [signature]

Discontinue  nota[?]
Continue    3-1-05
Increase    M. Dunlee[?]
Decrease    0040

NC00[...]

---

| Last | First | Middle Initial | |
|---|---|---|---|
| Name Golden, Bobby | | | AIS # 269382 BC |
| Date 2/28/05 | Allergies NKA | | Facility |

SIG.

Motrin 800mg 1 PO BID x 3days

Physician Signature: Dr Compton / G L White [signature]

Discontinue  MAR
Continue     X
Increase     2/28/05
Decrease

NC002

---

| Last | First | Middle Initial | |
|---|---|---|---|
| Name Golden Bobby | | | AIS # 269382 |
| Date 2/26/05 | Allergies | | Facility |

SIG.

Apply steri strips to (R) eyebrow laceration

Physician Signature: Dr Compton / J Hopkins[?] [signature]

Discontinue
Continue
Increase
Decrease

NC002

# HEALTH ASSURANCE LLC

## PHYSICIAN'S PROGRESS NOTES

**ALLERGIES**

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 3/1/05 | 13/5? | He was in an altercation recently. He has a laceration above his R eye. He c/o R brow tenderness, rib area pain. He denies c/o (2) low back pain. PMH: ø |
| | | O: ge subconjunctival hemorrhage @ R eye ō irregular laceration above R eyebrow. Clear – CTA CV – norm, rhy (1) Plan: Keep laceration clean NSAIDs prn [signature] |

| NAME-LAST | FIRST | MIDDLE | INMATE NO. |
|-----------|-------|--------|------------|
| Golden | B. | | |

**PHYSICIAN'S PROGRESS NOTES**

# Health Assurance LLC

## NURSES NOTES

| DATE | TIME | |
|---|---|---|
| 2/26 | 12:00 mn | Called to block to assess inmate. States involved in altercation last p.m. "with police". Laceration noted above R eyebrow app 2 cm in length. Small area gapping open. Cleansed, applied betribuche ointment + steri-strips x2. Also superficial scratch/abrasion to face - Cleansed. Instructed in s/s of infection + to report. 130/80, 90, 16. Will reassess 3-5 days. W Lopez |
| 9/28/05 | 0830 | Seen in medical. C/o pain in ① side of ribs) during breathing, moving or coughing. Lungs CTA breath sounds bilateral. Skin appears to have a darker pigmentation down bilateral sides & below umbilicus Ø bruising noted. Scratch marks noted to back of neck, chin, bilateral cheeks & ① ear. Bilateral bruising noted to eyes. ① eye c̄ redness noted in sclera. Bandaid & steri-strips intact above ® eye. B/p 158/82, P 76 R-14. Will schedule c̄ MD - CB White LPN |
| 3/1/05 | 20:00 | 4+156 lbs, Resp <12, P=70 B/p 130/57 F/u S/p fight. Eyes C/O — |

| INITIAL | SIGNATURE | INITIAL | SIGNATURE | INITIAL | SIGNATURE |
|---|---|---|---|---|---|
| | CB White LPN | | | | |

| NAME- LAST | FIRST | MIDDLE | ALLERGIES NKDA |
|---|---|---|---|
| Golden | Bobby | Joe | INMATE # 269382 |

NURSE NOTES

## Health Assurance LLC

### NURSES NOTES

| DATE | TIME | |
|------|------|---|
| 3/2/05 | 0945 | Area to (R) eyebrow cleaned. Steri-strips no longer in places. Edges well approximated. — JRWhite |
| 3-3-05 | | Area to (R) eyebrow cleaned area remains closed — MKnkw(?) |
| 3/4/05 | 1000 | Area cleaned. Ø redness or swelling noted. — JRWhite |

| INITIAL | SIGNATURE | INITIAL | SIGNATURE | INITIAL | SIGNATURE |
|---------|-----------|---------|-----------|---------|-----------|
| | | δ | JRWhite | | |

| NAME-LAST | FIRST | MIDDLE | ALLERGIES NKA |
|-----------|-------|--------|---------------|
| Golden, Bobby | | | INMATE # 2A382 |

NURSE NOTES