Today is March 3, 2005. It's 10:40am. I have Inmate Bobby Golden uh, regarding uh uh how an incident happened on uh on Saturday February 26, 2005.

| | |
|---|---|
| CAMPBELL: | Bobby uh what's your uh what's your social security number? |
| GOLDEN: | 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. |
| CAMPBELL: | Ok. Bobby, you're an inmate in Harrison County Sheriff's Department and the Harrison County Adult Detention Center and uh, you told me right when you came in that you are scheduled to get out in a couple of days right? |
| GOLDEN: | I think so. (Inaudible). |
| CAMPBELL: | Ok. (Inaudible). Alright. Bobby you had uh; I noticed you got some marks on you. It looks like you got into a fight or something like that. Uh, it happened sometime around Saturday, uh February 26th. Uh, and I know you talked to Captain Taylor. Is that correct? |
| GOLDEN: | That's correct. |
| CAMPBELL: | Ok. Um, and like I told you Bobby, I just I need uh...The sheriff want's me to find out what happened. Ok? And I want you to tell me the truth. Ok? Just tell me...Tell me about what happened. |
| GOLDEN: | Alright. Um, I guess Saturday morning. It must have been after I finished eating or something. And I layed down. Um, they let the Juvenile's outside to play I guess. So um.... |
| CAMPBELL: | Do you remember about what time it was? Was it daylight? |
| GOLDEN: | It was daylight. |
| CAMPBELL: | It was daylight. Ok. |
| GOLDEN: | I guess it must have been following the morning. |
| CAMPBELL: | Ok. |
| GOLDEN: | Because uh, I think our group was going outside afterwards, or what....but it was in the morning. And uh these two officers, they they was like talking. (Inaudible) penitentiary after the incident happened. |



EXHIBIT

B-6

1

CAMPBELL:     Alright. Where were they?  Where were they when they were talking?

GOLDEN:     Uh, you know how the guard, like got a table inside the desk?

CAMPBELL:     Ah huh.

GOLDEN:     I mean there's a desk inside the dorm?

CAMPBELL:     Um hum.  Now what? What section?  What section were you in?

GOLDEN:     I think B/F.

CAMPBELL:     B/F?  Is that classification?

GOLDEN:     Juvenile section.

CAMPBELL:     Yeah.

GOLDEN:     (inaudible).

CAMPBELL:     Ok. Sot the two officers' were in there.

GOLDEN:     Right.

CAMPBELL:     Do you know their names?

GOLDEN:     Uh, I know one of them, uh Leotis Jackson.

CAMPBELL:     Leo Jackson?

GOLDEN:     Leotis Jackson.

CAMPBELL:     Leotis Jackson.  Ok. Is he white or black?

GOLDEN:     Black guy.

CAMPBELL:     Ok.

GOLDEN:     And the other officer he was white.  So uh they they was talking.  So we let the Juveniles out.  Juveniles went outside, so I lay down and went to sleep.  So the next thing I know.  I guess as they was coming in, I went to scuffling and somebody just beat me.  Right? Somebody kicked me.  So by that time, I came to my senses and the officer's was helping

2

me you know. Helping me up off the floor. And I was bleeding. I asked one of them. I said: Uh dude what happened? Some of the guys are saying Juvenile jumped you or something. I asked the white officer....I said "Where you was at?" He said: I was standing at the door. Or something something like that is what he said. So uh they took me outside and looked at my eye and....

CAMPBELL:      Who took you outside?

GOLDEN:        Uh uh uh Officer Jackson and the other guy. And like shined like a flash light or something in my eyes. Then took me back in the dorm. I can't recall (inaudible). Or can't recall if they called a nurse down. They couldn't have called a nurse down there because I like bled all day and night. My blood like oozing.

CAMPBELL:      Where did the blood come from Bobby?

GOLDEN:        I think the top part of the...

CAMPBELL:      Ok. They looked at ya? They took you out in the Sally Port and looked at ya? They....They put any kind of bandage on ya to try and mop up the blood or anything?

GOLDEN:        Na. Well, he mopped the blood up.

CAMPBELL:      But I mean they put put something on your face or something?

GOLDEN:        Well I took a towel. The towel that I had and and put it over my eye to try and make that bleed.

CAMPBELL:      So both those officers. The white officer and the black officer too. One of them's a black officer Leotis Jackson, took you out in the Sally Port and looked at ya and then sent you back in the section?

GOLDEN:        Right. They asked me questions. Uh,

CAMPBELL:      What did they ask you?

GOLDEN:        Uh, I remember him asking me what happened. (Inaudible). Evidently he already knew what had happened. Why got in here, because as the day went on, I heard uh other inmates said....One inmate said something about I jumped on him, because he jumped on my Auntie.

3

CAMPBELL:    Alright. One of the inmates said that? He sa...He told you that he jumped you?

