IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BOBBY J. GOLDEN                                                      PLAINTIFF

VERSUS                                              CASE NO. 1:06cv1006LG-JMR

HARRISON COUNTY, MISSISSIPPI;
SHERIFF GEORGE PAYNE, OFFICIALLY
AND IN HIS INDIVIDUAL CAPACITY;
LEE OATIS JACKSON, OFFICIALLY AND
IN HIS INDIVIDUAL CAPACITY; MAJOR
DIANNE GASTON-RILEY, OFFICIALLY
AND IN HER INDIVIDUAL CAPACITY;
CAPTAIN RICK GASTON, BOOKING
SUPERVISOR, OFFICIALLY AND IN HIS
INDIVIDUAL CAPACITY; CAPTAIN
PHILLIP TAYLOR, OFFICIALLY AND IN
HIS INDIVIDUAL CAPACITY; JOHN DOES
1-5, OFFICIALLY AND IN THEIR INDIVIDUAL
CAPACITY                                                            DEFENDANTS

STATE OF MISSISSIPPI

COUNTY OF HARRISON

### AFFIDAVIT OF DEPUTY MICHAEL MARBLE
### HARRISON COUNTY SHERIFF'S OFFICE

PERSONALLY CAME AND APPEARED BEFORE ME the undersigned authority in and for the County and State aforesaid, the within named, MICHAEL MARBLE, who, after first being duly sworn by me on his oath, did depose and state the following:

1. My name is MICHAEL MARBLE and I have personal knowledge of the matters and facts contained in this Affidavit and I am competent to testify to the matters stated herein.



EXHIBIT E

2. I am currently employed as a Deputy working in the Inmate Transport Area for the Harrison County Sheriff's Department.

3. On February 26, 2005, I was a Harrison County Deputy Sheriff working as a corrections officer in the Harrison County Adult Detention Center.

4. On February 26, 2005, I reported to work the day shift at the Harrison County Adult Detention Center as the tower officer for B. Block. At approximately 11:03 a.m. on February 26, I was instructed to open the door to the recreation yard to allow the juvenile inmates to use the rec yard. Later, I was instructed to open the rec yard door, as well as the door to the Section B-F to allow the juvenile inmates to return to Section F.

5. I then learned that an inmate (late identified as Bobby Golden) had been attacked and that floor officers Deputy Lee Jackson and F Section Officer Deputy Tippetts, were attending to the assaulted inmate.

6. I then told Deputies Jackson and Tippetts that I was going to call medical for assistance for the assaulted inmate. Deputy Jackson then told me not to call medical, but I proceeded to call medical on the radio. Nurse Mary then came down and treated inmate Golden for the injuries that he had received.

7. Later that date, I observed Deputy Lee Jackson give juvenile inmate Kennedy an extra food tray.

8.  I certify the above declaration is true and correct under penalty of perjury.

_____
Affiant/Michael Marble
Harrison County, Mississippi

Sworn to and subscribed before me on this the ___1___ day of ~~June~~ July, 2008.

_____
Notary Public

My Commission Expires:
10 - 19 - 09

(SEAL)

