## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**BOBBY J. GOLDEN**                                                    **PLAINTIFF**

**VERSUS**                                        **CASE NO. 1:06cv1006LG-JMR**

**HARRISON COUNTY, MISSISSIPPI;**
**SHERIFF GEORGE PAYNE, OFFICIALLY**
**AND IN HIS INDIVIDUAL CAPACITY;**
**LEE OATIS JACKSON, OFFICIALLY AND**
**IN HIS INDIVIDUAL CAPACITY; MAJOR**
**DIANNE GASTON-RILEY, OFFICIALLY**
**AND IN HER INDIVIDUAL CAPACITY;**
**CAPTAIN RICK GASTON, BOOKING**
**SUPERVISOR, OFFICIALLY AND IN HIS**
**INDIVIDUAL CAPACITY; CAPTAIN**
**PHILLIP TAYLOR, OFFICIALLY AND IN**
**HIS INDIVIDUAL CAPACITY; JOHN DOES**
**1-5, OFFICIALLY AND IN THEIR INDIVIDUAL**
**CAPACITY**                                                         **DEFENDANTS**

### <u>RECORDS AFFIDAVIT</u>

STATE OF MISSISSIPPI

COUNTY OF HARRISON

Personally appeared before me, the undersigned authority in and for the aforesaid

jurisdiction, the Records Custodian for the Harrison County Sheriff's Office, who, upon

his/her oath, stated that (1) he/she has first-hand knowledge of the maintenance and/or

storage of the attached records; and (2) the attached records are true and correct copies of

the excerpts of the Training Records that were kept in the regular course of the

employment of Lee Otis Jackson; and (3) the records were generated in the regular course

of the employment of Lee Otis Jackson and pursuant to the regular activities of the



EXHIBIT
1

Harrison County Sheriff's Office, and made at or near the time of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

I certify the above declaration is true and correct under penalty of perjury.

AFFIANT/PAULA HENTGES
HARRISON COUNTY, MISSISSIPPI

Sworn to and subscribed before me, this the 7th day of July , 2008.

Notary Public

(SEAL)

My commission expires:

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES NOV. 26, 2008
BONDED THRU STEGALL NOTARY SERVICE

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 11, 2004, I _Lee JACKSON_ RECEIVED a 15-MINUTE TRAINING ON SOCIAL SERVICE AND SUBSTANCE ABUSE EDUCATION PROGRAM 0645-1500 HOUR SHIFTS BRIEFING.

_Lee Tonlison_ 225
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT LEGE #155
SHIFT SUPERVISOR

SGT. LEONARD #156
SHIFT SUPERVISOR

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

ON December 12, 2004, I _Lee    Jackson_ RECEIVED a 15-MINUTE TRAINING ON ESCORTED LEAVES 0645-1500 HOUR SHIFTS BRIEFING.


_Lee O. Jackson_    225
DEPUTY SIGNATURE   AND BADGE NUMBER


SGT REESE #159
SHIFT SUPERVISOR

SGT. LEONARD #156
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 10, 2004, I _Lee   Jackson_ RECEIVED a 15-MINUTE TRAINING ON RECREATION 0645-1500 HOUR SHIFTS BRIEFING.

_Lee  Jackson  225_
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT LEGE #155
SHIFT SUPERVISOR

SGT. LEONARD #156
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 7, 2004, I _Lee    JACKSON_____ RECEIVED a 15-MINUTE TRAINING ON CODE OF ETHICS 0645-1500 HOUR SHIFTS BRIEFING.

_Lee Jackson_    225
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT LEGE #155
SHIFT SUPERVISOR

SGT REESE #159
SHIFT SUPERVISOR

SGT. LEONARD #156
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 6, 2004, I _Lee Jackson_ RECEIVED a 15-MINUTE TRAINING ON FISCAL RESPONSIBILITY MANAGEMENT AND BUDGETING CONTROL 0645-1500 HOUR SHIFTS BRIEFING.

_Lee Jackson_ 225

DEPUTY SIGNATURE   AND BADGE NUMBER

SGT LEGE #155
SHIFT SUPERVISOR

SGT REESE #159
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 5, 2004, I _Lee_ _JACKSON_ RECEIVED a 15-MINUTE TRAINING ON MONTHLY STATISTICAL REPORTING  0645-1500 HOUR SHIFTS BRIEFING.


