# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, *1-7-05*, I *Lee JACKSON* _____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; UNIFORM AND PERSONAL APPEARANCE;
DURING THE 0645-1500 HOUR SHIFTS BRIEFING.

*Lee O. Jackson    225*

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285

Training Records
0042

# Memorandum Receipt

Date: _01- 04 - 06_

I _Lee    JACKSON_        .... received a copy of the memo generated by
      (Print Name)

Captain Taylor's office titled **Escorting of Inmates** dated October 19, 2004.

Officers Signature: _Lee Jackson_        Badge # _225_

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, *1-1-05*, I _Lee JACKSON_____ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **SUICIDE WATCH**; DURING THE 0645-1500 HOUR
SHIFTS BRIEFING.


_Lee Jackson_____ *225*____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, *12-8-04*, I *Lee O. Jackson* RECEIVED a 15-MINUTE BLOCK
                                  PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **FORCED CELL MOVES;** DURING THE 0645-1500
HOUR SHIFTS BRIEFING.

*Lee O. Jackson*         *225*
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 19, 2004, I ___Lee  JACKSON_____ RECEIVED a 15-MINUTE TRAINING ON INMATE TELEPHONE USAGE 0645-1500 HOUR SHIFTS BRIEFING.

_Lee  Jackson_  225
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT REESE, D. #159
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 18, 2004, I _Lee JACKSON_ RECEIVED a 15-MINUTE
TRAINING ON HOSPITAL DUTY GUIDELINES 0645-1500 HOUR SHIFTS BRIEFING.

_Lee Jackson_ 225
DEPUTY SIGNATURE  AND BADGE NUMBER

SGT LEGE #155
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 16, 2004, I _Lee_ _JACKSON_ _____ RECEIVED a 15-MINUTE
TRAINING ON Personal Protective Equipment 0645-1500 HOUR SHIFTS BRIEFING.


_Lee Jackson_ 225
DEPUTY SIGNATURE   AND BADGE NUMBER


SGT LEGE #155
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 14, 2004, I ___Lee   Jackson___ RECEIVED a 15-MINUTE TRAINING ON RELEASE PREPARATION 0645-1500 HOUR SHIFTS BRIEFING.


_Lee Jackson_     _225_
DEPUTY SIGNATURE  AND BADGE NUMBER


SGT LEGE #155
SHIFT SUPERVISOR

SGT. LEONARD #156
SHIFT SUPERVISOR


Training Records
0049

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON *10-6-04* , I *Lee JACKSON* RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; EMERGENCY PLAN; **GENERAL EMERGENCY;**
DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

*Lee Jackson 205*
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

Training Records
0050

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

ON, _10-6-04 Lee JACKsoN_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; EMERGENCY PLAN; **ADVERSE JOB ACTION**
PLAN; DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_Lee JacKsoN 285_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON. *0-11-04* *Lee Otis Jackson*_____ RECEIVED a 15-MINUTE BLOCK
                              PRINT NAME
TRAINING ON POLICY AND PROCEDURES; EMERGENCY PLAN; **BOMB THREAT**; DURING
THE 1500-2300 HOUR SHIFTS BRIEFING.

*Lee O. Woodward*   *225*_____
    DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _10-11-04/1_ _Lee  Otis  Jackson_ _____ RECEIVED a 15-MINUTE BLOCK
_____PRINT NAME
TRAINING ON POLICY AND PROCEDURES; EMERGENCY PLAN; EMERGENCY HURRICANE
PROCEDURE; DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_Lee  Jackson_ _____ _225_ _____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON *09-30-04*, I  *Lee  Otis  JACKSON*          RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **SUICIDE WATCH**; DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.

                                        *Lee Otis Jackson*   225
                              DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

Training Records
0054

# SHIFT TRAINING

# INTER-OFFICE MEMO

ON, 09-30-04 *Lee Otis Jackson* RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON INTER-OFFICE MEMO DATED SEPTEMBER 29, 2004; **NON-CONTACT**
INMATES; DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


*Lee Otis Jackson 225*
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _09-29-04_ _Lee. O. JACKSON_ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; USE OF FORCE; DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

_Lee O. Jackson_ 225

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

ON 9-28-04, I Lee Otis JACKSON RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **CUSTODY INQUIRIES**; DURING THE 1500-2300
HOUR SHIFTS BRIEFING.


Lee Otis Jackson 225
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

Training Records
0057

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON September 27, 2004, I ___*Lee Otis Jackson*___ RECEIVED a 15-MINUTE BLOCK TRAINING ON Drug and Alcohol Abuse, 1500-2300 HOUR SHIFTS BRIEFING.

