# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, _01-25_, I _Lee  Jackson_ _____ RECEIVED a 15-MINUTE BLOCK
          PRINT NAME
TRAINING ON ACA STANDARDS; **HOUSEKEEPING;** DURING THE 0645-1500 HOUR SHIFTS
BRIEFING.


_Lee  Jackson_    _225_
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #160
SGT. EDDIE COLLINS #153
SGT. KENNETH ROGERS #161

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, 01-24-05 I _Lee    JACKSON_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; Legal Resources DURING THE 0645-1500 HOUR
SHIFTS BRIEFING.

_____

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #160
SGT.EDDIE COLLINS #153
SGT. KENNETH ROGERS #161

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, 01-23-05, I _Lee        JACKSON_____ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME

TRAINING ON POLICY AND PROCEDURES; Inspections and investigation; DURING THE
0645-1500 HOUR SHIFTS BRIEFING.

_Lee  Osborn_           _225_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #160
SGT. EDDIE COLLINS #153
SGT. KENNETH  ROGERS #161

# Memorandum Receipt

Date: _1-23-05_

___Lee    JACKSON_____ received a copy of the memo generated by
(Print Name)

Captain Taylor's Office titled **Inmate Armbands** dated January 17, 2005.

Officers Signature: _Lee Jackson_____ Badge # _225_

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, *1-22-05* , I *Lee      JACKSON*_____ RECEIVED a 15-MINUTE BLOCK

                        PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **CHAIN OF COMMAND;** DURING THE 0645-1500
HOUR SHIFTS BRIEFING.

*Lee  Jackson*_____ *225*___

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #160
SGT.EDDIE COLLINS #153
SGT. KENNETH ROGERS #161

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, **1-21-05** I *Lee   Jackson*_____ RECEIVED a 15-MINUTE BLOCK
                              PRINT NAME
TRAINING ON ACA STANDARDS; Social Service & Substance Abuse Education Program DURING
THE 0645-1500 HOUR SHIFTS BRIEFING.


*Lee Jackson*                    *225*
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285
Sgt Collins #153

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, 01-18-05, I  *Lee    Jackson*            RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME

TRAINING ON ACA STANDARDS; **Force Cell Moves** DURING THE 0645-1500 HOUR SHIFTS
BRIEFING.


*Lee  Jackson*        225
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285
Sgt Collins #153

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, 01-17-05, I _Lee Otis Jackson_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON ACA STANDARDS; **Drug free work Place** DURING THE 0645-1500 HOUR SHIFTS
BRIEFING.

_Lee O. Jackson_ 225
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285
Sgt Collins #153

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON. 01-16-05, I ___Lee    Jackson___ RECEIVED a 15-MINUTE BLOCK
            PRINT NAME
TRAINING ON ACA STANDARDS; Custody Inquiries; DURING THE 0645-1500 HOUR SHIFTS
BRIEFING.


___Lee   Jackson___ ___225___
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285
Sgt Collins #153

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, 01-15-05, I _____*Lee      JACKSon*_____ RECEIVED a 15-MINUTE BLOCK
                          PRINT NAME
TRAINING ON ACA STANDARDS; **POSITION CONTROL AND MANAGEMENT, PAYROLL
VERIFICATION;** DURING THE 0645-1500 HOUR SHIFTS BRIEFING.


_____*Lee   O. Jackson*_____  *225*____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285
Sgt Collins #153

# SHIFT TRAINING

## POLICY AND PROCEDURES

ON, 01-14-05, I _Lee O. Jackson_ RECEIVED a 15-MINUTE BLOCK
                 PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **ACA Legal Assistance;** DURING THE 0645-1500
HOUR SHIFTS BRIEFING.


_Lee O. Jackson_  285
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285
Sgt Collins #153

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, 01-11-05, I ___*Lee   O   JACKSON*___ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; Hearing impaired inmates; DURING THE 0645-1500
HOUR SHIFTS BRIEFING.


