# GULFPORT POLICE DEPARTMENT
# NARRATIVE REPORT

| | |
|---|---|
| ☐ Juvenile Involved | Case Number: 05-007303 |

| | | |
|---|---|---|
| ☐ Original Report<br>☒ Offense Supplement<br>☐ Custody Supplement<br>☐ Follow-up Report<br>☐ Other | Type Offense / Incident: DOMESTIC VIOLENCE (SIMPLE ASSAULT REQ. MEDICAL) TRESPASSING MALICIOUS MISCHIEF SIMPLE ASSAULT | Date of This Report: 02/26/2005<br>Date of Original Report: 02/26/2005<br>Zip Code: 39501<br>Area: A3 |
| | Suspect/Victim Name: CNALES, NIDA MICHELLE; PHILLIPS, EARNEST EARL | Complaint Numbers of Connected Cases: NONE |

| Status | Qty | Article | Brand, Make or Manufacturer | Model Name or Number | Description (Color, Size, Etc) | Serial Number and/or OAN | Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

ON 02/26/05, APPROX. 0113 HRS., OFFICER DYE 193 AND I RESPONDED TO 2207 31ST ST IN REFERENCE TO A FIGHT. UPON ARRIVAL WE MADE CONTACT WITH B/F NIDA MICHELLE CNALES. SHE ADVISED THAT B/M BOBBY JOE GOLDEN ENTERED HER RESIDENCE BY SHATTERING THE GLASS ON THE REAR SLIDING DOOR AND PHYSICALLY ASSAULTED HER. I THEN WENT TO THE DEN WHERE I OBSERVED GOLDEN LYING FACE DOWN ON THE FLOOR BLEEDING FROM THE MOUTH. I ALSO OBSERVED SEVERAL CUTS ON GOLDEN'S FACE AND NECK. CNALES ADVISED THAT GOLDEN GOT THE INJURIES WHEN ATTEMPTED TO ASSAULT B/M EARNEST EARL PHILLIPS WHO WAS IN THE RESIDENCE WITH HER. CNALES STATED THAT AFTER BREAKING THE SLIDING DOOR GOLDEN CAME TO THE BEDROOM AND BEGAN BEATING ON THE DOOR. AT THAT TIME GOLDEN WAS TOLD TO LEAVE AND REFUSED. CNALES STATED THAT GOLDEN GAINED ENTRY TO THE BEDROOM BY KICKING THE DOOR. CNALES ADVISED THAT GOLDEN THEN BEGAN TO ASSAULT HER BY PUNCHING HER IN THE FACE WITH A CLOSED FIST. CNALES STATED THE SHE MOMENTARILY GOT AWAY FROM GOLDEN AND CALLED THE POLICE. SHE STATED THAT GOLDEN THEN ATTEMPTED TO ASSAULT HER AGAIN. PHILLIPS STATED THAT GOLDEN THEN ASSAULTED HIM BY GRABBING HIS SHIRT AND PUNCHING HIM WITH A CLOSED FIST. PHILLIPS STATED THAT HE PUNCHED GOLDEN SEVERAL TIMES IN AN ATTEMPT TO GET HIM OFF. GOLDEN WAS INTOXICATED TO THE POINT THAT HE DEFECATED AND URINATED ON HIMSELF. GOLDEN WAS VERBALLY ABUSIVE TOWARDS OFFICERS ON THE SCENE AND THREATENED TO KILL PHILLIPS. CNALES WAS TRANSPORTED TO MEMORIAL HOSPITAL TO RECEIVE TREATMENT FOR A LARGE CONTUSION ON HER FOREHEAD. CNALES AND WERE IN AN INTIMATE RELATIONSHIP AT THE TIME OF THE INCIDENT.

