# HEALTH ASSURANCE LLC

## NURSES NOTES

| DATE | TIME | |
|------|------|---|
| 2/26 | 1200 nm | - Called to block to assess inmate. States involved in altercation last p.m "with police" laceration noted above R eyebrow Opp 2 cm in length, small area gapping open. Cleansed, applied antibiotic ointment + steri-strips x2. Also superficial scratch/abrasion to face – Cleansed. Instructur in s/ g infection + to upont. T90/X0, 90, 16. Will reassess 3-5 days. Respute ✓ |
| 2/28/06 | 0830 | Been in medical. ↑ pain in ① side of ribs; during breathing, moving or coughing. Lungs CTA breath sounds bilateral. Skin appears to have a darker pigmentation down bilateral sides & below umbilicus) Ø bruising noted. Scratch marks noted to back of neck, chin, bilateral cheeks & ① ear. Bilateral bruising noted to eyes. ① eye c̄ redness noted in sclera. Bandaid & steri-strips intact above ② eye. B/p 158/82 P76 R-14. Will reschedule c̄ MD – ⑧ GRWhitehead |
| 3/1/06 | 20.00 | Wt-156 lbs, Res <12, P=70 B/p 138/57 F/u S/o fight. Rghc C. Cler ———— |

| INITIAL | SIGNATURE | | INITIAL | SIGNATURE | | INITIAL | SIGNATURE |
|---------|-----------|---|---------|-----------|---|---------|-----------|
| | | | ⑧ GRWhitehead | | | | |

| NAME-LAST | | FIRST | MIDDLE | ALLERGIES NKDA |
|-----------|---|-------|--------|----------------|
| Golden | Bobby | | I/loc | INMATE # 269382 |

NURSE NOTES

EXHIBIT
"P3"

# HEALTH ASSURANCE LLC

## NURSES NOTES

| DATE | TIME | |
|------|------|---|
| 3/2/05 | 1945 | Area to (R) eyebrow cleaned. Steri-Strips no longer in places. Edges well approximated. ———— GRWhite RN |
| 3-3-05 | | Area to (R) eyebrow cleaned area remains closed ———— MMonk RN |
| 3/4/05 | 1000 | Area cleaned. ⊘ redness or swelling noted. ———— GRWhite RN |

| INITIAL | SIGNATURE | INITIAL | SIGNATURE | INITIAL | SIGNATURE |
|---------|-----------|---------|-----------|---------|-----------|
| | X GRWhite RN | | | | |

| NAME-LAST | FIRST | MIDDLE | ALLERGIES NKA |
|-----------|-------|--------|---------------|
| Golden, Bobby | | | INMATE # 2A380 |

NURSE NOTES

---

| | Last | First | Middle Initial | AIS # |
|---|---|---|---|---|
| Name | | | | |
| Date | | Allergies | | Facility |

SIG.

Discontinue

Continue

Increase

Decrease

Physician Signature:

NC002

---

Name: Eutt Golden, Bobby    AIS # 269382 BC
Date: 9/1/05    Allergies    Facility

SIG.
⇒ Clean ® of lavanto- BID
X 3 days ̄ Saline
⇒ Ibuprofen 800mg PO BIDx3days

Discontinue noted 5-1-05
Continue 3-1-05
Increase M. Dunlap 0040
Decrease

Physician Signature:

NC002

---

Name: Golden, Bobby    AIS # 269382 BC
Date: 2/28/05    Allergies: NKA    Facility

SIG.
Motrin 800mg ̄ PO BID x 3days

Discontinue MAR
Continue X 2/28/05
Increase
Decrease

Physician Signature: Dr ( ) / G.L.White

NC002

---

Name: Golden Bobby    AIS # 269382
Date: 2/26/06    Allergies    Facility

SIG.
Apply steri strips to ® eyebrow laceration

Discontinue
Continue
Increase
Decrease

Physician Signature: Dr / Gupta / Stophen

NC002

# HEALTH ASSURANCE LLC

## PHYSICIAN'S
## PROGRESS NOTES

ALLERGIES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 3/1/05 | 1340 | *[handwritten notes illegible]* |
| | | |
| | | |

NAME-LAST          FIRST          MIDDLE          INMATE NO.

## PHYSICIAN'S PROGRESS NOTES