# HARRISON COUNTY DETENTION FACILITY
## Monthly Security Statistical Report

| February 2005 | | Captain Phil L. Taylor |
|---|---|---|
| Month & Year Reported | | Prepared By |

| | | |
|---|---|---|
| Persons Booked | 1046 | All agencies included |
| Persons Released | 1069 | All agencies included |
| Transferred to work center | 20 | |
| Transferred to MDOC | 66 | 61 males / 05 females |
| Number of Inmate Visits | 872 | 22 special / 02 grief |
| Legal Visits | 260 | |
| Fire & Emergency Drills | 04 | B Block X2, A Block, Administration |
| Shakedowns | 05 | AD, CA, CC, CE, DD |
| Assaults (Inmate – Officer) | 00 | |
| Assaults (Inmate – Inmate) | 17 | 02 transported to Hospital |
| Escape Attempts | 00 | |
| Actual Escapes | 00 | |
| Damage to Property | 00 | |
| Suicide Attempts | 00 | |
| Suicide Success | 00 | |
| Riots | Attempts 00 / Actual 00 | |
| Fire Responses | Fire in Cell 00 / Smoke in Cell 00 | |
| Grievances / Requests | 98 grievances | 1656 requests |
| Pleas Accepted | 155 | 535 Total RVR's |
| Disciplinary Hearings Held | 07 | 179 major / 356 minor |
| Use of Force Narratives | 27 | 10 incidents involving O.C. Spray |
| | | 01 incident involving the restraint chair |
| Minister visits (scheduled) | 17 | |
| Bond visits | 21 | |
| Marriage counseling | 00 | |

3-ALDF-1A-17 implemented 02/00

EXHIBIT No. 7

HARRISON COUNTY ADULT DETENTION FACILITY
SUPPORT SERVICES - MONTHLY REPORT

FEBRUARY, 2005  
MONTH & YEAR REPORTER

LT. MARK MCGOWIN  
PREPARED BY P. MEHARG 185

| ITEM REPORTED | CURRENT MONTH'S COUNTS | YEAR-TO-DATE COUNT |
|---|---|---|
| **Food Service** | | |
| Number of Meals Served | 100,489 | 532,858 |
| Expenses | $56,219.80 | $337,174.14 |
| Number of Vendors Used | 9 | |
| | | |
| **Canteen** | | |
| Number of Inmates Served | 1492 | |
| Total Deposits (Inmates & Officers) | $94,938.60 | $393,149.95 |
| Total Purchases | $31,455.98 | |
| Indigent | 250 | |
| | | |
| **Programs** | | |
| Number of Inmates Attending AA/NA | 92 | |
| Individuals Attending Ministerial | 1369 | |
| Adult Ed/GED/Basid Ed | 117 | |
| Case Manangement | 227 | |
| Laundry Services | 850 | |
| MDOC Time/request | 21 | |
| | | |
| **Medical** | | |
| Doctor Billing Fees From Inmates | $201.99 | $816.71 |
| Dentist Billing | $117.90 | $590.97 |
| Total Fees | $319.89 | $1,407.68 |