*Campbell 3/2/05*

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved<br>☒ Original Report<br>☐ Offense Supplement<br>☐ Custody Supplement | Harrison County Sheriff's Office<br>NARRATIVE FORM | | Case # : |
|---|---|---|---|
| | Type Incident/Crime<br>Alleged Officer Misconduct | Date of This Report<br>February 28, 2005 | Date of Original Report<br>February 28, 2005 |
| | Suspect / Victim Name<br>(Inmate) Golden, Bobby Joe #269383 | | List Complaint Numbers of Connected Case |

On February 28, 2005 at approximately 0800 hours I was informed by FTO Shayne Carson that he had received information which indicated that several inmates had been given extra food trays by an officer as payment for assaulting an inmate. FTO Carson then informed me that the alleged assaulted inmate was Golden, Bobby. I immediately instructed FTO Carson to escort inmate Golden to my office. After entering my office I began questioning Inmate Golden about the alleged incident. Inmate Golden informed me that he had been assaulted by several juvenile inmates. I then asked Golden to start from the beginning of the assault. Inmate Golden then stated that on Saturday February 26, 2005 he was sleeping on the dayroom of B/F and was awakened by being beaten by several inmates. Golden states that after being assaulted he asked the officer assigned to the section what happened. The officer then informed him that he had been jumped by the juveniles. Golden then asked the officer where was he when the inmates jumped him. The officer informed him that he had been outside while the assault took place. The assigned officer on this date was Officer Michael Tippetts.

Inmate Golden then stated that on Sunday February 27, 2005 Officer Lee Jackson was in the sally port of B-block. Officer Jackson instructed him (Golden) to go to the exercise yard. After arriving at the exercise yard Officer Jackson began asking him questions about what happened between him (Golden) and Nadia Cenales. Golden stated that Ms. Cenales is the ex-girlfriend of Officer Jackson and the mother of three of his children. Golden went on to say that Ms. Cenales was the person whom he was involved in the domestic altercation. While explaining what happened between them Officer Jackson screamed and told Inmate Golden that he was lying and proceeded to put on a pair of black gloves. According to Golden Jackson began beating him until he fell to the ground. After falling to the ground he was kicked repeatedly. Jackson then instructed him to get up and after Golden stood to his feet Officer Jackson left the exercise

DISPOSITION
A. Cleared Adult Arrest ☐
B. Cleared Exceptional Adult ☐
C. Cleared Juvenile Custody ☐
D. Cleared Exceptional Juvenile ☐
E. Unfounded ☐
F. Other-Cleared Exceptional ☐
G. Suspended Closed ☐

**EXHIBIT No. 8**

| Reporting Officer:<br>No. 018  Name: Capt. P. Taylor | Division<br>Correctio[ns] | [Reportin]g Supervisor<br>Name: | Disposition Date |
|---|---|---|---|

White = Records  Canary = Agency Use  Pink = [   ]    Shift Capt / Jail  Page ___ of ___

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## GEORGE PAYNE, SHERIFF

yard. Golden states that he was later moved to segregation in B/C.

After speaking to inmate Golden I instructed FTO Carson to escort him to medical to be examined for injuries. Medical then placed inmate Golden on doctor's call for March 1, 2005. I then instructed Officer Geas who speaks with and checks on the juvenile inmates daily to inquire with all juvenile inmates and attempt to determine which juvenile inmates had actually assaulted Inmate Golden. (See attached report from Geas) **END OF REPORT**

White = Records  Canary = Agency Use  Pink = Court/Detectives  Gold = Shift Capt / Jail  Page ___ of ___