# Lee O. Jackson's Shift Training
## Policy and Procedure Directive

9/27/2004-Drug and Alcohol Abuse
9/28/2004-Custody Inquiries
9/29/2004-Use of Force
9/30/2004-Suicide Watch
9/30/2004-Non-Contact Inmates (**Shift Training, Inter-Office Memo**)
10/6/2004-Emergency Plan, General Emergency
10/6/2004-Emergency Plan, Adverse Job Action Plan
10/11/2004-Emergency Plan, Bomb Threat
10/11/2004-Emergency Plan, Emergency Hurricane Procedure
11/30/2004-Female Inmates
12/32/2004-Legal Assistance
12/4/2004-Detention Center Inspections and Investigations
12/5/2004-Monthly Statistical Reporting
12/6/2004-Fiscal Responsibility Management and Budgeting Control
12/7/2004-Code of Ethics
12/10/2004-Recreation
12/11/2004-Social Service and Substance Abuse Education Program
12/12/2004-Escorted Leaves
12/14/2004-Release Preparation
12/16/2004-Personal Protective Equipment
12/18/2004-Hospital Duty Guidelines
12/19/2004-Inmate Telephone Usage

## Shift Training
## Policy and Procedures

12/28/2004-Forced Cell Moves
1/1/2005-Suicide Watch
1/7/2005-Uniform and Personal Appearance
1/8/2005-Commuication:Internal & External
1/10/2005-Health Care Services
1/11/2005-Hearing Impaired Inmates
1/14/2005-ACA Legal Assistance
1/15/2005-ACA Standards, Position Control and Management, Payroll Verification
1/16/2005-ACA Standards, Custody Inquiries
1/17/2005-ACA Standards, Drug Free Work Place
1/18/2005-ACA Standards, Force Cell Moves
1/21/2005-ACA Standards, Social Service & Substance Abuse Education Program
1/22/2005-Chain of Command
1/23/2005-Inspections and Investigation
1/24/2005-Legal Resources
1/25/2005-ACA Standards HouseKeeping
1/28/2005-Inmate Uniform and Hygiene Issuance
1/29/2005-ACA Standards, Central Control
1/30/2005-ACA Standards, Inmate Grievance
1/31/2005-ACA Standards, Correctional Officer Assignments

**Note: For the above, received a 15-minute block training during 8 hrs. shifts briefing**



EXHIBIT No. 13

# Lee O. Jackson's Shift Training
## Shift Training
## ACA Standards

2/1/2005-Legal Assistance
2/5/2005-ACA Standards, Comprehensive Education Program
2/7/2005-Inter-Office Memo Ref: Special Needs Inmates
2/8/2005-Inter-Office Memo Ref: Security Equipment
2/11/2005-ACA Standards, Security Shift Briefings and Shift Duty Hours
2/12/2005-ACA Standards, Access to Media
2/13/2005-ACA Standards, Inmate Grievance
2/14/2005-ACA Standards, Drug Free Work Place
2/15/2005-Policy and Procedure Use of Force

Note: For the above, received a 15-minute block training during 8 hrs. shifts briefing