# HARRISON COUNTY SHERIFF'S DEPARTMENT
## GEORGE PAYNE, SHERIFF

| | Harrison County Sheriff's Office<br>NARRATIVE FORM | Case # |
|---|---|---|
| ☐ Juvenile Involved<br>☒ Original Report<br>☐ Offense Supplement<br>☐ Custody Supplement | Type Incident/Crime:<br>Informational | Date of This Report<br>3/1/05 | Date of Original Report<br>3/1/05 |
| | Suspect/Victim Name:<br>Golden, Bobby Doc# 269382 | List Complaint Numbers of Connected Case |

February 28, 2005 to March 1st, 2005 Deputy Geas #322 conducted an informal investigation of allegations made by inmate Bobby Golden Docket # 269382 concerning assault by juveniles on the person of inmate Bobby Golden. Inmate Golden was placed in BC-221 for his (Golden) protection on February 27th, 2005.

On February 28, 2005, I Deputy Geas #332 was conducting disciplinary hearings and opened a cell to speak with another inmate and noticed inmate Golden's condition. Deputy Geas #322 asked what happened to the inmate?

Inmate Golden went on to explain that while in the classification unit he (Golden) was assaulted by three to four juveniles who jumped him (Golden) by hitting him (Golden) in the head and stomping on his (Golden) ribsPrior to entering the lockdown unit Deputy Geas #322 spoke with several juvenile inmates and was given information of at least two names to speak with. Deputy Geas #322 got their names and interviewed inmate Willie Bridges Doc #268827 and inmate Darrell Walker Doc# 267630. Inmate Bridges denied any involvement, which later in the investigation proved to be true. Inmate Walker after some discussion gave some names and denied any involvement in this matter until later found in the investigation that inmate Walker was one of the primary aggressors against inmate Golden.

On February 28, 2005 inmate Golden was interviewed by Captain Taylor, while on the phone, inmate Golden informed Deputy Geas #322 that an inmate in the classification unit could possibly be a witness but only knew the inmate by the first name of Michael. Deputy Geas #322 got a copy first of the classification movement sheet and determined that inmate Michael Barbour Doc #269285 was a potential witness.

On February 28, 2005 at approximately 1700 hours Deputy Geas #322 went to D-block and asked inmate Barbour if he (Barbour) knew about any juveniles assaulting an inmate. Inmate Barbour stated, "Yes I (Barbour) do, it was a terrible thing they did to that old man". At this time Deputy Geas #322 then made the decision to escort inmate Barbour to Captain Taylor's office for further conversation and investigation by Captain Taylor. Inmate Barbour described a black juvenile with floppy hair that lived in the bottom cell #147, later identified as inmate John E. Kennedy Jr. Doc #257015 as the ring leader of the assault on inmate Golden. Captain Taylor then completed the interview with this inmate.

On March 1st, 2005 Deputy Geas #322 continued the investigation into the assault on inmate Golden. Deputy Geas #322 then spoke with several inmates that were in B-block classification unit or been moved to other blocks throughout the facility. Each inmate was shown 16 pictures of the juveniles housed in B-block, F-section for identification purposes. Only one inmate could definitely identify the four juveniles involved in this incident.

At 0900 Deputy Geas #322 interviewed the following inmates one at a time and separately in the disciplinary office. Each

**DISPOSITION**
A. Cleared Adult Arrest ☐
B. Cleared Exceptional Adult ☐
C. Cleared Juvenile Custody ☐
D. Cleared Exceptional Juvenile ☐
E. Unfounded ☐
F. Other-Cleared Exceptional ☐
G. Suspended Closed ☐

| Reporting Officer<br>No: 322  Name: Geas | Division | Supervisor<br>Name: Taylor | Disposition Date<br>3/1/05 |

EXHIBIT "B"

White = Records  Canary = Agency Use  Pi[nk]... d = Shift Capt / Jail  Page 1 of 2

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## GEORGE PAYNE, SHERIFF

inmate was informed that no one was in trouble and that this was an investigation into alleged abuse on a fellow inmate.

Inmate Le, Trong Doc #269331 was the first questioned by Deputy Geas #322. Inmate Trong stated, " We were moved to the back of the section near the section bathroom so that we couldn't have contact with any juveniles. It was funny inmate Golden was never wakened or told to move, I (Trong) thought this was weird. Then the juveniles came in from the yard and into the section fast and four black males attacked inmate Golden, punching and kicking the man making him (Golden) bleed. A white officer just stood there and watched and didn't try to stop the fight. A young skinny tall black officer looked into the section and then left and didn't say anything.

Inmate Kenneth Kenzierski Doc # 269379 was interviewed and stated, " I (Kenzierski) was asleep when inmate Golden stepped on him (Kenzierski) trying to avoid the juveniles attacking him (Golden) Inmate Kenzierski was unable to identify any of the juveniles attacking inmate Golden.

Inmate Richard Foxworth Doc #269377 was interviewed and stated, "I (Foxworth) was told by inmate Kennedy, the kid with big mouth that they jumped inmate Golden because this was inmate Kennedy's aunt. Inmate Golden kept asking the inmates to stop. The officer let it go on for a few minutes before stopping the incident. The officer was a medium built white officer.

Inmate Jerrod Lee Doc #269355 was interviewed last down in B-block, rover room. Inmate Lee stated, "The inmates were paid extra food trays to assault the old man. It appeared to me (Lee) that the officers had been talking to each other about this because one of them mentioned that this was his babies momma. One officer was medium built and white the other was tall, gray haired, wearing glasses and black. Prior to the juveniles returning from the yard all of the adults were ordered to stand over by cell-148 so they couldn't have contact with the juveniles. The only one that wasn't told to move was inmate Golden who was by the door sleeping. As the juveniles came in from the yard four them jumped inmate Golden stomping, kicking and punching him (Golden) causing bleeding to the head area. The officers didn't appear to stop it.

Inmate Lee picked out four juveniles inmates via a picture lineup and identified the following juveniles:

John E. Kennedy Jr. 257015
Henry Lindsey      266339
Walker, Darrell  267630
Blakney, Germaine     268397

All four of these juveniles were questioned concerning this incident on 2/28/05 and denied any involvement. Copies of pictures included. Captain Taylor #18 notified. End of report.