# HARRISON COUNTY SHERIFF'S DEPARTMENT
## PROFESSIONAL STANDARDS UNIT

| File Name | Date of Report | Date Assigned |
|---|---|---|
| Deputy Lee Jackson | March 15, 2005 | March 3, 2005 |
| Type Investigation | Case Number | |
| Internal Investigation | IA2005-06 | |

On March 3, 2005, Sheriff Payne directed Capt. Campbell to investigate allegations that Inmate Bobby Golden had been assaulted by juvenile inmates at the instruction of one or more Correction Officers. It was learned that some time during February 26, 2005 Inmate Bobby Golden was attacked by some juveniles while being housed in B Block F Section, during the Classification process. It was further alleged that some Correction Officers had instructed the juvenile inmates to attack Bobby Golden.

Capt. Campbell received reports written by Capt. Taylor, FTO Shane Carson, and Deputy Michael Marble regarding this incident with Inmate Bobby Golden. The reports alleged that Correction Officer Lee Jackson had recruited a juvenile inmate to attack Bobby Golden because Bobby Golden had been arrested and incarcerated in the Harrison Co. Adult Detention Center for domestic abuse on Officer Lee Jackson's former girlfriend. The allegations were made that Correction Officer Lee Jackson had solicited the help of some juvenile inmates to attack Bobby Golden in retaliation for Golden attacking Deputy Jackson's former girlfriend.

On March 3, 2005 Capt. Campbell interviewed Inmate Bobby Golden. It was observed that Inmate Golden had been in some type of physical altercation in that the area around Inmate Golden's eyes had been bruised, as well as some swelling around one of his eyes and an appearance of some superficial cuts. It was further learned that Golden was arrested by the Gulfport Police Dept. for domestic violence and had fought with Gulfport Police Officers. In addition it was learned that when Inmate Golden was in the Booking area at HCADC, he had attacked some of the booking officers and had been sprayed with OC Spray.

During the interview, Inmate Golden stated that while he was being housed in the Classification Section (B/F) on February 26, 2005, some time around noon he was lying on his bed in the Day Room Floor asleep when he was awakened by someone beating him around the head and kicking him in the abdomen area. Golden stated that he was unable to identify who attacked him because he was asleep when the attack occurred. Golden further stated that he was not given any medical treatment until two days after this incident.



EXHIBIT "C"

Golden stated that the next day, being February 27, 2005 a white Officer and Officer Lee Jackson took him from Section B-F and went to the Booking area and then returned. Inmate Golden stated that the white officer, later learned to be FTO Shane Carson, had instructed the other officers to place Golden in Section B-C which was the Lock-Down Section. Golden stated that FTO Carson then left the Block. Golden stated that after that Deputy Lee Jackson, who he knew to be the former boyfriend of the female whom he assaulted, took him into the recreation yard, put on a pair of gloves and hit him several times and kicked him as well. Golden stated he was then put in the Lock-Down Section.

On March 3, 2005 Capt. Campbell interviewed Deputy Michael Marble who was the Tower Officer for B Block during the day shift on February 26, 2005. Deputy Marble said that some time after he reported to work, which was 11:00 a.m., he was instructed to open the door to the recreation yard to allow the juvenile inmates to use the rec yard. Deputy Marble said some time later he was instructed to open the rec yard door again as well as the door to Section B-F to allow the juvenile inmates to return to Section F. Deputy Marble stated that he learned that an inmate had been attacked and that the Floor Officer, Deputy Lee Jackson and the F Section Officer, Deputy Tippetts was attending to the inmate who was assaulted. The identity of this inmate was Inmate Bobby Golden. Deputy Marble stated that he told the two other deputies that he was going to call Medical and that Deputy Jackson told Deputy Marble not to call Medical; however, Deputy Marble stated that he did call medical personnel on the radio. Deputy Marble stated that a nurse named Mary came down and attended to Golden and treated the wounds he had as a result of the attack. Deputy Marble stated that some time later he observed Deputy Lee Jackson give juvenile inmate Kennedy an extra food tray.

