| | |
|---|---|
| CAMPBELL: | Ok. Today is March 14, 2005. I have uh FTO Shane Carson uh regarding uh an investigation on Deputy Lee Jackson for assaulting an inmate during on or about uh February 27, 2005. Uh, Shane, what's your badge number? |
| CARSON: | 276. |
| CAMPBELL: | 276? |
| CARSON: | Yes Sir. |
| CAMPBELL: | Ok. And how long have you been at the Sheriff's Department? |
| CARSON: | Um since January 2003, I returned. I was with them June of 99 to June 2000 and I came back January 2003. |
| CAMPBELL: | Ok. Alright. And you're a uh Field Training Officer correct? |
| CARSON: | Yes Sir. |
| CAMPBELL: | Ok. Uh, Shane the Sheriff has uh...I'd talked to you previously about this incident on uh involving Deputy Lee Jackson uh and Inmate Bobby Golden. Do you remember our conversation the other day? |
| CARSON: | Yes Sir. |
| CAMPBELL: | Ok. I want to follow up on some things that uh that have come to light since the time we had that conversation. Now the Sheriff has directed me to uh investigate this matter and uh, I'm doing it at his direction, his authority. Do you understand that Shane? |
| CARSON: | Yes Sir. |
| CAMPBELL: | And with his authority, I'm ordering you to be truthful and answer all my questions truthfully. Do you understand that? |
| CARSON: | Yes. |
| CAMPBELL: | Do you understand that? |
| CARSON: | Yes Sir. |
| CAMPBELL: | Ok. Fine. Let me take you take you back to um um on um I got a copy of of your report that you did uh dated February 28, |



1

|  |  |
|---|---|
|  | 2005 regarding this incident with Deputy Jackson. Now, you were off on....You were off on February 26th, which I believe was a... |
| CARSON: | Saturday. |
| CAMPBELL: | Was a Saturday? Correct? |
| CARSON: | Um hum. Yeah. |
| CAMPBELL: | And you came back to work February 27th? |
| CARSON: | Yes Sir (inaudible). |
| CAMPBELL: | Ok. You remember that? Ok. Where were you working that day? |
| CARSON: | Central Control. |
| CAMPBELL: | Ok. How long were you in Central Control? |
| CARSON: | I....I was supposed to stay all day training. |
| CAMPBELL: | Ok. |
| CARSON: | I believe....Yes Sir. Yes Sir because Deputy Marble never worked Central Control so I might of got out of there, you know, to smoke a cigarette or two. But I was supposed to be there with I believe Deputy Marble training for him. |
| CAMPBELL: | Ok. Do you remember going into uh D block at uh 11:16 that day? You went into D block at uh about 11:16 that morning. Do you remember that? |
| CARSON: | D- David block? |
| CAMPBELL: | Um hum. The uh the 27th. That was a Sunday. |
| CARSON: | I don't remember. |
| CAMPBELL: | Ok. Well Marble came in I think about 11:00 that day. |
| CARSON: | Yes I think about a quarter till eleven he usually gets in. |

2

| | |
|---|---|
| CAMPBELL: | Ok. And uh you went into D block, stayed there about uh thirteen minutes and then left to respond to a signal 34, a fight call in A block. Do you remember that? |
| CARSON: | I believe so. |
| CAMPBELL: | Ok. Alright. Ok. So you went to D block. Do you remember why you went to D block? |
| CARSON: | Um, I think I do and that's what I'm trying to remember. It's just uh; it might be a certain female inmate that I went down there to see. |
| CAMPBELL: | A certain? Who was that? |
| CARSON: | Uh, Stephanie Landrum. |
| CAMPBELL: | What's up with Stephanie Landrum? |
| CARSON: | It's my wife's best friend since they grew up together. |
| CAMPBELL: | Ok. |
| CARSON: | I believe that's why I was down there in D floor. |
| CAMPBELL: | Ok. Alright. Um, tell me about what time of the day were you uh made aware about this incident that happened uh on Inmate Bobby Golden the day before. |
| CARSON: | Uh, it was some time on uh that Sunday. I don't remember when. It was uh definitely Sunday and I tried to reach Captain Taylor that Sunday after I got of work. Because I didn't know who was all involved, being the supervisors and sergeants. I didn't know. There are a lot of other things going on downstairs that I really didn't know who I'd talk to. |
| CAMPBELL: | Ok. And you got in your report to Deputy Marble had told you that he was in B Control an incident happened and he didn't know if he needed to write the report. Do you remember that? |
| CARSON: | Yes Sir. |
| CAMPBELL: | Ok. So sometime after that you went down to D block to see this inmate Stephanie Landry and then you left and had a fight call. |

