| | |
|---|---|
| CAMPBELL: | Alright. Alright Shane. Look, don't beat around the bush. Did you.....? |
| CARSON: | I didn't instruct him, advise him.... |
| CAMPBELL: | Wait a minute. Wait a minute. Wait a minute. Let me ask you....let me ask you the question, before you answer. Alright? |
| CARSON: | Yes. |
| CAMPBELL: | I need to get it cleared up. |
| CARSON: | Ok. |
| CAMPBELL: | I'm not accusing you of anything. I'm just trying to find out. Ok? |
| CARSON: | Yes. |
| CAMPBELL: | Did you in any way relay to Jackson that he needs to go down there to D-block and take care of business with this guy that beat up his ex-girlfreind in front of his kids? In any way? |
| CARSON: | No Sir. I didn't hint, insinuate, advise, instruct nothing what-so-ever. |
| CAMPBELL: | (inaudible). |
| CARSON: | Even on top of that D-block whole thing, I mean I don't know. I think, I I feel that in certain questions is being asked in my direction, has nothing to do with Jackson. I don't even remember going on D-floor. But if it's logged, then obviously I did. So then the only reason I would be going down there is to visit an inmate. Um, and that whole thing, the (inaudible) and this ain't no disrespect. Every time I visit with the inmate, the female inmate, it was relayed to Captain Taylor and he knew. I kept him first hand everything that's going on, because of the insinuations of things. Me going and talking with Jackson a nothing. When I found out that happened and then I started looking into it some more. Trying to find out if it's true or not. And then I started hearing the other officer say that he was basically bragging about it. I distant uh uh distant....distance myself away from Jackson. I haven't called him, talked to...now Deputy Marble I assisted a little bit in the narrative because he sent a narrative that was something and |

11



EXHIBIT "D"

|  |  |
|---|---|
|  | Captain Taylor said we need to get it right. So we got it right, because he was using "I" instead of 3rd person. So it was just little glitches I helped him with, but I mean, no I didn't insinuate or nothing. And and it's....No Sir. There's ways of doing things and that's totally unethical and unprofessional. |
| CAMPBELL: | Uh. Alright. You were....You were in um, when you went down to B-block.... |
| CARSON: | Yes Sir. |
| CAMPBELL: | Ok? And Jackson went with you? |
| CARSON: | Yes Sir. |
| CAMPBELL: | Where did you pick him up? Did you pick him up in D-block? How'd you? How did you? |
| CARSON: | See? I don't know. I want to say....That's why if I can my dates or or.... |
| CAMPBELL: | It was Sunday, your first day back to work. |
| CARSON: | Right. Right. Well I Sunday's always my first day back to work. |
| CAMPBELL: | That's what I'm saying. That's your first day back to.... |
| CARSON: | I don't know if.....I know I didn't pick him up in D-block. Because I don't even remember seein him. I remember going to D-block, getting Ms. Peterson and saying I need to talk to this female and check on her. |
| CAMPBELL: | Ok. |
| CARSON: | He wasn't down there. Or if he was I don't even remember. I had nothing to do with him. |
| CAMPBELL: | Ok. Ok. |
| CARSON: | And I'm I'm guessing that I left D-block, because a fight happened in A/F. |
| CAMPBELL: | Ok. |

12

| | |
|---|---|
| CARSON: | And he was a part of the response. And in coming out I was going back to Central and something was said or done and that's what brought the conversation. So I don't know. I didn't pick him up in D-block. Um, he mentioned....he he come out of his way in Central and pulled me aside and mentioned something to me. But after the fight, I I I don't know what happened. I don't know about the fight, if we went behind booking and we smoked or if I went back to Central. I really couldn't tell you. |
| CAMPBELL: | Alright. |
| CARSON: | I know I didn't go back to B-block. |
| CAMPBELL: | Alright. You went...you went to booking with him about 2:00. Ok? And y'all went all of the way through. |
| CARSON: | Probably to smoke. Usually to smoke. I'm sorry. |
| CAMPBELL: | Alright, but where was the inmate? |
| CARSON: | That's not when I pulled him down and talked to him. This was early in the morning. Like right at lunch time. I I I believe it was. I want to say, as a matter of fact, when I pulled him out they were serving lunch. |
| CAMPBELL: | Ok. So y'all went again. You and Jackson went to booking again? |
| CARSON: | After the first time. |
| CAMPBELL: | Yeah. |
| CARSON: | You see what I'm saying? I didn't...I'm confused. |
| CAMPBELL: | Yeah. |
| CARSON: | Then... |
| CAMPBELL: | Then both of you came into booking. |
| CARSON: | Right. Walked through and stayed a few minutes and then went back down. |
| CAMPBELL: | And then you came back to booking by yourself. |

