# STATEMENT OF RODNEY EVERETT

I, Rodney Everett state that on or about February 28, 2005 I was informed by the Sergeant on the morning shift in the debriefing office that Lee Oatis Jackson caused juvenile detainees to beat Bobby J. Golden.

Later, I personally observed Bobby J. Golden, whereby his face was swollen and bruised black and purple as a result of the beating by the juveniles.

_____
RODNEY EVERETT

SWORN TO AND SUBSCRIBED before me this the 20TH day of October, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: Feb 24, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

EXHIBIT "E"