GOLDEN:    No. He didn't tell me. I really don't know who jumped me. I'm not saying...

CAMPBELL:    Ok.

GOLDEN:    I'm just hearing the inmates in the cell with me, telling me what the inmate that jumped me said.

CAMPBELL:    Alright.

GOLDEN:    And um...

CAMPBELL:    Who is that? Who is that inmate in your cell?

GOLDEN:    I think it was Mike. Mike somebody.

CAMPBELL:    Is he white or black?

GOLDEN:    Black guy. Then it was this other guy. I went to court with him. I forgot his name. He pretty much saw the whole thing too. Mike told me he was coming out of the shower. He like just pretty much saw me...I guess he say he saw me getting up or...I don't know if he saw the whole incident or what. I know one of the guys did see the whole incident, because he was telling me about it when I went to court the other. About what he had saw. Because he said something about y'all had questioned him about it. So that's what he had told me. He said the guy jumped on me because I had jumped on his Auntie. You know. My girlfriend, she don't have no nephew that's in jail anyway so....I'm trying to figure out how did he know that I had jumped on his Auntie. So as the day went by, I was trying to pin point the reason why I'm getting jumped on. You know? Because this is not my first time in jail.

CAMPBELL:    Um hum.

GOLDEN:    So uh, like as I said, as the day went on, I seen officer Jackson took two trays upstairs to the Juvenile. So I'm thinking it was it was a what you call it? A contract. Is what I call it. Ok? So that was the end of that day.

CAMPBELL:    Ok. And you hadn't seen medical?

GOLDEN:  I don't think I did. I can't...no I didn't. I don't think I got medical attention until the next day.

CAMPBELL:  Ok.

GOLDEN:  Ok now the next day, um the next day him and the guy had just brought me here.

CAMPBELL:  Um hum.

GOLDEN:  They kind of (laugh) they came down and got me and said they were gonna take me to medical.

CAMPBELL:  Alright. Who? That officer and another officer?

GOLDEN:  And and Officer Jackson. He said he's taking me to medical. Ok. Uh, I'm thinking I'm going to medical and I wind up being in booking. So them two was talking to the Sergeants behind the iron cage.

CAMPBELL:  Um hum.

GOLDEN:  Right. So, I don't know what was going on with that. So they brought me back to B section.

CAMPBELL:  Where you were?

GOLDEN:  Where I were. They brought me back to B/F. I didn't see no nurse or doctor. So I'm I'm still curious wondering what was going on. So they told me to wait right here. I don't know where the other officer went. But uh Officer Jackson, he took me out on the on the (inaudible) the yard. And he was questioning me about the situation about uh, what I'm in here for.

CAMPBELL:  Um hum.

GOLDEN:  Because the girl I used to go with is his children's Mamma. It could be still his girlfriend but....

CAMPBELL:  Um hum.

GOLDEN:  Uh (inaudible) what happened? I explained to him what happen. He said: Did you put your hand on her? I said: No I did not. I ain't never put my hand her. He said: You are a liar.

She told me you you uh put your hand on her. He say uh, even my children told me that you jumped on...on them. I said: I don't know nothing like that. I said: I'm pretty (inaudible).

CAMPBELL:     (phone ringing) Go ahead.

GOLDEN:     (inaudible) said: Don't lie to me. I said: I'm not lying to you. I say uh, why do I got to lie to you? He started putting his gloves on. He put his gloves on. He questioned me again. Say uh you you busted the girl eye and all that. I say I say they jumped on me. You can't see all these scratches and cuts and stuff I got on me? When he put those gloves on man. He hit me a lick when he hit me. Shit. Like it was burning.

CAMPBELL:     Who hit you?

GOLDEN:     Officer Jackson. He hit me and I hit the ground and just started (inaudible). (Inaudible) thumping me. I really begged him. The Juveniles, they bruised my ribs. I couldn't breathe. So at all this time he stomping me, I'm covering up. I said: Man quit. I'll leave town. Whatever you want. Ok. Then, he said: Get up! I got up slowly, but surely. The next thing I know, uh the guard that he talked to Saturday, him and this other guard told me to get my mat. I said: For what? Y'all gonna beat me again? So I I started screaming and hollering.

CAMPBELL:     Um hum.

GOLDEN:     They was putting me in the hall. I didn't know what they was doing. I'm thinking I'm getting beat again.

CAMPBELL:     Um hum.

GOLDEN:     I just couldn't take too much more dude. So they put me in the hole and that's about it. I've been in the hole since then.

CAMPBELL:     Alright. Bobby you said, when you came back from booking ok? Then that's when Jackson took you into the wreck yard?

GOLDEN:     Right. First...well I waited by the door.

CAMPBELL:     By the door.

GOLDEN:     Yeah, him and the guy that brought him in there. Because one of them must of went somewhere.

CAMPBELL:       Which one went somewhere?

GOLDEN:         The one that brought me here.