_Lee Jackson_ _225_
DEPUTY SIGNATURE   AND BADGE NUMBER


SGT LEGE #155
SHIFT SUPERVISOR

SGT REESE #159
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 4, 2004, I _Lee    Jackson_____ RECEIVED a 15-MINUTE TRAINING ON DETENTION CENTER INSPECTIONS AND INVESTIGATIONS  0645-1500 HOUR SHIFTS BRIEFING.

_Lee  O.  Jackson_  225_____
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT LEGE #155
SHIFT SUPERVISOR

SGT LEGE #155
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 32, 2004, I _Lee Jackson_ RECEIVED a 15-MINUTE TRAINING ON LEGAL ASSISTANCE 0645-1500 HOUR SHIFTS BRIEFING.

_Lee O. Jackson_ 225
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT LEGE #155
SHIFT SUPERVISOR

SGT LEGE #155
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON November 30, 2004, I _Lee Jackson_____ RECEIVED a 15-MINUTE TRAINING ON FEMALE INMATES 0645-1500 HOUR SHIFTS BRIEFING.



_Lee Jackson      225_
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT LEONARD #156
SHIFT SUPERVISOR

SGT REESE #159
SHIFT SUPERVISOR

## FTO MODULE PERFORMANCE CHECKLIST

Chapter _____

Modular Title: **ROVER** _____

Trainee L. Jackson #225

FTO Gregory #289

| Performance Objective: Following demonstration by the designated Field Trainer, the trainee will: Provide escorts of inmates, visitors, contractors, and staff to areas of the facility. At all times display safety and security techniques, respond to emergency requests, and assigned details. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) Report to the de-briefing area at the beginning of the shift to sign in the post orders book, after having read them. | | | | | | |
| 2) Receive briefing from the offgoing and oncoming rover and S-1. | | | | | | |
| 3) Receive and carry out any and all tasks assigned from the S-1. | | | | | | |
| 4) Assist all officers in need of help in any area(s) such as retrieving copies of forms, paperwork, and when possible relief from post. | | | | | | |
| 5) Properly escort inmates to and from the blocks, medical, church, C.I.D., attorney visits, etc.. At all times be security minded. | | | | | | |
| 6) Properly initiate and conduct a proper classification move from B/F to the blocks. At all times maintaining security and order - no talking. | | | | | | |
| 7) Properly check and verify that no inmates are together that are prohibited to be, by using the no contact book in de-briefing. | | | | | | |
| 8) Demonstrate proper procedure for moving inmates from one area to another; include properly demonstrating proper handcuffing/shackling. | | | | | | |
| 9) Keep central control aware of moves and when they are completed. If opposite sex are being moved, have central monitor. | | | | | | |
| 10) While in hallways check all doors to make sure they are secured. | | | | | | |
| 11) While in hallways check all areas for cleanliness, water spills, food trays, garbage, blue boats, and any other items to be stored. | | | | | | |
| 12) Upon completion of your shift, properly brief the offgoing S-1, the oncoming S-1, and the oncoming rover. | | | | | | |

I certify that proficiency was demonstrated by the above trainee concerning this task on 2-19-05 (date)

FTO _____ 289

Trainee Joe O. Jackson 225

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

F.T.O. J. Gregory #289                    Page 1 of 1                    2/18/2005

**Trainee: Deputy Jackson #225**

**Narrative:  Give a brief description of training conducted today and outcome.**

### ROVER

Officer Jackson was assigned as Rover.  Officer Jackson read and signed the Post Orders. Officer Jackson is assist any Officer requesting copies or in need of any other assistance and when possible, relief from post. FTO Gregory reminded Officer Jackson on day shift we were to turn the block phones on and then log what time the phones came on in the access log. FTO Gregory observed Officer Jackson escorting inmates from their block to court, Medical, etc. and the proper use of restraints (i.e. daisy chain – cuff all inmates left hand to chain prior to exiting block, cuff and shackle all B-Block inmates) properly. Officer Jackson making the correct security rounds, checking all doors to ensure they are secured, strip-searching any Inmates wondering around the facility unescorted and reports any discrepancies to the Shift Supervisor. Officer Jackson conducts Rover duties in a timely manner. Officer Jackson stays busy the entire shift and alls giving a hand to help others. Officer Jackson is improving the amount of perimeter checks that he conducts. Officer Jackson needs to improve on finding misplaced Inmates on the court list due to cell changes not being done on a regular basis by looking at the Inmate at hands charges and determine the proper location.  End of report.