*Lee Otis Jackson* 225
_____
DEPUTY SIGNATURE   AND BADGE NUMBER

Supervisors and Instructors
Sgt Rogers #161
Sgt Collins #254

## JUSTICE CONSENT ORDER RECORD OF TRAINING

Name: _Lee   Otis   JACKSON_     Date: _9-20-04_

Address: _3022  Ohio     AvE_

City: _Gulfport_     State: _MS_   Zip _39501_

Telephone No: _863-6424_

Facility Assignment (if known): _~~HCPR~~ HCSd_

Hire Date: _9-20-04_     Rank/Position (if known) _C1_

Class Date: _~~9~~ 9-20-04_

I have received a copy of the case U.S. versus Harrison County, specifically known as the Consent Judgment in addition to the 2nd and 3rd Supplemental Reports following same.

The above documents have been fully explained to me and I acknowledge receipt of a copy of same.

I understand and herby agree to comply with the terms, conditions and obligations set forth in the above order and supplements to the best of my ability in my duties as an employee of the Harrison County Sheriff's Department.

_Lee O Jackson_
Employee

_9-20-04_
Date

_____
Instructor

_____
Date

cc:    Capt Taylor
       Capt. Lacy

Training Records
0059

Harrison County Sheriff's Department

This is to certify that

# LEE O. JACKSON

Has successfully completed

# FIRST AID & C.P.R.

This the 22 ND Day of September , 2004

Officer John Geas, Instructor

LITHO. IN U.S.A.

© 2004 GOES 441
All Rights Reserved.

Training Records
0060

# Harrison County Sheriff's Department
## Correctional Division

This is to certify that

LEE O. JACKSON

Has successfully completed

# CORRECTIONAL OFFICER TRAINING COURSE
(40 Hour)

This the 24th of September, 2004

George H. Payne, Jr. Sheriff

Captain Rupert Lady, Instructor

© 2004 GOES 441
All Rights Reserved

LITHO. IN U.S.A.



Harrison County Sheriff's Department

This is to certify that

**LEE O. JACKSON**

Has successfully completed

**O. C. SPRAY**

This the 21 ST of September ,2004

Captain Rupert H. Lacy Instructor

LITHO. IN U.S.A.

© 2004 GCES 441
All Rights Reserved



Harrison County Sheriff's Department

This is to certify that

LEE O. JACKSON

Has successfully completed

FIRST AID & C.P.R.

This the 22 ND Day of September, 2004

Officer John Geas, Instructor

LITHO. IN U.S.A.

© 2004 GCIS 441
All Rights Reserved

Training Records
0063

# HARRIS COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

F.T.O. J. Gregory #289          **Page 1 of 1**          2/18/2005

**Trainee: Deputy Jackson #225**

**Narrative:  Give a brief description of training conducted today and outcome.**

 **ROVER**

   Officer Jackson was assigned as Rover.  Officer Jackson read and signed the Post Orders. Officer Jackson is assist any Officer requesting copies or in need of any other assistance and when possible, relief from post. FTO Gregory reminded Officer Jackson on day shift we were to turn the block phones on and then log what time the phones came on in the access log. FTO Gregory observed Officer Jackson escorting inmates from their block to court, Medical, etc. and the proper use of restraints (i.e. daisy chain – cuff all inmates left hand to chain prior to exiting block, cuff <u>and</u> shackle all B-Block inmates) properly. Officer Jackson making the correct security rounds, checking all doors to ensure they are secured, strip-searching any Inmates wondering around the facility unescorted and reports any discrepancies to the Shift Supervisor. Officer Jackson conducts Rover duties in a timely manner. Officer Jackson stays busy the entire shift and alls giving a hand to help others. Officer Jackson is improving the amount of perimeter checks that he conducts. Officer Jackson needs to improve on finding misplaced Inmates on the court list due to cell changes not being done on a regular basis by looking at the Inmate at hands charges and determine the proper location. End of report.