___*Lee  O. Jackson*___ *225*
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285
Sgt Rogers #161

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, 01-10-05, I _Lee___O___Jackson____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; Health care sevices; DURING THE 0645-1500 HOUR
SHIFTS BRIEFING.


_Lee O. Jackson_____ 225___
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285
Sgt Rogers #161

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, *1-08-05* *Lee O Jackson*          RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURES; Communication: Internal & External; DURING THE
0645-1500 HOUR SHIFTS BRIEFING.


_Lee O. Jackson   225_
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, *1-7-05*, I *Lee   JACKSON*_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **UNIFORM AND PERSONAL APPEARANCE;**
DURING THE 0645-1500 HOUR SHIFTS BRIEFING.


*Lee  O  Jackson*   225
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. EARNEST THOMAS #285

# Memorandum Receipt

Date: _01- 04 - 06_

I _Lee    JACKSON_ ____ received a copy of the memo generated by
(Print Name)

Captain Taylor's office titled **Escorting of Inmates** dated October 19, 2004.

Officers Signature: _Lee Joolbon_ ____ Badge # _225_

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, *1-1-05*, I _Lee  JACKSON_ RECEIVED a 15-MINUTE BLOCK
<br>PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **SUICIDE WATCH**; DURING THE 0645-1500 HOUR
SHIFTS BRIEFING.


_Lee  Jackson_   *225*
<br>DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
<br>SGT. KENNETH ROGERS #161
<br>SGT. EARNEST THOMAS #285
<br>SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURES

ON, *12-27-04*, I *Lee O. Jackson* _____ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **FORCED CELL MOVES;** DURING THE 0645-1500
HOUR SHIFTS BRIEFING.


*Lee O. Jackson*     225
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 19, 2004, I __*Lee    JACKSON*__ RECEIVED a 15-MINUTE TRAINING ON INMATE TELEPHONE USAGE 0645-1500 HOUR SHIFTS BRIEFING.

*Lee    Jackson    225*
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT REESE, D. #159
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 18, 2004, I _Lee    JACKSON_____ RECEIVED a 15-MINUTE
TRAINING ON HOSPITAL DUTY GUIDELINES 0645-1500 HOUR SHIFTS BRIEFING.


_____   225_____
DEPUTY SIGNATURE   AND BADGE NUMBER


SGT LEGE #155
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 16, 2004, I _Lee    Jackson_____ RECEIVED a 15-MINUTE
TRAINING ON Personal Protective Equipment 0645-1500 HOUR SHIFTS BRIEFING.


_Lee  Jackson_      225____
DEPUTY SIGNATURE   AND BADGE NUMBER


SGT LEGE #155
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 14, 2004, I ___Lee    JACKSON_____ RECEIVED a 15-MINUTE
TRAINING ON RELEASE PREPARATION 0645-1500 HOUR SHIFTS BRIEFING.


_Lee  Jackson_____    _225_____
DEPUTY SIGNATURE . AND BADGE NUMBER


SGT LEGE #155
SHIFT SUPERVISOR

SGT. LEONARD #156
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 12, 2004, I _Lee Jackson_ RECEIVED a 15-MINUTE TRAINING ON ESCORTED LEAVES 0645-1500 HOUR SHIFTS BRIEFING.

_Lee O. Jackson_        225
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT REESE #159
SHIFT SUPERVISOR

SGT. LEONARD #156
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 11, 2004, I _Lee JACKSON_ RECEIVED a 15-MINUTE TRAINING ON SOCIAL SERVICE AND SUBSTANCE ABUSE EDUCATION PROGRAM 0645-1500 HOUR SHIFTS BRIEFING.

_Lee Ferguson_ 225
DEPUTY SIGNATURE AND BADGE NUMBER

SGT LEGE #155
SHIFT SUPERVISOR

SGT. LEONARD #156
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 10, 2004, I *Lee    Jackson*            RECEIVED a 15-MINUTE
TRAINING ON RECREATION 0645-1500 HOUR SHIFTS BRIEFING.