| | | |
|---|---|---|
| Reporting Officer: ID# 6620 Name: M. JOSEPH | **OFFENSE STATUS** | |
| Reviewing Supervisor: ID# Name | **OPEN** | **CLOSED** |
| Detective Assigned: ID# Name | ☐ Suspended / Inactive | ☒ Cleared Adult Arrest / ☐ Unfounded |
| *Status  E - Evidence  S - Stolen  R - Recovered  D - Damaged | ☐ Patrol Follow-up | ☐ Cleared Exceptional Adult / ☐ Referred To Family Court |
| Evidence Disposition: ☐ Property Room ☐ Court ☐ Detectives ☐ Returned To Owner | ☐ Detective Follow-up | ☐ Cleared Juvenile Arrest / ☐ Referred To Justice Court |
| Attachments: ☒ Suspect Report ☒ Narrative ☒ Custody ☐ Vehicle Inventory<br>☐ Property Invoice ☐ NCIC Printout ☒ Other: DVS | Signed Affidavit?<br>☒ Yes ☐ No<br>☐ Will Sign Later | ☐ Cleared Exceptional Juvenile / ☐ Referred to Other:<br>☐ Other Cleared Exception |

EXHIBIT "P1"

Page 04 of 05

White – Original/Records   Yellow – Detectives/Court   Gold – Patrol   Pink – D[...]
Narrative Report

Gulfport Police Department / 084 / Revised April 2002

# GULFPORT POLICE DEPARTMENT
## DOMESTIC VIOLENCE SUPPLEMENTAL REPORT

☐ Juvenile Involved

Case Number: 05-007303

**Location of Incident (Street Address):** 2207 31ST ST GULFPORT, MS 39501

**(1) Victim (Last, First, Middle):** CNALES, NIDA MICHELLE — Race: B, Sex: F
**(2) Victim:** —
**(3) Victim:** —

**Relationship Between Victim & Suspect:**
☐ Spouse ☐ Former/Estranged Spouse ☒ Girlfriend ☐ Living Together ☐ Same Sex ☐ Former Dating
☐ Child ☐ Dating/Engaged ☐ Parent ☐ Boyfriend ☐ Former Co-Habitants ☐ Other

**Nature of Complaint:** ☐ Verbal Assault ☒ Physical Assault ☐ Sexual Assault ☐ Custody Dispute ☐ Standby ☐ Other

**Alcohol Involved:** ☒ Yes ☐ No — By: ☒ Suspect ☐ Victim
**Drugs Involved:** ☐ Yes ☒ No — By: ☐ Suspect ☐ Victim
**Weapon Used?** ☐ Yes ☒ No — Type:
**Weapon Seized?** ☐ Yes ☒ No — How Used:

**Physical Attack?** ☒ Yes ☐ No — ☒ Punched ☐ Slapped ☐ Bit ☐ Pushed ☐ Choked ☐ Grabbed ☐ Other

**Type of Threat?** ☐ To Take Children ☐ To Damage Property ☒ To Kill Victim ☒ To Hurt Victim ☐ To Hurt Others ☐ Other — Describe:

**Victim/Reporting Party Demeanor (Check all that apply):**
Victim/R/P Appeared ☐ Angry ☐ Calm ☐ Apologetic ☒ Crying ☒ Fearful ☐ Hysterical ☐ Nervous ☐ Threatening ☒ Afraid

**Suspect Demeanor (Check all that apply):**
Suspect Appeared ☒ Angry ☐ Calm ☐ Apologetic ☐ Crying ☐ Fearful ☐ Hysterical ☐ Nervous ☒ Threatening ☐ Afraid

**Were Children present?** ☒ Yes ☐ No
**Did Victim Receive Medical Treatment?** ☒ Yes ☐ No — If Yes, Where? GULFPORT MEMORIAL

**Were Victim's Injuries Visible/Apparent?** ☒ Yes ☐ No — If Yes, Describe: ☐ Bruises ☐ Abrasions ☐ Lacerations ☒ Contusions ☐ Minor Cuts ☐ Complaint of Pain