On March 4, 2005 Capt. Campbell interviewed Deputy Michael Tippetts who was assigned as the B Block, F Section Officer on February 26, 2005. Deputy Tippetts stated that some time during the late morning the juvenile inmates were allowed to go in the recreation yard. Deputy Tippetts stated that as the juvenile inmates were returning to Section F he was on the top tier assuring that the inmates would be placed in their cell correctly. Deputy Tippetts stated that some time as the last juvenile inmates were being placed in their cell he heard some type of disturbance downstairs and observed Inmate Bobby Golden walking around in a slumped type position and bleeding from the head. Deputy Tippetts stated that he went down to Inmate Golden and Golden stated that he believed he had been attacked. Deputy Tippetts stated that he took Inmate Golden into the Sally Port area and he and Deputy Jackson and Deputy Chandler attended to the wounds Inmate Golden had suffered and that shortly thereafter, medical personnel arrived to treat the wounds.

During the course of the interview Capt. Campbell asked Michael Tippetts what had happened to Inmate Golden. Deputy Tippetts stated that he did not know what had happened, but he believed that juvenile inmate Kennedy had attacked Inmate Golden. Capt. Campbell also asked Deputy Tippetts if he was aware of Deputy Jackson taking Inmate Golden to the recreation yard and assaulting Inmate Golden. Deputy Tippetts stated that he did not witness this event but he had heard Deputy Jackson tell Deputy

Chandler that he, meaning Inmate Golden, deserved what he got. Deputy Tippetts stated that he believed that Deputy Jackson may have in fact assaulted Inmate Golden.

On March 4, 2005 Capt. Campbell interviewed Deputy Ross Chandler who was assigned as Floor Officer in B Block on February 26, 2005. Deputy Chandler stated that on February 26, 2005 he was actually assigned as the Lock-Down Officer, this being Section C in B Block. Deputy Chandler stated that he had assisted with the juvenile inmates being escorted out to the recreation yard and returning some time later. Deputy Chandler stated that he had assisted with Inmate Golden when he had been attacked in F Section but did not witness anyone who had actually attacked Golden. Capt. Campbell asked Deputy Chandler if he and Deputy Jackson had a conversation regarding Jackson assaulting Inmate Golden in the recreation yard. Deputy Chandler reluctantly admitted that he did in fact know of this incident and that Deputy Jackson had told him that he had taken Inmate Golden to the rec yard and had assaulted him because Inmate Golden had attacked and assaulted his former girlfriend in front of Deputy Jackson's children.

On March 4, 2005 Capt. Campbell interviewed Deputy Lee Jackson regarding the assault on Inmate Golden. Deputy Jackson stated that he did not take part in having any juvenile inmates attack Inmate Golden. Deputy Jackson stated that during his shift on February 26, 2005 he had helped escort the juvenile inmates into the recreation yard and also assisted with their return into F Section and that he had observed Inmate Golden had obviously been assaulted. Deputy Jackson stated that he assisted with Inmate Golden in the Sally Port and had stood by while the medical personnel arrived. Capt. Campbell asked Deputy Jackson if he had told Deputy Marble not to call Medical for the assault on Inmate Golden. Deputy Jackson stated that he did not say that and that he initially tried to treat the wound that Inmate Golden had on his head.

Capt. Campbell asked Deputy Jackson if he had in fact assaulted Inmate Bobby Golden on February 27, 2005. Deputy Jackson stated that he did not assault Golden and that he was not working in B Block on February 27, 2005. Deputy Jackson stated that he was assigned as Floor Officer in D Block. Capt. Campbell again questioned Deputy Jackson regarding the assault on Inmate Golden in the recreation yard and Deputy Jackson finally admitted that he did in fact hit Inmate Golden while in the recreation yard because Golden assaulted his former girlfriend in front of Deputy Jackson's children.

Capt. Campbell then advised Deputy Jackson that he would be placed on Administrative Leave following the end of Deputy Jackson's shift and that he would be contacted by Maj. Riley for an Administrative Hearing regarding Deputy Jackson's assault on Inmate Bobby Golden. It was learned that an Administrative Hearing was set for March 10, 2005 at 9:00 a.m. which charged Deputy Jackson violating General Order No. 1, 5.8.

On March 11, 2005 Capt. Campbell learned that during the Administrative Hearing on Deputy Jackson on March 10, 2005, Deputy Jackson had told the Hearing Board that FTO Shane Carson had instructed Deputy Jackson to go to B Block and take out his revenge on Inmate Bobby Golden for attacking Deputy Jackson's ex-girlfriend in

front of his children. Maj. Payne advised Capt. Campbell that the Hearing Board had believed Jackson's statement even after Jackson had admitted that he did in fact attack Inmate Bobby Golden. Sheriff Payne had directed Capt. Campbell to expand the investigation regarding FTO Shane Carson's alleged involvement and encouraging Deputy Jackson to attack Inmate Golden.