CARSON: Yes Sir. I'm trying to think. If I'm not mistaken, it might have been a fight in A/F. They were saying it was a fight. I think it was between Christopher Wiggins and somebody else. If I'm remembering correctly that's what it was.

CAMPBELL: Ok. Alright. And with our our...following our conversation the other day, you said that you went down to uh to B block to get Inmate Bobby Golden and you subsequently had him moved to lock down. Do you remember that?

CARSON: Yes Sir. I went down there. After (inaudible) and they said he looked pretty bad. I went down there and pulled him out of section. He looked pretty rough. And Jackson, I don't know if Jackson was with...I don't really....I don't remember how we hooked up. But we it might have been from the fight and Jackson responded. I'm not really sure. Uh went down there and I was talking to him. I pulled the guy out and uh started walking and I noticed Jackson was there, so I went into booking. I was going to talk to him to find out everything that was happening. I left it alone because Jackson was with me. And it's....Like I said there's a lot of things going down stairs and I don't know who knows about it or what knows about it. So there are only certain people I'm gonna talk to with or deal with when certain people are around. Uh, and I brought him back. I told uh the D/F officer we gonna move him. He says yeah he looks pretty rough. We are gonna take him out of here and put him in B/C, uh (inaudible).

CAMPBELL: You told the D/F officer?

CARSON: The B/F. B- Boy F- Frank. I think it was Deputy (inaudible). Because he mentioned something to me Tuesday that he when I was down there, I pulled him out and said "Man that guy looks pretty rough." He said: Yeah I think he got...somebody got a hold of him outside when he got arrested.

CAMPBELL: Ok.

CARSON: I talked to him a little bit. I talked to...I want to say Tippetts. Is it Tippetts? Tippetts on B floor a little bit. I told him that we were moving him. I went up in the control room and I think Martin was in the control room and I told him we were moving him. And he said who was it and I told him his name. We're moving him from B/F to B/C. I talked to him for a minute and we got done and then I went downstairs and left. And that was B block. Not D- David block.

4

CAMPBELL: Ok. Alright. Alright. Why did you? Why did you go, sometime during the day you went to uh....you said you went down to uh booking?

CARSON: I... (Inaudible) Ok. When I went down there to B block, I pulled Mr. Golden out.

CAMPBELL: Ok.

CARSON: I was bringing him to talk to him somewhere. It wouldn't be in debriefing because of certain supervisors and all.

CAMPBELL: Ok.

CARSON: Booking to me....And I've done it before. I bring them into booking where the old transport room is.

CAMPBELL: Ah huh.

CARSON: The mattresses stacked up.

CAMPBELL: Ah huh. Ah huh.

CARSON: Uh, I don't know. Informants I bring them in there and they talk to me and they give me information. I look into it. I was going to bring him in there, but Jackson kept following us. I didn't know....I didn't want to make it too obvious, so then I tried to pull him aside. So I was like ok. Well I went and talked to one of the booking officers and said, just kind of make conversation. You know? Well ok, I'll just go back. And I left. I don't even know what we talked about. What, but it was to the extent I had to play it off, because I didn't want anything to go wrong. Um then we left and Jackson was still with us. We left booking and went to B Sally port and that's when I said ok. We're gonna move you. Because you can tell the guy was....Something was wrong with him. And you can tell. I know certain things happened, so I ain't about to let this guy get whooped, without somebody document and entering. Even though in B/F, when you enter B/F you are supposed to enter in a log restricted visitors or the same thing in B/C. So that's the only thing where I might second guess myself. Why would I move from one area to another?