13

| | |
|---|---|
| CARSON: | Ok. The first time, we walked all of the way through booking. |
| CAMPBELL: | Yeah. Came into booking. And y'all walked all of the way through. Stayed a few minutes. Maybe you went out to smoke. |
| CARSON: | Yes Sir. (Inaudible). |
| CAMPBELL: | And then you came back and y'all left. That's 2:00. Then later on you came...about 2:30, you came back by yourself. You went in there and talked to somebody behind the cage and left. Ok? |
| CARSON: | That wasn't the time he came down there then. I mean I remember.... |
| CAMPBELL: | Ok. Alright. |
| CARSON: | going and smoking with Jackson, but not.... |
| CAMPBELL: | Alright. Alright. Look. The issue is why was he not down in D-block? That's where he was assigned? |
| CARSON: | Yeah. I don't know. I'm not sure. I'm not.... |
| CAMPBELL: | I mean he was with you twice. |
| CARSON: | Yes Sir. |
| CAMPBELL: | According to what you told me. Why was he not on his post? |
| CARSON: | I don't know. The first time, like well actually it was it was three times he would he would have been out. The first time, he came and pulled me aside in Central and we talked. That was before any anything happened. He just mentioned something to me. |
| CAMPBELL: | Was Marble there? |
| CARSON: | Yes Sir. He was in Central. And then he came and knocked on the window and I stepped out there. |
| CAMPBELL: | Ok. Ok. |
| CARSON: | The other times, I left Marble was to go smoke. I don't think I ever left Marble for a long periods of time, because it was his |

|  |  |
|---|---|
|  | new times in there. And then the second time, I guess he left the block. When we had the fight, he responded to A/F. I I don't know when it was, if we could look at the control room or if they wrote that the fight happened around the time of 2:00 to where we dealt with the fight and we walked out (inaudible). |
| CAMPBELL: | Alright. The fight happened at 11:29. You left out of D-block at 11:29 and you went to respond to a fight in A-block. Ok? |
| CARSON: | Oh well I I have no idea. |
| CAMPBELL: | Ok. |
| CARSON: | I really don't. |
| CAMPBELL: | I understand. |
| CARSON: | I was trying to piece it together, but.... |
| CAMPBELL: | Alright, but look. The bottom line is Jackson said that he was telling you about this deal with his girlfriend. |
| CARSON: | Right. Right. |
| CAMPBELL: | And you told him to go down and take care of business with him and y'all went down to B-block. And you turned around and told somebody to move him sometime and then you left. Did that happen? |
| CARSON: | No Sir. No Sir not at all. Not what-so-ever. |
| CAMPBELL: | Ok. Why's he saying that? I mean he already admitted, he he punched the guy. Why does he want to get you in on it? |
| CARSON: | I don't know Sir. |
| CAMPBELL: | Why are you grinning Shane? |
| CARSON: | It just it just...If...I don't know. It just blows my mind. But you know I know you are doing your job and I definitely respect that. And I know you got to ask certain questions, and you got to go around about it certain ways, but I'm emotional. I'll tell you things that will cut my own throat if it's the truth. I mean nobody knew about that female inmate. I didn't go.... |

| | |
|---|---|
| CAMPBELL: | Why? Why you keep? I don't care about no female inmate Shane! |
| CARSON: | Because you are saying that I went down to D-block to plot scheme and plan with Jackson and I didn't. I don't even.... |
| CAMPBELL: | I'm asking did you? |
| CARSON: | No I didn't, but you keep bringing it up, therefore you are trying to see if I'll word it differently. |
| CAMPBELL: | Well.... |
| CARSON: | And know that's your job and I respect that, and that's why I'm trying to answer. But I didn't even plot, scheme (inaudible) with Jackson. |
| CAMPBELL: | Shane. Shane. I'm not saying... Well you said that he came to Central control and y'all talked about it. |
| CARSON: | Yes he did. |
| CAMPBELL: | And I said there or somewhere else? D-block or whatever? |
| CARSON: | Right. |
| CAMPBELL: | Did you tell him that he needs to go down there and take care of it? That's what I want to know? |
| CARSON: | No Sir. I did not. |
| CAMPBELL: | What if the Sheriff want's to make you take the polygraph on it? |
| CARSON: | I I I would take one today Sir. |
| CAMPBELL: | Ok. |
| CARSON: | I mean and then.... |
| CAMPBELL: | But see Shane? Here's the deal. This what I got to resolve. And I'm not accusing you; I'm just trying to figure it out. |
| CARSON: | I understand. |