CAMPBELL:       The white guy? Ok.

GOLDEN:         He was like talking for a minute. So then uh, he came....Officer Jackson came over to talk to me. He had told me to step outside. When you step outside, just like right there by the door talking. He kept looking up like, I don't know if he was trying to hide beating me or what? I really didn't know what was about to go on, until you saw him putting them gloves on.

CAMPBELL:       So this would have been Sunday?

GOLDEN:         That was Sunday.

CAMPBELL:       Ok.

GOLDEN:         And uh after that happened, like I say, they threw me in the hole. Uh, it just happened then. I guess the officer or something saw me how bad I was looking. I was still bleeding. So that's when I got medical attention.

CAMPBELL:       Alright. Let me ask you something Bobby. When they took you to booking, ok? Were you bleeding then?

GOLDEN:         What you mean?

CAMPBELL:       When they took you down to booking and then took you back, you thought you were going to medical?

GOLDEN:         Well I was bleeding. It was like an ooze.

CAMPBELL:       Yeah.

GOLDEN:         You know what I'm saying? It wasn't like a rush bleeding.

CAMPBELL:       Were you bleeding from that eye?

GOLDEN:         This one?

CAMPBELL:       Yeah.

GOLDEN:          It was like just oozing blood.

CAMPBELL:        Alright. Where did you get those black eyes?

GOLDEN:          Which one?

CAMPBELL:        Both of them.  Was that from uh...?

GOLDEN:          That one came from either Juveniles or...You see when I
                 came....when when when I first got arrested coming here, one
                 of the officers hit me in my eye right here.  They say I was
                 resisting arrest.  They sprayed me with pepper spray.

CAMPBELL:        Gulfport guys?

GOLDEN:          No. The guys in holding/booking.

CAMPBELL:        Did you fight him?

GOLDEN:          No. I wasn't fighting him.

CAMPBELL:        Bobby they don't just spray you and hit you for fun.

GOLDEN:          I mean I was I was running off at the mouth, but I wasn't
                 fighting.  I was talking loud obnoxious stuff.

CAMPBELL:        Were you drunk?

GOLDEN:          Yeah. I had been drinking.

CAMPBELL:        Well I'm gonna get the video and look at it Bobby.

GOLDEN:          Please do.

CAMPBELL:        If you are lying to me, I'm gonna put you back in the hole.
                 Are you in the hole now?

GOLDEN:          I'm in the hole.

CAMPBELL:        Well, I can't do that, much more than that.

GOLDEN:          But I remember, like I say (inaudible)?

CAMPBELL:        So you might...you might of...you might of done something to
                 cause them to hit you.  Because them boys don't.  I'm not

saying they perfect, but they don't uh they don't like to hit nobody.  They don't....they surely don't like to spray nobody.

GOLDEN:        All over.

CAMPBELL:      Because then they got to do a bunch of paperwork. Ok? Alright. And that...So, what you go that one black eye and where you got that band aid is from the Juveniles?

GOLDEN:        I guess.

CAMPBELL:      Ok. Alright. Where did uh where did Jackson hit ya?

GOLDEN:        Right upside my head. Right up here.

CAMPBELL:      Ok.

GOLDEN:        It's like a cut.  If you look at the videos in booking, I'm pretty sure it will show you all this ain't here.

CAMPBELL:      Alright. Well I got your pictures here when you were booked in by.  It looks like you got some licks on you.

GOLDEN:        I know I remember coming in with this.

CAMPBELL:      Well you got....Let's see what he got here.  You got them scrapes there. Ok?

GOLDEN:        Um hum.

CAMPBELL:      It looks like you got hit right there.

GOLDEN:        Right.

CAMPBELL:      No, that's this one right there. Ok?  See how it's swollen looking like that is? I don't know about that one, I can't tell by the pictures.  It looks like you got some on your chin there too.

GOLDEN:        Yeah. I remember that.

CAMPBELL:      Was that when you got arrested? Ok. Did you fight them police officers that brought you in?

GOLDEN:        Well normally we...I don't really think it was the police.  The guy and his girlfriend. My ex-girlfriend the ones that jumped me (inaudible).

CAMPBELL:     Well somebody had to bring you into jail.  I mean was it Gulfport?  Where was...?

GOLDEN:        Gulfport.

CAMPBELL:     Ok. Did you fight them?

GOLDEN:        Hum.

CAMPBELL:     Well I don't ...I don't care. I'm not gonna say you going to court and say you told me you fought them.  I don't do that. That's not my deal. Ok?  But my deal is these officer's that did that to you.  Now when did you finally go to medical?

GOLDEN:        When when Captain Taylor got me some help.

CAMPBELL:     Monday?

GOLDEN:        I think so.

CAMPBELL:     That guy that brought you in there, he never took you to medical?

GOLDEN:        Na, he brought me to booking.

CAMPBELL:     Well yeah. What did they take you to booking for?