_Trainee's Signature  / Badge # / Date_                    _F.T.O.'s Signature_                    289

# SHIFT TRAINING

# ACA STANDARDS

On _9-15-05_, I _Lee Jackson_ _____ received a 15-Minute
Block Training On; Policy and Procedure **Use of Force**, During The 0645-1500 Hour
Shift Briefing.

_Lee Jackson_ _225_
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. K. Rogers #161
Supervisor / Instructor

Sgt. E. Thomas #160
Supervisor / Instructor

# SHIFT TRAINING

# ACA STANDARDS

On _02-14-05_, I _Lee JACKSON_____ received a 15-Minute
Block Training On; ACA STANDARDS; **Drug Free Work Place**, During The 0645-
1500 Hour Shift Briefing.


_Lee Jackson 225_
DEPUTY SIGNATURE AND BADGE NUMBER


Sgt. K. Rogers #161
Supervisor / Instructor


Sgt. E. Collins #153
Supervisor / Instructor

# SHIFT TRAINING

# ACA STANDARDS

On _02-13-05_, I _Lee JACKSON_ received a 15-Minute Block Training On; ACA STANDARDS; **Inmate Grievance,** During The 0645-1500 Hour Shift Briefing.


_Lee Jackson_    225
DEPUTY SIGNATURE AND BADGE NUMBER


Sgt. E. Thomas #160
Supervisor / Instructor


Sgt. E. Collins #153
Supervisor / Instructor

# SHIFT TRAINING

# ACA STANDARDS

On _02-12-05_ , I _Lee  JACKSON_____ received a 15-Minute
Block Training On; ACA STANDARDS; **Access to Media**, During The 0645-1500 Hour
Shift Briefing.


_Lee  Jackson  225_
DEPUTY SIGNATURE AND BADGE NUMBER


Sgt. E. Thomas #160
Supervisor / Instructor


Sgt. E. Collins #153
Supervisor / Instructor

# SHIFT TRAINING

# ACA STANDARDS

On _2-11-05_ , I _Lee JACKSON_____ received a 15-Minute
Block Training On; ACA STANDARDS; Security Shift Briefings and Shift Duty
Hours, During The 0645-1500 Hour Shift Briefing.


_Lee Jackson_          _225_
DEPUTY SIGNATURE AND BADGE NUMBER


Sgt. E. Thomas #160
Supervisor / Instructor


Sgt. E. Collins #153
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, 01-24-05 I _Lee    JACKSON_____ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURES; Legal Resources DURING THE 0645-1500 HOUR
SHIFTS BRIEFING.


_Lee    Jackson_     225
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #160
SGT.EDDIE COLLINS #153
SGT. KENNETH ROGERS #161

# SHIFT TRAINING

On February 8,2005 I ___Lee    Jackson_____ received a 15-Minute Block Training On A Inter-Office Memo Ref: Security Equipment During The 0700-1500 Hour Shift Briefing.


___Lee   VonClson_____ 225
DEPUTY SIGNATURE AND BADGE NUMBER


Sgt. Eddie Collins #153
Supervisor / Instructor

Sgt. Kenny Rogers #161
Supervisor / Instructor

Sgt. Earnest Thomas #160

Supervisor /instructor

# Memorandum Receipt

Date: _02- 07- 05_

I _Lee    JACKSON_____ received a Suicide Prevention Card.
     (Print Name)

Officers Signature: _Lee Jockson_____ Badge # _225_

# SHIFT TRAINING

On February 7, 2005 I _Lee    Jackson_____ received a 15-Minute Block Training On A Inter-Office Memo Ref: Special Needs Inmates During The 0700-1500 Hour Shift Briefing.

_Lee  Jackson 225_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Eddie Collins #153
Supervisor / Instructor

Sgt. Kenny Rogers #161
Supervisor / Instructor

Sgt. Earnest Thomas #160

Supervisor /instructor

Training Records
0020

# SHIFT TRAINING

# ACA STANDARDS

On **2-05-05**, I _Lee  O.  Jackson_ received a 15-Minute Block Training On; ACA STANDARDS; **COMPREHENSIVE EDUCATION PROGRAM**, During The 0645-1500 Hour Shift Briefing.