_Lee. C. Jackson 2-19-05_
Trainee's Signature / Badge # / Date

_289_
F.T.O. Signature

## FTO MODULE PERFORMANCE CHECKLIST

Chapter _____

Modular Title: **ROVER** _____

Trainee _L. Jackson #225_

FTO _Gregory #289_

| Performance Objective: Following demonstration by the designated Field Trainer, the trainee will: Provide escorts of inmates, visitors, contractors, and staff to areas of the facility. At all times display safety and security techniques, respond to emergency requests, and assigned details. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) Report to the de-briefing area at the beginning of the shift to sign in the post orders book, after having read them. | 2.12.05 | 2.12.05 | 2.12.05 | 2.12.05 | 2.12.05 | 2.12.05 |
| 2) Receive briefing from the offgoing and oncoming rover and S-1. | | | | | | |
| 3) Receive and carry out any and all tasks assigned from the S-1. | | | | | | |
| 4) Assist all officers in need of help in any area(s) such as retrieving copies of forms, paperwork, and when possible relief from post. | | | | | | |
| 5) Properly escort inmates to and from the blocks, medical, church, C.I.D., attorney visits, etc.. At all times be security minded. | | | | | | |
| 6) Properly initiate and conduct a proper classification move from B/F to the blocks. At all times maintaining security and order – no talking. | | | | | | |
| 7) Properly check and verify that no inmates are together that are prohibited to be, by using the no contact book in de-briefing. | | | | assigned 3 attempts / Jackson 3 days x 9 practices | Scheduled for 1/18/05 1330 Debriefing | |
| 8) Demonstrate proper procedure for moving inmates from one area to another;include properly demonstrating proper handcuffing/shackling. | | | | | | |
| 9) Keep central control aware of moves and when they are completed. If opposite sex are being moved, have central monitor. | | | | | | |
| 10) While in hallways check all doors to make sure they are secured. | BG 289 | BG 289 | BG 289 | BG 289 | BG 289 | BG 289 |
| 11) While in hallways check all areas for cleanliness, water spills, food trays, garbage, blue boats, and any other items to be stored. | | | | | | |
| 12) Upon completion of your shift, properly brief the offgoing S-1, the oncoming S-1, and the oncoming rover. | 2-12-05 | 2-12-05 | 2-12-05 | 2-15-05 | 2-15-05 | 2-18-05 |

I certify that proficiency was demonstrated by the above trainee concerning this task on _2-19-05_ (date)

FTO _____ 289

Trainee _Joe O. Jackson_ 225

# SHIFT TRAINING

# ACA STANDARDS

On *2-15-05* , I *Lee Jackson* received a 15-Minute
Block Training On; Policy and Procedure **Use of Force**, During The 0645-1500 Hour
Shift Briefing.


*Lee Jackson* 225
DEPUTY SIGNATURE AND BADGE NUMBER


Sgt. K. Rogers #161
Supervisor / Instructor


Sgt. E. Thomas #160
Supervisor / Instructor

# SHIFT TRAINING

# ACA STANDARDS

On __02-14-05__, I __Lee JACKSON_____ received a 15-Minute Block Training On; ACA STANDARDS; **Drug Free Work Place**, During The 0645-1500 Hour Shift Briefing.


_Lee Jackson_    225
DEPUTY SIGNATURE AND BADGE NUMBER


Sgt. K. Rogers #161
Supervisor / Instructor


Sgt. E. Collins #153
Supervisor / Instructor

# SHIFT TRAINING

# ACA STANDARDS

On  02-13-05  , I  *Lee  JACKSON*              received a 15-Minute
Block Training On; ACA STANDARDS; **Inmate Grievance,** During The 0645-1500
Hour Shift Briefing.

*Lee Jackson* 225
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. E. Thomas #160
Supervisor / Instructor

Sgt. E. Collins #153
Supervisor / Instructor

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

F.T.O. J. Gregory #289                    **Page 1 of 1**                    2/12/2005

Trainee: Deputy Jackson #225

**Narrative:  Give a brief description of training conducted today and outcome.**

ROVER

Officer Jackson was assigned as Rover.  Officer Jackson read and signed the Post Orders. FTO Gregory explained that the Rover will assist any Officer requesting copies or in need of any other assistance and when possible, relief from post. FTO Gregory informed Officer Jackson on day shift we were to turn the block phones on and then log what time the phones came on in the access log. Officer Jackson was shown the proper way to escort inmates from their block to church, court, Medical, etc. and the proper use of restraints (i.e. daisy chain – cuff all inmates left hand to chain prior to exiting block, cuff <u>and</u> shackle all B-Block inmates) was discussed. Officer Jackson was shown how to properly check and verify that no inmates on the "NO CONTACT" list are to leave the block together at any time.  It was stressed that when escorting inmates, notify Central Control to monitor the movement, especially when inmates of the opposite sex are being moved. Officer Jackson was reminded that Safety, Security, and Sanitation is every Officers responsibility and as Rover especially.  Officer Jackson was instructed that while making security rounds, check all doors to ensure they are secured, question then strip search any Inmates wondering around the facility unescorted and report any discrepancies to the Shift Supervisor. Officer Jackson was unable to "actually" perform a Classification Move not being on third shift.  It was explained that names should be double-checked and I.D. bands verified (if they were issued) prior to making any move. Officer Jackson was advised that any orders or tasks received from the Shift Supervisor are also to be carried out. Officer Jackson conducts Rover duties in a timely manner. Officer Jackson just needs to make time available for more perimeter checks. End of report.