*Lee Jackson  225*
DEPUTY SIGNATURE  AND BADGE NUMBER


SGT LEGE #155
SHIFT SUPERVISOR

SGT. LEONARD #156
SHIFT SUPERVISOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_Lee O. Jackson_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Communications Training_

ON _12- 07- ⬚_ # 20 _04_ AND RECEIVED _4 hrs_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _____
(PRINT)

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 7, 2004, I _Lee     Jackson_____ RECEIVED a 15-MINUTE
TRAINING ON CODE OF ETHICS 0645-1500 HOUR SHIFTS BRIEFING.


_Lee Jackson_ , _225_
DEPUTY SIGNATURE   AND BADGE NUMBER


SGT LEGE #155
SHIFT SUPERVISOR

SGT REESE #159
SHIFT SUPERVISOR

SGT. LEONARD #156
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 6, 2004, I _Lee  Jackson_                    RECEIVED a 15-MINUTE TRAINING ON FISCAL RESPONSIBILITY MANAGEMENT AND BUDGETING CONTROL  0645-1500 HOUR SHIFTS BRIEFING.

_Lee  Jackson_  225
DEPUTY SIGNATURE  AND BADGE NUMBER

SGT LEGE #155
SHIFT SUPERVISOR

SGT REESE #159
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 5, 2004, I _Lee    JACKSON_____ RECEIVED a 15-MINUTE
TRAINING ON MONTHLY STATISTICAL REPORTING  0645-1500 HOUR SHIFTS BRIEFING.


_Lee    Jackson_____ 225____
DEPUTY SIGNATURE   AND BADGE NUMBER


SGT LEGE #155
SHIFT SUPERVISOR

SGT REESE #159
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 4, 2004, I _Lee    Jackson_ RECEIVED a 15-MINUTE TRAINING ON DETENTION CENTER INSPECTIONS AND INVESTIGATIONS  0645-1500 HOUR SHIFTS BRIEFING.

_Lee. O. Jackson_    22.5
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT LEGE #155
SHIFT SUPERVISOR

SGT LEGE #155
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 32, 2004, I _Lee    Jackson_ RECEIVED a 15-MINUTE
TRAINING ON LEGAL ASSISTANCE 0645-1500 HOUR SHIFTS BRIEFING.


_Lee  O. Jackson    225_
DEPUTY SIGNATURE   AND BADGE NUMBER


SGT LEGE #155
SHIFT SUPERVISOR

SGT LEGE #155
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON November 30, 2004, I *Lee Cochran* _____ RECEIVED a 15-MINUTE TRAINING ON FEMALE INMATES 0645-1500 HOUR SHIFTS BRIEFING.

*Lee Cochran*      *225*

DEPUTY SIGNATURE   AND BADGE NUMBER

SGT LEONARD #156
SHIFT SUPERVISOR

SGT REESE #159
SHIFT SUPERVISOR

# Memorandum Receipt

Date: _10-27-04_

I _Lee    Jackson_ received a copy of the memo generated by
(Print Name)

Captain Taylor's office titled **Inmate Worker Yard Call** dated October 26, 2004.

Officers Signature: _Lee Jackson_ Badge # _225_

## Memorandum Receipt

Date:  _10-26-04_

I  _Lele  JACKSON_ _____  received a copy of the memo generated by
       **(Print Name)**

Captain Taylor's office titled **Inmate Worker Searches** dated October 25, 2004.

Officers Signature: _____  Badge # _225_

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _10-11-04_ _Lee obis Jackson_ _____ RECEIVED a 15-MINUTE BLOCK
                           PRINT NAME
TRAINING ON POLICY AND PROCEDURES; EMERGENCY PLAN; EMERGENCY HURRICANE
PROCEDURE; DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_Lee Jackson_        _225_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON *10-11-04* I *Lee Otis Jackson*_____ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON POLICY AND PROCEDURES; EMERGENCY PLAN; **BOMB THREAT**; DURING
THE 1500-2300 HOUR SHIFTS BRIEFING.