**Photographs Taken?** ☐ Yes ☒ No — ☐ Photos of Victim's Injuries ☐ Photos of Suspect's Injuries ☐ Other:

**Evidence Collected?** ☐ Yes ☒ No — Type:

**Evidence Disposition:** ☐ Property Room ☐ Court ☐ CID ☐ Domestic Violence Unit ☐ Returned ☐ Other:

**Narrative of Observations:**
CNALES AND THE SUSPECT (GOLDEN, BOBBY JOE) WERE IN An INTIMATE RELATIONSHIP AT THE TIME OF THE INCIDENT. CNALES STATED THAT GOLDEN BROKE THE REAR SLIDING GLASS DOOR TO GAIN ENTRY TO HER RESIDENCE. CNALES STATED THAT GOLDEN BECAME ENRAGED WHEN HE FOUND ANOTHER MAN (PHILLIPS, EARNEST EARL) IN THE BEDROOM WITH HER. CNALES STATED THAT GOLDEN THEN ENTERED THE BEDROOM AND ASSAULTED HER BY PUNCHING HER IN THE HEAD WITH A CLOSED FIST. CNALES STATED THAT PHILLIPS WAS THEN ASSAULTED BY GOLDEN. CNALES WAS TRANSPORTED TO GULFPORT MEMORIAL HOSPITAL. CNALES HAD A LARGE CONTUSION ON THE RIGHT SIDE OF HER FOREHEAD. GOLDEN WAS EXTREMELY INTOXICATED AND VERY BELLIGERENT.

**Reporting Officer:** I.D. #6620 Name M. JOSEPH
☐ CID ☒ Patrol
**Reviewing Supervisor:** I.D. # Name
**Date of Report:** 02/26/2005

**Disposition:** ☐ Closed – Unfounded ☐ Closed – Other ☐ Follow-up Domestic Violence Unit ☒ Custody Report
**Affidavit Signed?** ☒ Yes ☐ No ☐ Will Sign Later

**Referrals:** ☐ DHS ☒ DV Unit ☐ Women's Shelter ☐ Mental Health ☐ Local Area Hospital ☐ Other

White – Original/Records   Yellow – Detectives/Court   Gold – Patrol   Pink – Dispatch
Domestic Violence Supplemental Report                                       Gulfport Police Department / 075 / September 2001

# GULFPORT POLICE DEPARTMENT
## OFFENSE REPORT

☐ Juvenile Involved

Case Number: 05-007303

**Offense:** DOMESTIC VIOLENCE (SIMPLE ASSAULT REQUIRING MEDICAL)
**Offense:** TRESPASSING; SIMPLE ASSAULT; MALICIOUS MISCHIEF

**Location of Offense / Block #:** 2207 31ST ST GULFPORT, MS
**Zip Code:** 39501
**Area:** A3
**Firm Name, If Commercial:** N/A

**Offense Occurred:** Date 02/26/2005 to Date 02/26/2005
**Time:** 01:09 to Time 01:13
**Date Reported:** 02/26/2005
**Time Reported:** 01:13
**Days of Week When Offense Occurred:** Sa
**Shift:** 3

### Victim 1
- **Full Name:** CNALES, NIDA MICHELLE
- **Home Address:** 2207 31ST ST GULFPORT, MS 39501
- **Home Telephone:** (228) 865-0744
- **D.O.B.:** 03/21/1976
- **Sex:** F
- **Race:** B
- **SSN:** 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
- **Employer:** UNEMPLOYED
- **Business Telephone:** None

### 2 (V / W)
- **Full Name:** PHILLIPS, EARNEST EARL
- **Home Address:** 4809 INDIANA AVE GULFPORT, MS 39501
- **Home Telephone:** (228) 669-9016
- **D.O.B.:** 05/14/1958
- **Sex:** M
- **Race:** B
- **SSN:** 587083750
- **Employer:** 256 OAK ST. BILOXI, MS 39530
- **Business Telephone:** (228) 868-4853

**Victim-Suspect Relationship:** Acquaintance (1)
**Scene Processed for Latent Prints?:** No
**Alcohol Related:** ☒
**Case Investigated:** At Scene

| Status | Qty | Article | Brand | Model | Description | Serial # | Value |
|---|---|---|---|---|---|---|---|
| D | 01 | GLASS DOOR | UNK | UNK | CLEAR GLASS (SHATTERED) | UNK | $200.00 |

**Narrative of Offense:**

ON 02/26/05, APPROX. 0109 HRS., CNALES STATED THAT THE SUSPECT LISTED ON THE CUSTODY ENTERED THE ABOVE RESIDENCE BY SHATTERING THE REAR SLIDING GLASS DOOR. ONCE INSIDE THE SUSPECT WAS TOLD TO LEAVE AND REFUSED. CNALES STATED THAT THE SUSPECT THEN STRUCK HER IN THE HEAD WITH A CLOSED FIST. PHILLIPS STATED THAT THE SUSPECT THEN ASSAULTED HIM BY HITTING HIM WITH A CLOSED FIST. CNALES WAS TRANSPORTED BY AMR TO MEMORIAL HOSPITAL. CNALES AND THE SUSPECT WERE IN A INTIMATE RELATIONSHIP AT THE TIME OF THE INCIDENT.