Capt. Campbell obtained additional reports and documents regarding movement of Deputy Lee Jackson and his assignments on February 26 and 27, 2005. In addition Capt. Campbell learned of assignments of FTO Shane Carson on February 27, 2005. It was learned that Deputy Jackson was in fact assigned to D Block as a Floor Officer on February 27, 2005 along with Deputy Melissa Peterson.

On March 14, 2005 Capt. Campbell interviewed Deputy Melissa Peterson who stated that during the shift on February 27, 2005 she observed that Deputy Jackson had left the Block on several occasions and she stated that on one occasion she had to leave D Block to take some reports to B Block and had observed FTO Shane Carson and Deputy Jackson on the top tier of F Section in B Block. Deputy Peterson stated that she could not remember the exact time that she observed the two Deputies.

On March 14, 2005 Capt. Campbell interviewed FTO Shane Carson regarding his involvement, if any, in the assault or encouraging the assault on Inmate Bobby Golden. FTO Carson stated that when he returned to work on February 27, 2005 he was assigned to Central Control until Deputy Marble could arrive, this time being approximately 11:00 a.m. FTO Carson stated that shortly after Deputy Marble arrived that Deputy Jackson came to Central Control and requested to talk to FTO Carson. FTO Carson stated that Deputy Jackson told him about the situation with Inmate Bobby Golden and that FTO Carson stated he told Deputy Jackson to stay away from B Block and stay away from Inmate Golden. FTO Carson stated that he further told Deputy Jackson that he should go see Capt. Taylor regarding the problem he had with Inmate Golden in hopes of being assigned to some area other than B Block. FTO Carson stated that later on during the day he went to B Block to get Inmate Golden to try to talk to him about being assaulted by the juvenile inmates. FTO Carson stated that when he arrived in B Block he observed that Deputy Jackson was in B Block as well. FTO Carson stated that he got Inmate Golden and took him to the Booking area in hopes of trying to interview him about his assault. FTO Carson stated that Deputy Jackson followed the two into Booking and then FTO Carson stated that he turned around and went back to B Block. FTO Carson stated that he instructed the Officers in B Block to place Inmate Bobby Golden in Lock-Down in C Section and then departed B Block.

Capt. Campbell asked FTO Shane Carson if he had in any way encouraged or suggested that Deputy Lee Jackson retaliate against Inmate Golden for assaulting Deputy Jackson's former girlfriend. FTO Carson stated that he did not in any say insinuate or suggest that he attack or take any revenge on Inmate Golden.

It was determined that due to the conflicting statements between Deputy Jackson and FTO Carson that FTO Carson submit to a polygraph examination which FTO Carson volunteered to take regarding the allegation Deputy Jackson made against FTO Carson. On March 15, 2005 approximately 10:00 a.m. FTO Shane Carson submitted to a polygraph exam with Mr. Joe Allen regarding the allegation Deputy Jackson made that FTO Carson suggested that he retaliate against Inmate Golden. Approximately 11:30 a.m. on March 15, 2005 Mr. Allen called Capt. Campbell and advised Capt. Campbell that FTO Carson had passed the polygraph and did not show any deception when asked if he in any way suggested or encouraged Deputy Jackson to retaliate against Inmate Golden.

**Findings and Conclusions**

It was concluded from this investigation that by his own admission, Deputy Lee Jackson did in fact assault Inmate Bobby Golden in retaliation for Golden assaulting Deputy Jackson's ex-girlfriend in front of Deputy Jackson's children. It was ALSO concluded from this investigation that Deputy Jackson acted alone and was not assisted or encouraged by any other Deputy to retaliate against Inmate Golden. Deputy Jackson was charged with violating **General Order # 1,5.8,** "......*His office gives him no right to prosecute the violator or to mete out punishment for the offense.......*", in that on February 27, 2005, by his own admission, he took inmate Bobby Golden to the B Block recreational yard and assaulted him. This allegation against Deputy Jackson is *SUSTAINED.*

It was further concluded that the allegation made by Deputy Jackson that FTO Shane Carson had encouraged or suggested that Deputy Jackson retaliate against Inmate Golden for assaulting Deputy Jackson's former girlfriend in front of Deputy Jackson's children was *UNFOUNDED.*

| Report By: | Reviewing Supervisor |
|---|---|
| Captain Steve Campbell | Sheriff George Payne |