CAMPBELL: Um hum.

| | |
|---|---|
| CARSON: | But in doing so, it might open some eyes and make people think ok well maybe they're watching us. |
| CAMPBELL: | Alright. When did Jackson take Carson out on the wreck yard? |
| CARSON: | I don't know. I'm Carson. Golden? |
| CAMPBELL: | I mean Gold...Golden. I'm sorry. |
| CARSON: | I don't think..... |
| CAMPBELL: | When did Jackson take Golden out on the wreck yard? |
| CARSON: | I don't know I wasn't....I don't know. I was off Saturday. Sunday I took Golden... |
| CAMPBELL: | No. No. This was Sunday. Alright Shane. |
| CARSON: | I I I don't' know.... |
| CAMPBELL: | Alright. Let's back up. |
| CARSON: | I don't know. I know....I know a confrontation happened. I'm not saying there wasn't. I'm not excusing it. Um, if Jackson talked to him or something, if they went on the yard, you know...? I don't know if it happened for a fact or not, I know something went down. And that's why I I come forth. |
| CAMPBELL: | Ok. Ok. When you went to booking with Jackson, you took you took Golden in there? |
| CARSON: | Yes Sir. |
| CAMPBELL: | And where did he go? |
| CARSON: | He stood on the ramp. The camera should show that. |
| CAMPBELL: | Well the camera showed just you and Jackson in there. |
| CARSON: | Na that would be a negative. Golden was with us. I even think Maury Mitchell was in there to where they said what's going on with him, and I played it off and said something. So that would be two other officers. There's a camera. It's right, and it's on the ramp or even the fingerprint machine is going to show show Inmate Golden. I mean show....and then you say he's not on the camera. So now my next question is....I |

|  |  |
|---|---|
|  | didn't do nothing wrong. I give it to you right and now I it seems like I'm getting accused of it. |
| CAMPBELL: | Wait a minute. Hey hey Shane. Listen. Shane. Why? What are you getting all upset for? |
| CARSON: | You saying he's not on camera. That's why I'm up.... |
| CAMPBELL: | I told you I didn't see him on camera. Ok? Alright? |
| CARSON: | Well I'm just getting upset because I'll have....Ok. go ahead. |
| CAMPBELL: | Alright. Ain't no need to be getting upset. I haven't said nothing to you that should make you get upset. Ok? I just didn't see him on the camera ok? You might....you might have left him in the hall. It don't matter. |
| CARSON: | Yes I brought him in there. |
| CAMPBELL: | Ok. Alright. Alright. Tell me about when you went down to D block to talk to Jackson. |
| CARSON: | D- David block? |
| CAMPBELL: | D- David block. |
| CARSON: | I didn't talk to Jackson in D-David block. |
| CAMPBELL: | If you go down....Let me ask you a question? Did you go down to D block to tell Jackson that he needs to take care of business with this guy that beat up his ex-wife or his girlfriend? |
| CARSON: | No Sir. |
| CAMPBELL: | Or anything like that? |
| CARSON: | No Sir. If we could pull up on the green screen, because I'm not really sure about the dates, when I talked to a female inmate and um...I don't....I don't even remember going to D-block. But if I did, that would be the reason why. |
| CAMPBELL: | Alright. You went to D-block that morning. |
| CARSON: | Yes Sir. |

7

| | |
|---|---|
| CAMPBELL: | And then you went back to D-block that afternoon. Ok? You went according to the log you were back to D-block at 14:12. Ok? You and Jackson went into booking at 2:00, 14:00. Ok? On that day. Ok? So some time in the....the time may be 10-15 minutes off, but you went...you went into D-block. |
| CARSON: | Alright. |
| CAMPBELL: | Some time around 2:00 and then you left with Jackson and y'all went, you might have went somewhere else, then you wind up in booking. |
| CARSON: | What? Ok. |
| CAMPBELL: | So you went to Jackson. You went to Jackson in D-block. |
| CARSON: | No Sir I did not. And and that's what....I entered. I might have entered D-block, but I didn't I don't think I talked to Jackson. And now now you are asking me questions....Like I said D floor, I went down. The only time I go to D block is if there's something going on, D/F also needs me and a Sergeant's not going down there, or to speak with an inmate Stephanie Landrum. She D/A David. |
| CAMPBELL: | Ok. Ok. |
| CARSON: | I don't think at any time I went to D-block that day and talked to Jackson. At any time. I...and that's what I'm saying. If I get my days right, I believe Deputy Peterson 309 was down there and I used her as a female when I was talking to the...If the days are correct. Because I would have to look in the computer screen to make sure. |
| CAMPBELL: | Alright. |
| CARSON: | At no time did I talk to Jackson on D-block about anything. I heard something happened and Jackson mentioned something to me and I, you know, I said ok. And that's when I decided to make a move on checking this guy and bring him. At no time did I put my hands on the guy. I (inaudible). |
| CAMPBELL: | Wait a minute. Wait a minute. Wait a minute. Wait a minute Shane. |
| CARSON: | I mean I'm volunteering this information. |