16

| | |
|---|---|
| CAMPBELL: | Jackson sit here and told me that, he went in there and he got that inmate and whipped his ass. Ok? |
| CARSON: | Yes Sir. |
| CAMPBELL: | Alright. |
| CARSON: | I understand. |
| CAMPBELL: | Then you go before the administrative review board. He tells them. Yeah I took him out there and whooped his ass, and but he told them he met with you sometime during the day. You told him he needed to go down there and take care of it. He was telling you about him beating up his girlfriend in front of his kids and you told him to go down there and whip his ass or go take care of it. Ok? |
| CARSON: | Ok. |
| CAMPBELL: | That's the deal. |
| CARSON: | Yes Sir. |
| CAMPBELL: | And if he's already admitted that that he did it, I mean, why does he want to get you in on it? |
| CARSON: | I don't know Sir. I I can answer a few things, but to me it would be a defense or something. I'm not worried about it. |
| CAMPBELL: | Alright. Ok. Alright. |
| CARSON: | I mean I didn't do it. You know? |
| CAMPBELL: | Right. |
| CARSON: | And and we can....I mean I can answer questions, and try to say a few things. When I was told of that, I told him that he can't go to B-block by himself. He said he was posted there and his sergeant knew of his situation and they still put him there. Well to me, you know, that that's suicide right there. If I'm a in a supervisor position and something like that and I hear. I'm gonna post that officer on the other side of the jail and put him somewhere (inaudible). |
| CAMPBELL: | Well he was in D-block that day. |

17

| | |
|---|---|
| CARSON: | But the day before. |
| CAMPBELL: | Right. |
| CARSON: | The Sergeants knew it and they posted him on B-floor. He was on D floor, so he still had access. So that's what I'm saying. I would have recognized it. So I told him...in a nut shell basically, I shut him down. I told him I was gonna shut him down. |
| CAMPBELL: | Ok. |
| CARSON: | I don't think he would try to retaliate or nothing, I think Jackson to a certain...I think he's a good man. I think he let his personal feelings get ahead of him. It happens to all of us, but to me it's ironic that he sits in front of you and tells you a story and then all of a sudden gets in front of the board and uh something else opens up. |
| CAMPBELL: | And... |
| CARSON: | And it's always the board. I always...I the last time I met with him and then I met with Major Payne about a release...it's always my name and you know I pull Captain Taylor aside a while back ago and asked him about it. And he said it's probably gonna be like that most of your life. |
| CAMPBELL: | What you talking about? |
| CARSON: | My name's always going to be brought up in things. It's always gonna get thrown into things. So I mean.... |
| CAMPBELL: | No, it's the first time I...3 |
| CARSON: | (inaudible). |
| CAMPBELL: | heard anything about you since you were in here the last time with that deal about Thomas. |
| CARSON: | Well that was, yeah with you, but then I met Major Reilly about something else. And then they find out ok, well it's just all.... |
| CAMPBELL: | Ok. |

| | |
|---|---|
| CARSON: | So I mean it's....I'm kind of used to it. And I was fine because I would have brought all of this to everybody's attention, if I had something to do with it. So I mean that's.... |
| CAMPBELL: | I would think now. You know? |
| CARSON: | Right. I understand. |
| CAMPBELL: | God Dang.....Alright. Uh, well I'm gonna see if the Sheriff wants to put you on the polygraph just to clear it up. We got we got an issue here. |
| CARSON: | I understand. |
| CAMPBELL: | You got to understand Shane. I'm not saying you did it. |
| CARSON: | Oh I understand (inaudible). |
| CAMPBELL: | It's just; I don't know why he would tell them that. I don't know. |
| CARSON: | Well I understand. |
| CAMPBELL: | I mean he didn't tell me that. Ok? |
| CARSON: | I mean do you have the authority to give me permission to take a polygraph? |
| CAMPBELL: | Oh yeah. Oh yeah. |
| CARSON: | I mean, so I just go take one? |
| CAMPBELL: | (inaudible). |
| CARSON: | I don't want this sitting on head another few days and then come to find out...I mean I...You know I like for this to be over with. |
| CAMPBELL: | Alright. I'll tell you what... I'll tell you what, we'll uh. I will see if the polygraph guy...I'll call the Sheriff, see if the polygraph guy's got any time today. If he does, I'll (inaudible). And that's all he's gonna ask. Ok? I mean he's gonna ask you some, if he does....if you do this, he's gonna ask you some (inaudible) questions like: Did you watch TV? Blah. Blah. Blah. |

| | |
|---|---|
| CARSON: | Yes. |
| CAMPBELL: | I mean he'll go over what he's gonna ask you (inaudible). |
| CARSON: | Ok. |
| CAMPBELL: | If you get by, and everything's ok, um I'll do a letter to you. Put it in your personnel file that your investigative allegations of misconduct is not....unfounded. Ok? And you get a copy of it to. |
| CARSON: | So and this just to put on record, this is an investigation against... |
| CAMPBELL: | No. It's and investigation on Lee Jackson, but so you you got into it. |
| CARSON: | Right. I got into it from an officer that admitted to beating an inmate's word that I instructed him to go and do it? |
| CAMPBELL: | Yeah. |
| CARSON: | Ok. I mean that's fine. Yes Sir. Any....you don't even have to give me notice. As long as I'm at work. If I'm off then I might have the kids. |
| CAMPBELL: | Yeah. Yeah. That's fine. |
| CARSON: | Then you just call me and say hey go here and then bam. I'll go ahead and go. |
| CAMPBELL: | Alright Shane. Anything else? |
| CARSON: | No Sir. No. Not that I can think of right now. |
| CAMPBELL: | Alright. Alright. It's about uh about 12:03. |

20