GOLDEN:        I don't know.

CAMPBELL:     And they were talking to a Sergeant?

GOLDEN:        Some guy in the behind the cage.

CAMPBELL:     Alright. Was it a black guy or white guy?

GOLDEN:        Black guy.

CAMPBELL:     Was it during the day time?  Morning?  Evening?  Afternoon? What do you think?

GOLDEN:        I don't know. I say....

CAMPBELL:     Was it before....before you ate lunch or after you ate lunch?

GOLDEN:        That's what I'm saying. It's I I think it was before lunch.

CAMPBELL:    Ok. How many times? How many times did he actually hit you?

GOLDEN:    I don't know. I wasn't really counting that. I know he hit me; shoot I just hit the ground. And then he just starting stomping me with the foot. I was like covering up trying to cover my ribs. You know what I'm saying? My ribs was already sore. This guy been having it in for me because I was going....I been going with his girlfriend for a long time.

CAMPBELL:    Who's that?

GOLDEN:    Jackson. Um, told one of my friends, a guy that work with me. He said he gonna get me. And...

CAMPBELL:    Was that before you got here?

GOLDEN:    That was way before I got here. It's been...probably way last year or sometime. But his old lady told me say he just mouthing. Don't pay no attention. So I kept on kept on talking to him. You know?

CAMPBELL:    Alright. Let me ask you this. What makes you think that uh Jackson and that other officer got those inmates to beat you up?

GOLDEN:    What makes me think that?

CAMPBELL:    Um hum.

GOLDEN:    Ok. It's like I told you, whatever Juvenile beat me up, the girl don't have no nephew in jail. If so, what I want to know, is how did he know that I beat his Aunt uh jumped on his Auntie?

CAMPBELL:    Um hum.

GOLDEN:    Ok?

CAMPBELL:    Ok.

GOLDEN:    If it wasn't a bribe or something, why did these guys get extra trays and these same guys, like I say, I'm not stupid. I didn't see these guys face.

CAMPBELL:        Um hum.

GOLDEN:          But when you do somebody something, you you gonna have like a guilty conscience.  Am I right?

CAMPBELL:        Um hum.

GOLDEN:          So I was talking to uh...Like I say, you you can ask.  This this one guy that was in the dorm with me, but all of us was in this little foyer, when they came over came to say they was taking me to medical.

CAMPBELL:        Um hum.

GOLDEN:          These two guys that was in there with me.  You know what I'm saying?  It was like telling me and so much what was going on.

CAMPBELL:        Inmates was telling you that?

GOLDEN:          Yeah. Because I say " Damn. Why they jump me?  Guys gonna jump me that I don't know?  For what?"

CAMPBELL:        I don't know.

GOLDEN:          Why would a pack of Juvenile's jump a man they don't know?

CAMPBELL:        I don't know Bobby. That's what I'm trying to find out.

GOLDEN:          That's my opinion now.

CAMPBELL:        Ok.

GOLDEN:          It's not no fact.

CAMPBELL:        Ok.

GOLDEN:          After hearing what other inmates in there tell me what's going on.  This is my opinion

CAMPBELL:        Alright. Let me ask you this.   What you told me about Jackson taking you out in the yard and hitting on you and stomped on you, is that a fact?

GOLDEN:          Yes Sir. That's a fact.

CAMPBELL:    That happened?

GOLDEN:    That happened.

CAMPBELL:    You are not jacking me around?  You are not lying on me?

GOLDEN:    I swear on my Daddy grave.

CAMPBELL:    Ok.

GOLDEN:    I mean you you can ask um, some of the inmates back there.  I I (inaudible). He can't tell you, because uh he wasn't in the same dorm I was in, but ask uh what that guy said?  Mike?  I went to court (inaudible) Mike?  I went to court with Mike Tuesday.  And Mike asked me say: "Damn, what happened to you?"  I got slain to me.  He asked he say "Where you been?" I said "I'm in the hole."  .I explained to him what happened.

CAMPBELL:    Um.

GOLDEN:    No, I'm not making this up.

CAMPBELL:    Ok.  Anybody see Jackson take you in there?  Take you out on the yard?

GOLDEN:    Uh probably this black guy that helped me up the steps.

CAMPBELL:    What you go up the steps for?

GOLDEN:    Because I was scared to go in the dorm, when they put me in the hole.

CAMPBELL:    The officer helped you up the steps?

GOLDEN:    Yeah.

CAMPBELL:    Black officer?

GOLDEN:    Yeah. The other guy was getting ready to beat me again probably.  He started putting his gloves on. Yeah. If that guy hadn't put me over his shoulder, I was getting ready for round four or round whatever.  Whatever round it was? I was getting ready for it again.

CAMPBELL:    Alright. Bobby, anything else you can think of that I hadn't asked you?

GOLDEN:        That's all pretty much it.  All that I can remember.