_Lee O. Jackson_                225
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. E. Thomas #160
Supervisor / Instructor

Sgt. K. Rogers #161
Supervisor / Instructor

Sgt. E. Collins #153
Supervisor / Instructor

# SHIFT TRAINING

On _2-1-05_, I _Lee JACKSON_ received a 15-Minute Block Training On legal Assistance During The 0645-1500 Hour Shift Briefing.


_Lee Jackson_ _225_
DEPUTY SIGNATURE AND BADGE NUMBER


Sgt. K. Rogers #1161
Supervisor / Instructor

Sgt. E. Thomas #160
Supervisor / Instructor

Sgt. E. Collins #153
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, *1-31-05*, I _Lee JACKSON_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON ACA Standards; **Correctional Officer Assignments** DURING THE 0645-1500 HOUR
SHIFTS BRIEFING.

_Lee Jackson 225_
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #160
SGT. EDDIE COLLINS #153
SGT. KENNETH ROGERS #161

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, _1-28-05_, I _Lee JACKSON_ _____ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON Policy and Procedures; **Inmate Uniform and Hygiene Issuance** DURING THE 0645-
1500 HOUR SHIFTS BRIEFING.


_Lee Jackson_   _225_
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #160
SGT.EDDIE COLLINS #153
SGT. KENNETH ROGERS #161

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, _01-30-05_, I _Lee   Jackson_____ RECEIVED a 15-MINUTE BLOCK
                         PRINT NAME
TRAINING ON ACA Standards; **Inmate Grievance** DURING THE 0645-1500 HOUR SHIFTS
BRIEFING.



_Lee Jackson_ 225
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #160
SGT. EDDIE COLLINS #153
SGT. KENNETH ROGERS #161

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, *1-29-05*, I _Lee    JACKSON_ _____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON ACA Standards; **Central Control** DURING THE 0645-1500 HOUR SHIFTS
BRIEFING.


_Lee O. Jackson    225_
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #160
SGT. EDDIE COLLINS #153
SGT. KENNETH ROGERS #161

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, 01-25, I _Lee  JACKSON_____ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON ACA STANDARDS; **HOUSEKEEPING;** DURING THE 0645-1500 HOUR SHIFTS
BRIEFING.


_Lee Jackson_    225
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #160
SGT. EDDIE COLLINS #153
SGT. KENNETH ROGERS #161


Training Records
0027

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, 01-23-05, I _Lee    Jackson_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; Inspections and investigation; DURING THE
0645-1500 HOUR SHIFTS BRIEFING.

_225_
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #160
SGT.EDDIE COLLINS #153
SGT. KENNETH ROGERS #161

Training Records
0028

## Memorandum Receipt

Date: _1-23-05_

I _Lee    JACKSON_____ received a copy of the memo generated by
(Print Name)

Captain Taylor's Office titled **Inmate Armbands** dated January 17, 2005.

Officers Signature: _Lee Jackson_____ Badge # _225_

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

F.T.O. J. Gregory #289                **Page 1 of 1**                2/12/2005

Trainee: Deputy Jackson #225

Narrative:  **Give a brief description of training conducted today and outcome.**

ROVER

    Officer Jackson was assigned as Rover. Officer Jackson read and signed the Post Orders. FTO Gregory explained that the Rover will assist any Officer requesting copies or in need of any other assistance and when possible, relief from post. FTO Gregory informed Officer Jackson on day shift we were to turn the block phones on and then log what time the phones came on in the access log. Officer Jackson was shown the proper way to escort inmates from their block to church, court, Medical, etc. and the proper use of restraints (i.e. daisy chain – cuff all inmates left hand to chain prior to exiting block, cuff <u>and</u> shackle all B-Block inmates) was discussed. Officer Jackson was shown how to properly check and verify that no inmates on the "NO CONTACT" list are to leave the block together at any time. It was stressed that when escorting inmates, notify Central Control to monitor the movement, especially when inmates of the opposite sex are being moved. Officer Jackson was reminded that Safety, Security, and Sanitation is every Officers responsibility and as Rover especially. Officer Jackson was instructed that while making security rounds, check all doors to ensure they are secured, question then strip search any Inmates wondering around the facility unescorted and report any discrepancies to the Shift Supervisor. Officer Jackson was unable to "actually" perform a Classification Move not being on third shift. It was explained that names should be double-checked and I.D. bands verified (if they were issued) prior to making any move. Officer Jackson was advised that any orders or tasks received from the Shift Supervisor are also to be carried out. Officer Jackson conducts Rover duties in a timely manner. Officer Jackson just needs to make time available for more perimeter checks. End of report.