Trainee's Signature  / Badge # / Date                    F.T.O's Signature

# SHIFT TRAINING

# ACA STANDARDS

On _02-12-05_ , I _Lee JACKSON_____ received a 15-Minute Block Training On; ACA STANDARDS; **Access to Media**, During The 0645-1500 Hour Shift Briefing.

_Lee Jackson_   225
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. E. Thomas #160
Supervisor / Instructor

Sgt. E. Collins #153
Supervisor / Instructor

# SHIFT TRAINING

# ACA STANDARDS

On *2-11-05* , I *Lee JACKSON* _____ received a 15-Minute
Block Training On; ACA STANDARDS; **Security Shift Briefings and Shift Duty
Hours**, During The 0645-1500 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. E. Thomas #160
Supervisor / Instructor

Sgt. E. Collins #153
Supervisor / Instructor

# SHIFT TRAINING

On February 8,2005 I ___*Lee    Jackson*___ received a 15-Minute Block Training On A Inter-Office Memo Ref: Security Equipment During The 0700-1500 Hour Shift Briefing.


_Lee Carlson_        _225_
DEPUTY SIGNATURE AND BADGE NUMBER


Sgt. Eddie Collins #153
Supervisor / Instructor

Sgt. Kenny Rogers #161
Supervisor / Instructor

Sgt. Earnest Thomas #160

Supervisor /instructor

## Memorandum Receipt

Date: _02- 07~ 05_

I _Lee_     _JACKSON_____ received a Suicide Prevention Card.
        (Print Name)

Officers Signature: _Lee Jackson_____ Badge # _225_

# SHIFT TRAINING

On February 7, 2005 I _Lee    JACKSON_____ received a 15-Minute
Block Training On A Inter-Office Memo Ref: Special Needs Inmates During The 0700-
1500 Hour Shift Briefing.

_Lee  Jackson 225_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Eddie Collins #153
Supervisor / Instructor

Sgt. Kenny Rogers #161
Supervisor / Instructor

Sgt. Earnest Thomas #160

Supervisor /instructor

# SHIFT TRAINING

# ACA STANDARDS

On **2-05-05**, I _Lee  O. Jackson_ received a 15-Minute
Block Training On; ACA STANDARDS; **COMPREHENSIVE EDUCATION
PROGRAM,** During The 0645-1500 Hour Shift Briefing.


_Lee  O. Jackson_          225
DEPUTY SIGNATURE AND BADGE NUMBER


Sgt. E. Thomas #160
Supervisor / Instructor

Sgt. K. Rogers #161
Supervisor / Instructor

Sgt. E. Collins #153
Supervisor / Instructor

# SHIFT TRAINING

On _2-1-05_, I _Lee JACKSON_ received a 15-Minute Block Training On legal Assistance During The 0645-1500 Hour Shift Briefing.

_Lee Jackson_ _225_
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. K. Rogers #1161
Supervisor / Instructor

Sgt. E. Thomas #160
Supervisor / Instructor

Sgt. E. Collins #153
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, *1-31-05*, I ___*Lee JACKSON*___                RECEIVED a 15-MINUTE BLOCK
                                      PRINT NAME
TRAINING ON ACA Standards; **Correctional Officer Assignments** DURING THE 0645-1500 HOUR
SHIFTS BRIEFING.


___*Lee Jackson 225*___
       DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #160
SGT. EDDIE COLLINS #153
SGT. KENNETH ROGERS #161

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON. _01-30-05_, I _Lee    Jackson_ _____ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON ACA Standards; **Inmate Grievance** DURING THE 0645-1500 HOUR SHIFTS
BRIEFING.


_Lee Jackson_ 225
_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #160
SGT.EDDIE COLLINS #153
SGT. KENNETH ROGERS #161

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, *1-27-05* , I ____*Lee*____ *JACKSON*_____ RECEIVED a 15-MINUTE BLOCK
                               PRINT NAME
TRAINING ON ACA Standards; **Central Control** DURING THE 0645-1500 HOUR SHIFTS
BRIEFING.


_____ *225*____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #160
SGT.EDDIE COLLINS #153
SGT. KENNETH ROGERS #161

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, *1-28-05*, I *Lee JACKSON* RECEIVED a 15-MINUTE BLOCK
<br>PRINT NAME
TRAINING ON Policy and Procedures; **Inmate Uniform and Hygiene Issuance** DURING THE 0645-1500 HOUR SHIFTS BRIEFING.


*Lee Jackson    225*
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #160
SGT.EDDIE COLLINS #153
SGT. KENNETH ROGERS #161