*Lee O. Jackson*   225
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _10-6-04_ _Lee JACKson_____ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON POLICY AND PROCEDURES; EMERGENCY PLAN; **ADVERSE JOB ACTION
PLAN;** DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_Lee Jackson 225_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON *10-6-04*, I *Lee   JACKSON* _____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; EMERGENCY PLAN; **GENERAL EMERGENCY;** DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

*Lee   Jackson   225* _____

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _09-30-04_, I _Lee Otis JACKSON_ RECEIVED a 15-MINUTE BLOCK
      PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **SUICIDE WATCH**; DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.


_Lee Otis Jackson_      _225_
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

## INTER-OFFICE MEMO

ON, *09-30-04* *Lee Otis Jackson*_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON INTER-OFFICE MEMO DATED SEPTEMBER 29, 2004; **NON-CONTACT**
INMATES; DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

*Lee Otis Jackson 225*_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _09-22-01_ _Lee. O. JACKSON_ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **USE OF FORCE**; DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.


_Lee O. Jackson  225_
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 9-28-04 , I Lee Otis JACKSON RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **CUSTODY INQUIRIES**; DURING THE 1500-2300
HOUR SHIFTS BRIEFING.

Lee Otis Jackson 225
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON September 27, 2004, I _Lee   Otis   JACKSON_____ RECEIVED a 15-MINUTE
BLOCK TRAINING ON Drug and Alcohol Abuse, 1500-2300 HOUR SHIFTS BRIEFING.


_Lee Otis Jackson_   225_____
DEPUTY SIGNATURE   AND BADGE NUMBER

Supervisors and Instructors
Sgt Rogers #161
Sgt Collins #254

# Harrison County Sheriff's Department
## Correctional Division

This is to certify that

LEE O. JACKSON

Has successfully completed

## CORRECTIONAL OFFICER TRAINING COURSE
### (40 Hour)

This the 24th of September, 2004

George H. Payne Jr. Sheriff

Captain Rupert Lacy, Instructor

© 2004 GOES 441
All Rights Reserved

LITHO. IN U.S.A.



Harrison County Sheriff's Department

This is to certify that

LEE O. JACKSON

Has successfully completed

FIRST AID & C.P.R.

This the 22 ND Day of September, 2004

Officer John Geas, Instructor

© 2004 GOES 441
All Rights Reserved

LITHO. IN U.S.A.

Harrison County Sheriff's Department

This is to certify that

# LEE O. JACKSON

Has successfully completed

# O. C. SPRAY

This the 21 ST of September , 2004

Captain Rupert H. Lacy, Instructor

LITHO. IN U.S.A.

© 2004 GCES 441
All Rights Reserved

## JUSTICE CONSENT ORDER RECORD OF TRAINING

Name: _Lee Otis JACKSON_     Date: _9-20-04_

Address: _5022 Ohio AVE_

City: _Gulfport_     State: _MS_    Zip _39501_

Telephone No: _863-6424_

Facility Assignment (if known): _~~HCRF~~ HCSd_

Hire Date: _9-20-04_     Rank/Position (if known) _C1_

Class Date: _~~8~~ 9-20-04_

I have received a copy of the case U.S. versus Harrison County, specifically known as the Consent Judgment in addition to the 2nd and 3rd Supplemental Reports following same.

The above documents have been fully explained to me and I acknowledge receipt of a copy of same.

I understand and herby agree to comply with the terms, conditions and obligations set forth in the above order and supplements to the best of my ability in my duties as an employee of the Harrison County Sheriff's Department.

_Lee O Jackson_
**Employee**

_9-20-04_
**Date**

_____
**Instructor**

_____
**Date**

cc:    Capt Taylor
       Capt. Lacy