**Reporting Officer:** I.D. #6620 Name: M. JOSEPH

### OFFENSE STATUS
- **Type of Premises:** N/A
- **Use of Weapon:** N/A
- **Object of Attack:** N/A
- **Method of Departure:** N/A
- **Point of Entry:** N/A
- **Demeanor of Suspect:** N/A
- **Method of Entry:** N/A
- **Evidence Obtained:** N/A
- **Method of Attack (Person):** N/A
- **Place of Offense:** N/A
- **Method of Attack (Property):** N/A
- **Fraud Type:** N/A
- **Weapon Type:** N/A
- **Solvability Factors:** N/A

**CLOSED:** ☒ Cleared Adult Arrest
**Signed Affidavit?:** Yes

**Attachments:** ☒ Suspect Report ☒ Narrative ☒ Custody ☒ Other: DVS

Page 01 of 05

Gulfport Police Department / 071 / Revised April 2002

# GULFPORT POLICE DEPARTMENT
## SUSPECT REPORT

☐ Juvenile Involved

Case Number: 05-007303

| Suspect #1 Name - (Last, First, Middle) | Suspect's Address |
|---|---|
| GOLDEN, BOBBY JOE | 8254 LOUSIANA AVE. GULFPORT, MS 39501 |

| Nickname / AKA | Date of Birth | Age | Sex | Race | Ht | Wt | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|
| NONE | 04/06/1964 | 40 | M | B | 603 | 180 | B | BRO |

Suspect #2 Name: (blank)
Suspect #3 Name: (blank)
Suspect #4 Name: (blank)

**Scars, Marks, Tatoos**: Arms, Face, Upper Body, Lower Body, Unknown
**Speech**: Unknown, Accent, Lisp, Stutters, Slurred
**Speech cont.**: Nasal, Offensive, Rapid, Slow, Other
**Physical Condition**: Intoxicated, On Drugs, Physically Imp., Mentally Imp., Unknown
**Physical Build**: Muscular, Fat/Heavy, Medium, Skinny, Unknown

**Teeth**: Normal, Missing, Crooked, Gold/Silver, Stained
**Teeth cont.**: Gapped, Chipped, Dentures, Other, Unknown
**Glasses**: No Glasses, Prescription, Sunglasses, Other, Unknown
**Facial Hair**: Clean Shaven, Full Beard, Unshaven, Mustache, Thin Beard
**Facial Hair cont.**: Heavy Brows, Sideburns, Goatee, Fu Manchu, Unknown

**Appearance**: Unkempt/Dirty, Well Groomed, Military, Other, Unknown
**Clothing**: Jeans, Dress Slacks, Shorts, Coat/Sweater, Cap/Hat
**Clothing cont.**: Dress Shirt, Pull Over, Dark Clothing, Light Clothing, Gloves
**Clothing cont.**: Wk Clothes, Uniform, Mask, Other, Unknown
**Hair**: Shoulder, Military Cut, Balding, Short, Unknown

## SUSPECT VEHICLE

| License Number | State | Veh. Yr. | Make | Model | Color / Color |
|---|---|---|---|---|---|

V.I.N. Number: 
Damage / Decals / Comments:

**Remarks:** GOLDEN AND THE VICTIM (CNALES, NIDA MICHELLE) WERE IN AN INTIMATE RELATIONSHIP AT THE TIME OF THE INCIDENT.

| Reporting Officer | | Reviewing Supervisor | Date of Report |
|---|---|---|---|
| I.D. # 6620 Name M. JOSEPH | ☒ Patrol ☐ Narcotics ☐ CID | I.D. #: Name | 02/26/2005 |