8

| | |
|---|---|
| CAMPBELL: | Well I ain't asking you. I didn't ask you if you put your hands on him. |
| CARSON: | Ok. |
| CAMPBELL: | I never even alluded to that. |
| CARSON: | Well I'm volunteering it because it seems that a lot of other things are being brought up. So we ain't gonna have this....clear everything now for me. |
| CAMPBELL: | Well let's cut to the chase. Ok? I ain't accusing you of touching that inmate. Ok? But you went down there to D-block and by just what you told me, you and Jackson had some words about this guy Golden. Ok? And then you two left. And whether and y'all either went to booking or something like that, but you wound up in B-block. Ok. Alright. You told me that you had this guy Golden moved. Ok? |
| CARSON: | Right. |
| CAMPBELL: | Alright. We agree on that? |
| CARSON: | Yes. Well well we agree to I had the guy moved, because I'm not gonna agree to talk with Jackson. |
| CAMPBELL: | You just said you did. |
| CARSON: | No Sir. I agreed to having the guy moved. |
| CAMPBELL: | No. |
| CARSON: | I didn't talk to Jackson until after I was informed. And it was right around lunch time, a little before, and he mentioned something. Oh this guy's in here and it's Phil's such and such. And I said well well you need to get in touch with Captain Taylor. That's exactly what I telled you. |
| CAMPBELL: | Alright. Where did you talk to him about that? |
| CARSON: | I think in Central or right by Central. |
| CAMPBELL: | Jackson came to Central? |
| CARSON: | Yes Sir. |

9

CAMPBELL: Why did he do that?

CARSON: I think people, he's people talking about something happened and he started getting nervous. So he come and ask ask well Phil's sister or something like that. I said: Whoa. I said: You need to talk to Captain Taylor about that.

CAMPBELL: Alright. Alright. Let me ask.....

CARSON: That to me is a whole other subject.

CAMPBELL: Alright. Let me ask you this. Let me ask you this. Did you and Jackson have a conversation about this guy Bobby Golden beating up his girlfriend in front of his kids? Ok? And then something was said in some words that you told Jackson that he needs to go down there and take care of that.

CARSON: No Sir. Not at all. Wherever that came from, to me it's absurd. There was something said, but it wasn't them words.

CAMPBELL: Alright. What was said?

CARSON: He (chuckle) basically told me the story. And I said....I asked him something. I forget what I asked him. And he said something else; I was like, "Well I've been hearing certain things." And you know it's something about you paying or somebody paid somebody else to jump somebody. And he smiled. I was like, it's like there's other ways of doing things and that's not the way. I said and he said: Oh well he come in and whooped my kids....whooped my mom....my baby's mamma right in front of my baby's. And I looked at him and I said: ok. Whe...when you advised me of that Sir, you don't need to go to B floor or nothing unless you are with a supervisor. He said: Well I was posted there yesterday. And I said: Well that's yesterday. Maybe the supervisor don't know about it. He said: They knew about it. They knew about it. They put me down. When I heard that, that's when I realized that ok, maybe the supervisor might be involved. So I went and talked to this guy. And then we go back, and he said: oh he even did something else with Captain Taylor. I said: You need to talk to Captain Taylor. You don't need to go down there. He said: Well this ain't right. He needs to get his. I said: You are probably right. He does. So yeah. I mean. Does he need to get his? I don't know. I mean he probably does deserve certain things, but not what went down. No Sir.