CAMPBELL:      How old are you Bobby?

GOLDEN:        41 in April.

CAMPBELL:      Ok.

GOLDEN:        If I live to get out of here.

CAMPBELL:      Alright. Don't come back. Ok?

GOLDEN:        Trust me I won't.

CAMPBELL:      You stay straight when you get out.

GOLDEN:        Yeah. (Laugh).

CAMPBELL:      Alright you serve....Judge make you serve some time or are you waiting to make bond?

GOLDEN:        15 uh 15 days.

CAMPBELL:      15 days?

GOLDEN:        Yeah.

CAMPBELL:      It will be up in a couple of days?

GOLDEN:        I'm gonna be here uh until Saturday? I ain't (inaudible). He told me like I got to do half that 15.

CAMPBELL:      Ok.

GOLDEN:        (inaudible).

CAMPBELL:      Well they are probably going to keep you in the hole to just keep you safe. Ok?

GOLDEN:        Am I safe in the hole? I mean I be seeing (inaudible).  I was really scared to come down here.

CAMPBELL:      Don't be scared to come down here.

GOLDEN:        Why not?

CAMPBELL:        I'm not gonna hurt you Bobby.

GOLDEN:          Man I don't know. Just like I thought I was going to Med call. Shit. See where I wind up? Do you have any clue when my release date is?

CAMPBELL:        No. I don't have a clue. I'll find out for you.

GOLDEN:          Trust me I don't...I (whew). And I'm away from my wife and daughter a whole week. (Inaudible).

CAMPBELL:        Don't get drunk and act stupid again. Alright?

GOLDEN:          I ain't drinking nothing.

CAMPBELL:        Alright. Bobby, I'm gonna take you back. It's about 11:05.

15

Alright, today is uh March 4, 2005.  I have Deputy Lee Jackson in the office regarding uh some allegations uh of assault on an inmate named Bobby Golden.

CAMPBELL:  Lee what's your badge number?

JACKSON:  225.

CAMPBELL:  And how long have you been working at the Sheriff's Department?

JACKSON:  I think I came October.

CAMPBELL:  October 2004?

JACKSON:  2004.

CAMPBELL:  Ok. Lee what's your days off?

JACKSON:  Wednesday- Thursday.

CAMPBELL:  Ok. Lee the uh the Sheriff has directed me to look into uh this matter involving this inmate and I'm doing it uh in his direction; with his authority. Ok?

JACKSON:  Yes Sir.

CAMPBELL:  And with his authority I'm ordering you to be truthful with me.

JACKSON:  Yes Sir.

CAMPBELL:  Answer all my questions truthfully.

JACKSON:  Yes Sir.

CAMPBELL:  Do you understand that?

JACKSON:  Yes Sir.

CAMPBELL:  Also, I want you to understand that if there is any uh during this inquiry, if anything comes out that that uh, if you incriminate yourself in criminal activity.

JACKSON:  Like....?

CAMPBELL:  Like if this if this like assault or something like that.

**EXHIBIT**

B-7

1

JACKSON:        Yes Sir.

CAMPBELL:       Then everything you tell me cannot be used against you in a criminal matter.

JACKSON:        Yes.

CAMPBELL:       It's called....It's called your Garrity rights.

JACKSON:        Yeah.

CAMPBELL:       And this is an administrative matter.

JACKSON:        Yes.

CAMPBELL:       Do you understand?

JACKSON:        Yes Sir.

CAMPBELL:       Do you remember?  Do you remember in the class I had?

JACKSON:        Yes Sir.

CAMPBELL:       With you guys?  I explained that to you?

JACKSON:        Um hum.

CAMPBELL:       Ok. Alright. So in because what you tell me cannot be used against you in a criminal matter ok?  Then as your employer I'm ordering you to tell me the truth.

JACKSON:        Um. Um hum.

CAMPBELL:       And be truthful and answer all my questions. Ok?

JACKSON:        Uh hum.

CAMPBELL:       Alright. You understand that.  Alright. Uh, I'm gonna take you back to uh....Lee, I'm gonna take you back to February 26th, which would have been.....which would have been last Saturday.

JACKSON:        Um hum.

CAMPBELL:       Ok. You were working the day shift correct?

2

JACKSON:        Yes.

CAMPBELL:       Ok. Do you remember where you were working that day?

JACKSON:        B boy floor.

CAMPBELL:       B floor. Ok. And tell me about your duties on B floor.

JACKSON:        Basically what we do, what I do is uh I check every section because it's A, B, D, and E section belong B boy floor. (Inaudible) I walk through then everything, because they are not on the tier system no more. So them the floors I, them are the sections I was covering right there.

CAMPBELL:       Ok. And also working uh working down in um B block and....

JACKSON:        Yes.

CAMPBELL:       And (inaudible) block.  Who who all was there?

JACKSON:        It was me, Chandler.