_Deputy O. Jackson 225  2-12-05_
Trainee's Signature  / Badge # / Date

_F.T.O's Signature_                #289

Training Records
0030

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, *1-22-05*, I *Lee    JACKSON*                    RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **CHAIN OF COMMAND;** DURING THE 0645-1500
HOUR SHIFTS BRIEFING.


*Lee Jackson*                    225
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #160
SGT.EDDIE COLLINS #153
SGT. KENNETH ROGERS #161

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, **1-21-05** I _Lee    Jackson_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON ACA STANDARDS; Social Service & Substance Abuse Education Program DURING
THE 0645-1500 HOUR SHIFTS BRIEFING.


_Lee  Jackson_____ 225_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285
Sgt Collins #153

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, 01-18-05, I **Lee     Jackson**                RECEIVED a 15-MINUTE BLOCK
                         PRINT NAME
TRAINING ON ACA STANDARDS; **Force Cell Moves** DURING THE 0645-1500 HOUR SHIFTS
BRIEFING.


_Lee    Jackson_      225
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285
Sgt Collins #153

Training Records
0033

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, 01-17-05, I _Lee  Otis  Jackson_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON ACA STANDARDS; **Drug free work Place** DURING THE 0645-1500 HOUR SHIFTS
BRIEFING.

_Lee O. _____ 225_
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285
Sgt Collins #153

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON. 01-16-05, I   _Lee    Jackson_____   RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON ACA STANDARDS; Custody Inquiries; DURING THE 0645-1500 HOUR SHIFTS
BRIEFING.


_Lee  Jackson_        225
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285
Sgt Collins #153

# SHIFT TRAINING

## POLICY AND PROCEDURES

ON, 01-15-05, I _____Lee____JACKSON_____ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON ACA STANDARDS; **POSITION CONTROL AND MANAGEMENT, PAYROLL
VERIFICATION;** DURING THE 0645-1500 HOUR SHIFTS BRIEFING.


_____Lee  O. Jackson_____    225___
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285
Sgt Collins #153

Training Records
0036

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, 01-14-05, I _Lee  O.  Jackson_____ RECEIVED a 15-MINUTE BLOCK
                     PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **ACA Legal Assistance;** DURING THE 0645-1500
HOUR SHIFTS BRIEFING.


_Lee  O.  Jackson_____ _225_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285
Sgt Collins #153

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Lee  O. Jackson_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Communications Training_

ON _12- 07- ~~~~ * 20 04_ AND RECEIVED _4 hrs_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _____
(PRINT)

Training Records
0038

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, 01-11-05, I  *Lee  o  Jackson*                RECEIVED a 15-MINUTE BLOCK
                              PRINT NAME
TRAINING ON POLICY AND PROCEDURES; Hearing impaired inmates; DURING THE 0645-1500
HOUR SHIFTS BRIEFING.


*Lee  O.  Jackson*        225
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285
Sgt Rogers #161

Training Records
0039

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, 01-10-05, I ___Lee      O    Jackson___ RECEIVED a 15-MINUTE BLOCK
                     PRINT NAME
TRAINING ON POLICY AND PROCEDURES; Health care sevices; DURING THE 0645-1500 HOUR
SHIFTS BRIEFING.

___Lee    O.  Jackson___    225___
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285
Sgt Rogers #161

Training Records
0040

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, _1-08-08_ _Lee   O   Jackson_____ RECEIVED a 15-MINUTE BLOCK
                  PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **Communication: Internal & External;** DURING THE
0645-1500 HOUR SHIFTS BRIEFING.

_Lee  O. Jackson  225_
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285

Training Records
0041