CAMPBELL:       Wait a minute. Wait a minute.  Wait a minute.  What's Chandler doing?

JACKSON:        Uh, he was in B/C.

CAMPBELL:       Now is that the lock down section now?  Used to be B/D?

JACKSON:        Yes Sir.

CAMPBELL:       Ok. Alright.  Who else was there?

JACKSON:        Tippets.

CAMPBELL:       Alright.  Where was Tippets?

JACKSON:        He was in uh B/F.

CAMPBELL:       B/F?

JACKSON:        Yes Sir.

CAMPBELL:       Alright. That's uh classification?

3

JACKSON:      Yes Sir.

CAMPBELL:     Also Juvenile?

JACKSON:      Yes Sir.

CAMPBELL:     Ok. Who else was there?

JACKSON:      Um, I think Marble was in the tower.

CAMPBELL:     In the tower. So four of you in that block. Pretty much?

JACKSON:      Yes Sir.

CAMPBELL:     Alright. Alright. Sometime during that morning, uh the juveniles were aloud to go out in the wreck yard. Is that right?

JACKSON:      Um hum.

CAMPBELL:     Do you remember that? Ok. Tell me is it a certain time of day you guys do that or what? How does that work?

JACKSON:      Not if the B/F off....The B/F officer just asked if do I have anybody else on the yard.

CAMPBELL:     Um hum.

JACKSON:      If there ain't nobody else on the yard, we we'll put them out for their time.

CAMPBELL:     Ok. Alright. Alright. When those guys coming out from B/F, ok, ok, there's got to be an officer at the B/F door to let them out. Right? And then somebody at the wreck yard....

JACKSON:      I be out in the yard.

CAMPBELL:     Ok. So you were....Do you stay in the yard with them?

JACKSON:      Na.

CAMPBELL:     Ok. You're....

JACKSON:      I come in and check my sections and walk through my walk through.

CAMPBELL:     Ok. So when they're going out there, you hold the door open?

4

JACKSON:       Make sure all of them come out because they they'll try to come run all over everywhere and hang on the door.

CAMPBELL:     Ok.

JACKSON:       And they they not allowed to do that.

CAMPBELL:     Ok. So you let them out. They they went in there.   Then you shut the d...shut the door?

JACKSON:       I close the door and they was on the yard.

CAMPBELL:     Ok. And then you do your other duties and then sometime later....

JACKSON:       Go back and bring them back in.

CAMPBELL:     Back in.  Alright. Tell where you ....When they went back in, alright, how? Where? What did you do to help them get back in?

JACKSON:       I call them off the yard.  The D/F....well B/F.  I'm posted in D/F now. So....

CAMPBELL:     That's Ok.

JACKSON:       B/F officer open the door for them to come in.

CAMPBELL:     Ok. Alright.

JACKSON:       I make sure all of them come in and go...

CAMPBELL:     So you you're at the wreck yard door?

JACKSON:       Yes.

CAMPBELL:     Ok. Alright, and who is holding the door open there at B/F?

JACKSON:       Tippets. He get posted there.

CAMPBELL:     Alright. Was he there or was he up inside?

JACKSON:       He was up inside.  Chandler had came out.

CAMPBELL:     Ok. So Chandler was kind of around the door?

JACKSON:        Yeah.

CAMPBELL:       Ok.

JACKSON:        Because Tippets has to make sure all the Juveniles because when the other guys are out, we can't let them mix. You know, like the misdemeanors, the felony....

CAMPBELL:       Ok.

JACKSON:        None of them can mix. So you have to open them doors to put the Juvenile's up.

CAMPBELL:       Ok. Was Chandler holding the door open?

JACKSON:        He was, had walked to the door. And I ...I always....when I bring them in, I always check the yard too. Make sure ain't nothing on left on the yard or nothing or somebody else. Because that's how they pass letters and all kinds of stuff.

CAMPBELL:       Alright. But, at the door going into B/F, ok? Does he hold the door open?

JACKSON:        Yeah he opened the door for them. And they just started going in. Because they going...they know they going straight up.

CAMPBELL:       Alright. But what I'm saying is: did he stay there at the door?

JACKSON:        Who Chandler?

CAMPBELL:       Yeah.

JACKSON:        Yeah. He opened the door for them. Yeah.

CAMPBELL:       Ok. And he's holding the door, like you you kind of hold the door or right by the door?

JACKSON:        Yeah he....he's not directly in inside the door, but you know he just opened the door and they go on in, because they know they got to go.

CAMPBELL:       Ok. Alright. After they ran on through and they out of there, you shut the door to the wreck yard?

6

JACKSON:        No. I went on the wreck yard just to make a security check on the yard.

CAMPBELL:       Ok. Ok. Alright, so after you do that?

JACKSON:        Then I come back in and go in the (Inaudible).

CAMPBELL:       You closed the door?

JACKSON:        Yeah I closed it.

CAMPBELL:       Alright. Tell me about this guy Golden that got somebody....popped him or something.

JACKSON:        I I didn't see...I don't know...

CAMPBELL:       Well I ain't saying you saw it, but tell me what you know, because he obviously came out of the section there.

JACKSON:        I didn't see him come out of the section. He he was in...when I did head count, he was in B/F that morning.

CAMPBELL:       No. No. No.  When Juvenile's went back in D/F.....B/F.

JACKSON:        Ok.

CAMPBELL:       One of them hit him or jumped on him or something. So after Tippet's gets them all locked up, he hears some groaning and moving.  He goes down there and gets him out.  Goes out to Sally Port.

JACKSON:        Yeah he brings him out.

CAMPBELL:       Yeah. Yeah. And that's what I'm saying.  And you and Chandler.

JACKSON:        We didn't tell him about that.

CAMPBELL:       Ok. Alright. And somebody calls uh calls medical.

JACKSON:        Yeah.

CAMPBELL:       Ok. Marble calls medical.  Did you tell Marble don't call medical?

7

JACKSON:          Um hum.  He looked up, he said, "I called medical" because he was bleeding.

CAMPBELL:         Um hum.

JACKSON:          And um I got a towel and put some cold water on it and stuff.

CAMPBELL:         You didn't tell him don't call medical?

JACKSON:          Na. I ain't.  I ain't tell him don't call medical.  He said I told him don't medical?

CAMPBELL:         He said that don't call medical. And he said you told him don't call medical.  Why would he say that?

JACKSON:          I I don't know.

CAMPBELL:         Ok. Ok. Maybe he just got it mixed up.

JACKSON:          I mean we don't have no control over the tower.  You know?

CAMPBELL:         Right.

JACKSON:          They they run their own tower up there.

CAMPBELL:         Yeah.

JACKSON:          He might of misunderstood me.

CAMPBELL:         Ok. Maybe so. Maybe so.  Alright. So anyway, you guys uh help put a towel on, try to keep him from bleeding or something like that?

JACKSON:          Yeah.

CAMPBELL:         Did he say what happened?

JACKSON:          No. He he just said somebody hit him or something. But I wasn't, you know, I said "What's going on?" He said "Man, I was asleep.  Somebody hit me or something." He say "I just need some medical attention."  Then by that time, the nurse was coming through the door.

CAMPBELL:         Ok.

JACKSON:        We got him a towel and everything. Told him to take a shower. And he took the towel and put it on his face. And she looked at him and everything and then she left.

CAMPBELL:       Ok. Alright. Tell me about the...Alright. The next day is Sunday. You work Sunday?

JACKSON:        Um hum.

CAMPBELL:       Alright where were you working Sunday?

JACKSON:        D/F.

CAMPBELL:       D/F? You ran this classification section?

JACKSON:        D/F. Yeah. Down in D/F.

CAMPBELL:       No. No. No. No. No.

JACKSON:        On medical watch D/F.

CAMPBELL:       Sunday. The next day. Not...alright. Saturday was the day that this guy somebody hit him or something.

JACKSON:        Yeah.

CAMPBELL:       And the next day....

JACKSON:        They posted me in D/F.

CAMPBELL:       Are you sure?

JACKSON:        Yes Sir. I got posted in D/F, because I supposed to be in D/F for the whole month.

CAMPBELL:       But you weren't back over in B section?

JACKSON:        No.

CAMPBELL:       What about Monday?

JACKSON:        Monday? No. I think I....See? They post me in D/F for the whole month. And I was on....I think I was on (inaudible).

CAMPBELL:       Alright. Alright.

JACKSON:        (inaudible).

CAMPBELL:       But Sunday was the 27th.

JACKSON:        Yeah. They put me on D floor down at D/F (inaudible) watch.

CAMPBELL:       Alright. Starting Monday?  Starting Sunday?

JACKSON:        Yeah.

CAMPBELL:       27th?  February 27th?

JACKSON:        That's where I was.

CAMPBELL:       Are you sure?

JACKSON:        Yes.

CAMPBELL:       Well these other officers said you was you was in B.

JACKSON:        No. They posted me over there.

CAMPBELL:       What does that mean they posted you?

JACKSON:        That's where they...In the morning when in briefing, they tell you where to go.

CAMPBELL:       Um hum.

JACKSON:        I wasn't down there.  I went down there with Carson early earlier that day.

CAMPBELL:       Alright. Alright.

JACKSON:        We went down there and he went on a security check in B/C. He went to a couple of cells and talked to some guys.

CAMPBELL:       Alright. He...Carson got uh, you know this guy Golden right?

JACKSON:        Yeah I know him.

CAMPBELL:       Alright. Carson got him out of B/F.  He took him out of the section and you went with him?

JACKSON:        Yeah.

CAMPBELL:        And you took him out of the block and where did y'all go?

JACKSON:         We went to booking.

CAMPBELL:        Ok. And then you brought him back?

JACKSON:         And then brought him back.

CAMPBELL:        Ok. Where did y'all take him?

JACKSON:         He....Carson took him. I went to the door with him.  And he
                 took him back to booking and I think he put him in B/C.  For
                 whatever reason I don't know.

CAMPBELL:        Alright. But what I'm saying is, when you came back from
                 booking.....

JACKSON:         We came back in the Sally Port.

CAMPBELL:        Ok. Who took him out on the yard?

JACKSON:         I did.

CAMPBELL:        What did you do out on the yard?

JACKSON:         Nothing, but just ask him why he was up in here.

CAMPBELL:        You hit him didn't you?

JACKSON:         No.

CAMPBELL:        Lee don't lie to me now. Ok?

JACKSON:         I ain't put my hands on him.  I asked him why he was in here.

CAMPBELL:        Alright. You knew who he was.

JACKSON:         Yeah I know who he is.

CAMPBELL:        And he he assaulted your ex-wife or your girlfriend, or your
                 baby's kid....Mamma right?

JACKSON:         Yeah.

CAMPBELL:        That's why he's here.

JACKSON:        Yes.

CAMPBELL:       Ok?  Did you hit him?

JACKSON:        Yeah I hit him.

CAMPBELL:       Ok. Understand ok?  I understand why you hit him.

JACKSON:        Yes Sir. Yes Sir.

CAMPBELL:       But you can't do that.

JACKSON:        Ok.

CAMPBELL:       Ok?  These inmates aren't worth it buddy.

JACKSON:        Ok.

CAMPBELL:       I understand....I understand how you felt.  Now I'm not saying
                I wouldn't have done the same thing.  But you can't do it here.
                Ok? What? What's your days off?  Wednesday Thursday?

JACKSON:        Yes Sir.

CAMPBELL:       Alright Lee, let me tell you what I'm gonna do.  I'm gonna put
                you on administrative leave with pay right now.

JACKSON:        Ok.

CAMPBELL:       Ok. Uh you get paid. Uh and Major Reilly is going to set up a
                hearing and charge you with assaulting that inmate. Not a not
                a criminal charge. Ok?

JACKSON:        Um hum.

CAMPBELL:       You have opportunity to go before the board, administrative
                board and tell your side of the story.  Why you did it.

JACKSON:        Um hum.

CAMPBELL:       And then they just they give a recommendation to the Sheriff
                what discipline if any he uh....he should give you.  And he can
                go with that recommendation or he cannot go with that
                recommendation. Ok?  Do you understand that?

JACKSON:        Yeah. I understand.

                                                                        12

CAMPBELL:    Ok. Alright. I'll tell you what. Major Reilly is probably at lunch and she's gonna have to give you a letter to give you notice that you are gonna have a hearing. Ok?

JACKSON:    Ok.

CAMPBELL:    This is what I'm gonna do. I'm gonna put you on administrative leave after she gives this notice to you. And it will probably be an hour or so. So go back to D/F.

JACKSON:    They got me R/1 today. R/1

CAMPBELL:    Ok. You you go back down and do R/1 until Major Reilly calls you up there. Ok?

JACKSON:    Alright.

CAMPBELL:    And I'm gonna give you one other order. I don't want you to talk to anybody about about this.

JACKSON:    Ok.

CAMPBELL:    Ok? Do you understand that Lee?

JACKSON:    Yes Sir.

CAMPBELL:    Anything you got to say?

JACKSON:    I just....I guess they are gonna let me go huh?

CAMPBELL:    Well, I don't know. That's not my....That's not my decision. I don't do that. I just tell the sheriff what happened.

JACKSON:    Alright.

CAMPBELL:    Um, anything else you may want to say?

JACKSON:    No.

CAMPBELL:    Ok. Lee why don't ya go on back down to R/1 ok? And uh Major Reilly will talk to you upstairs in a little bit ok?

JACKSON:    Alright.

CAMPBELL:    It's about five minutes to one. (12:55)

13



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

*George H. Payne, Jr.*
*Sheriff*

Post Office Box 1480
Gulfport, Mississippi 39502

March 16, 2005

Officer Lee Jackson
Harrison County Adult Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

## LETTER OF DISCIPLINARY ACTION

Dear Officer Jackson:

An Administrative Hearing was held on March 10, 2005, in response to the charge of violating General Order # 1, 5, 5.8, Code of Conduct.

You appeared at that hearing and after weighing the evidence against you, the following disciplinary action will be taken:

- ***You are hereby terminated immediately***

You will make arrangements to return all issued equipment to the property officer within twenty-four hours of receipt of this letter. Your final check will be held until you receive a property clearance form.

Sincerely,

George H. Payne, Jr.
Sheriff

cc:    Major Riley
       Personnel File

EXHIBIT
B-8
tabbies