# W. KEN KATSARIS

*Law Enforcement, Corrections
and Private Security
Consultant/Trainer*



**Addresses:**

Post Office Box 12008
Tallahassee, Florida 32317-2008

**Or:**

110-A South Monroe Street
Tallahassee, FL 32301

(850) 224-2929 Phone
(850) 224-2828 Fax
(850) 309-1074 Fax

---

## CURRICULUM VITAE

## EXPERIENCE OVERVIEW

Began as a City of St. Petersburg, Florida Police Officer/Jail Officer in 1962, has served as a Deputy Sheriff and State Trooper and elected Sheriff and Chief Law Enforcement Officer of 700 square mile Leon County, Florida, encompassing Tallahassee (Capital of Florida). Directed the operation of the Leon County Jail including its medical, inmate, and security programs. Directed a top to bottom physical renovation of the jail which resulted in community and newspaper editorial praise. Also served as Assistant to Secretary of the Florida Department of Corrections, assisting in the administration and operation of the nation's fourth largest prison system. Currently maintains a Sworn, Active Deputy Sheriff's Commission with the Leon County Sheriff's Office providing training at the Regional Police and Corrections Academy. Has been an instructor at this Regional Academy consistently and currently for over 25 years. Previously served for over 25 years as an adjunct instructor at the Florida Highway Patrol Academy. Maintains a full-time private consulting position providing training, litigation consulting, and agency consulting nationally. Has been retained to provide litigation support as an expert in police, corrections and/or private security policy, procedures, training and supervision for both the defense and plaintiffs in all 50 states, Guam, Puerto Rico and the District of Columbia, as well as in Canada and Australia. Served on statewide Private Security Advisory Council for Florida Department of State setting standards, training requirements, and licensure for the deployment of armed and unarmed private security officers throughout Florida.

Has provided either Law Enforcement, Jail, Prison or Security Consulting, including Training, to officers both public and private from all 50 states, including Deputy Sheriffs, Police Officers and Corrections Officers from several thousand city and county agencies, numerous State Corrections Departments and all 50 State Police agencies, as well as Officers and Agents from all of the Federal Law Enforcement and Corrections agencies, (FBI, Border Patrol, DEA, CIA, U.S. Marshals Service, BATF and the U.S. Bureau of Prisons). Through agency involvement in consulting, training, and litigation, has provided policy development assistance for city, county and state agencies, both law enforcement and corrections. Has coordinated and taught in seminars sponsored by the International Association of Chiefs of Police (IACP). Currently holds the position of Senior Instructor with AELE and provides instruction on contemporary Police and Jail/Prison Procedures, provided instruction on the internal affairs investigation process, procedures and legal issues. Also currently is course director and instructor of AELE's Critical Incident seminar focusing on SWAT deployment, operations, training and tactics.

Recognized for his leadership style and achievements as Sheriff by U.S. News & World Report as well as The New York Times and newspapers nationwide prior to being thrust into the national spotlight while directing the Theodore Bundy Serial Murder investigation. Directed the Tallahassee investigation that resulted in Ted Bundy's imprisonment, and the supervision of the incarceration of Ted Bundy in the county jail for over two years. Bundy was convicted, sentenced and executed, after the Governor of Florida signed two death warrants, one of which was for the Tallahassee murders.

Has earned the Associate in Arts (AA) Degree in Police Administration, as well as the Bachelor of Science (BS) and Master of Science (MS) Degrees in Criminology from Florida State University, and has completed the academic course requirements toward the Doctorate in Public Administration (DPA) at Nova University, Ft. Lauderdale, Florida.



EXHIBIT "A"

W. KEN KATSARIS
CURRICULUM VITAE
Page 2

# POLICE ACADEMY TRAINING TAUGHT by W. Ken Katsaris:

<u>INSTRUCTOR</u>:  **FLORIDA HIGHWAY PATROL ACADEMY**, (Recruits and In-Service Retraining Sessions for Supervisors, Command Officers, Troopers, Communications Officers and Communications Supervisors) 1968-1997.

### *Areas of Instruction Provided by W. Ken Katsaris:*

- Vehicle Pursuit Policy/Procedures.
- Emergency Vehicle Operations.
- Use of Force and Deadly Force
- Investigation Procedures
- Crime Scene Processing
- Supervision Procedures
- Communications Officers Training
- Communications Supervisors Training
- 911 Procedures
- Accident Scene Protection
- Traffic Homicide Investigation
- Policy Issues for Command Officers
- Preliminary/Follow-up Investigations
- Crimes Against Property (Burglary)
- Child Abuse/Neglect Investigations
- Sexual Assault/Battery Investigations
- Vice Crimes Investigations
- Traffic Stop Procedures

<u>INSTRUCTOR</u>:  **LAW ENFORCEMENT ACADEMY**, Pat Thomas Criminal Justice Academy, Six County Area Police Officers, Deputy Sheriffs, Campus Police and State Officers -- 1968 - present.

### *Areas of Instruction Provided by W. Ken Katsaris:*

- Police Ethics
- Vehicle Pursuit Policy/Procedures
- Driver Skills (at Range)
- Instructing Driving Instructors
- Emergency Vehicle Operations Policy (Ambulance and Police)
- Firearms Policy/Use of Deadly Force
- Deadly Force Decisions
- Firearms Shooting Skills (At Range)
- Instructing Firearms Instructors
- Weapons Carry and Use Law
- Arrest, Procedures and Law
- Use of Force Policy and Procedures
- Criminal Law
- Traffic Stop Procedures
- High Risk/Vehicle Stops
- Hostage and Barricade Response
- Crowd Control Procedures/Law
- Patrol Hazards, Procedures
- Foot Pursuit Procedures
- Prisoner Transport
- Prisoner Restraint
- Mental Illness: Police Procedures
- Substance Abuse: Police Procedures
- Mental Retardation
- Weapons, Explosives, Weapons of Mass Destruction (Law)
- Warrant Procedures
- Probable Cause
- Sexual Battery
- Assault and Battery
- Concepts of Evidence/Evidence Rules
- Preliminary/Follow-Up Investigations
- Homicide Investigation Procedures
- Stalking Investigations/Law
- Missing Children Investigations
- Attempts/Conspiracy/Solicitation
- Search and Seizure Law/Procedures
- Informant Control/Procedures
- Emergency Commitment Procedure
- Obstruction of Justice
- Officer Survival Considerations
- Crisis Intervention/Domestic Violence
- Recognizing, Approaching and Handling Emotionally Disturbed Persons
- Sexual Harassment/Hostile Work Environment
- Instructor Techniques: Certification course for Police Instructors
- Gang Recognition/Tactics

<u>INSTRUCTOR</u>: **FLORIDA MARINE PATROL ACADEMY**
State Officers assigned patrol duties on open ocean water, 1985-1991
- Pursuit Procedure/Policy: Vehicles and Boats

<u>INSTRUCTOR</u>: **FLORIDA GAME AND FRESH WATER FISH COMMISSION ACADEMY**
- Pursuit Procedure/Policy, Use of Force, 1985-1991

W. KEN KATSARIS
CURRICULUM VITAE
Page 3

# NATIONAL POLICE SEMINARS/COURSES TAUGHT by W. Ken Katsaris

**INSTRUCTOR:** "STREET SURVIVAL" FOR POLICE, CORRECTIONS AND PRIVATE SECURITY OFFICERS. Seminars throughout the USA sponsored by City, County, State and Federal Police Agencies. Training seminars in 25 states attended by over 20,000 officers from all 50 states,thousands of cities and counties, federal agencies, the Royal Canadian Mounted Police and Canadian Provinces, as well as hundreds of jail and prison officers and supervisors from county jails and the U.S. Bureau of Prisons. 1989-1991.

*Areas of Instruction Provided by W. Ken Katsaris:*

- Vehicle Pursuits Policy
- Emergency Response Policy
- Use of Force
- Prisoner Restraint
- Prisoner Transporting
- Approach and Arrest
- Impact Weapons
- Chemical Sprays
- Compression Asphyxia
- Procedures for Investigating and arresting members of Satanic Cults and Street Gang members
- Defensive Tactics for Arrest and Control

- Internal Investigation Procedures
- Recognizing, Approaching and Handling the Mentally Ill and Emotionally Disturbed Person/Inmate
- High Risk/Risk Unknown Vehicle Stops
- Domestic Violence Intervention
- Drug Interdiction Tactics and Procedures
- Procedures used to Investigate Officers Conduct Administratively and Criminally, involving Police, Jail and Prison Officers
- Handcuffing Tactics
- Single and Multiple Officer Patrol Tactics

**INSTRUCTOR AND SEMINAR COORDINATOR: IACP**

IACP: International Association of Chiefs of Police. Management of the Investigative Function: Investigation of Serial Murders (Specialty developed as result of directing the Theodore Bundy Murders, Tallahassee, Florida). Attended by Investigation Commanders from throughout the USA. 1984-1986 in Nashville, Tennessee and Tampa, Florida.

**INSTRUCTOR:** AELE: Americans for Effective Law Enforcement, Senior Instructor for national seminars. The attendees are primarily police governmental defense attorneys and law enforcement managers and commanders. 1992 - present.

AELE is a non-profit organization providing educational, legal and other professional services and assistance to the nations law enforcement and corrections agencies, and files Amicus Briefs in cases involving law enforcement and corrections issues.

**POLICE CIVIL LIABILITY SEMINAR** (AELE) 1992-Present

*Areas of Instruction Provided by W. Ken Katsaris:* (Senior Instructor)
- In Custody Deaths from Restraining Methods/Issues
- Restraint/Transporting Methods/Issues
- In-Custody Injuries (Handcuffs, Chemicals, K-9, Batons, Physical Force) Suicides.
- Police Pursuits (Tactics, Policies, Procedures, Investigations)
- Emergency Response Procedures/Policy
- Use of Force (Deadly-Non-Deadly) Training, Decision Making, Weapons, Tactics, Batons, Handcuffs, Chemical, Restraints, K-9, Electronic Restraints (Taser, Stun Gun)
- Less Lethal Munitions/Applications and Issues

W. KEN KATSARIS
CURRICULUM VITAE
Page 4

**NATIONAL POLICE SEMINARS/COURSES TAUGHT by W. Ken Katsaris (continued)**

<u>RACE AND THE POLICE SEMINAR</u> (AELE) 2001-Present

*Areas of Instruction Provided by W. Ken Katsaris:* (Senior Instructor)
- Racial Profiling Claims and Definitions
- Police Detention and Inquiry
- Police Communications Issues (Radio/MDT's)
- Race Identification Issues
- Police Vehicle Stops/Searches
- Use of K-9's at Stops
- Probable Cause vs. Reasonable Suspicion vs. Racial Profiling
- Use of Expert Witnesses for Plaintiff and Defense
- Complaint Processing

<u>CRITICAL INCIDENT RESPONSE: MANAGEMENT AND LEGAL LIABILITY SEMINAR</u>
(AELE) 2002 - Present

*Areas of Instruction and Course Development Provided by W. Ken Katsaris*
(Course Director and Senior Instructor)
**Course Director Role**
Development of Course Topics
Overall Direction of Training Issues
Review of Course Outlines and Instructors
Monitoring of Course Presentation
Facilitation Between Presenters and Attendees

**Areas of Instruction**
- High Risk Entries Preparation, Surveillance, Assignments and Equipment Use
- High Risk Warrant Service vs. High Risk Response to known Violent Subjects
- Responding to the Mentally Ill and the Substance Abuser
- Responding to the Suicidal/Suicide by Cop
- Responding to the Active Shooter
- Use of K-9's Policy and Procedure
- Affects of Critical Incident on Officers
- Reaction Time/Suspect Movements, and Shot Placement

<u>EMPLOYEE DISCIPLINE AND LABOR SEMINAR</u> (AELE) 1996-1998

*Areas of Instruction Provided by W. Ken Katsaris:*
- Organization/Administration of Internal Affairs Unit
- Interviews/Interrogations of Accused/Implicated Officers
- Off-Duty Activities
- Outside Employment
- Search and Monitoring Procedures/Policy
- Progressive Discipline
- Conducting Internal Investigations

<u>LAW MEDIA INSTRUCTOR</u> (AELE) 2001-Present (Distributed nationally)

*CD Rom Training Programs Instructed by W. Ken Katsaris*
- Officer Safety at Traffic Stops
- Strip Searches by Police
- Shooting Mistakes and Qualified Immunity
- Interrogation Law for Patrol Officers
- Miranda for Patrol Officers
- Interrogation Law: Special Situations
- Interrogation Law: Reinterrogation and Trickery

W. KEN KATSARIS
CURRICULUM VITAE
Page 5

# POLICE/LAW ENFORCEMENT EXPERIENCE

**FULL TIME POLICE EXPERIENCE**

- **St. Petersburg Police Department**, St. Petersburg, Florida Police Department, 1962-1966.

Uniform Patrol
- Preliminary Investigations
- Traffic Accident Investigation
- Reconstruction Specialist
- Riot and SWAT Team Member

Investigations
- Evidence Collection, Identification, Preservation
- Crime Scene Investigation and Processing
- Crime Scene Photography
- Latent Fingerprint Examiner
- Prisoner Transportation Unit
- Mobile Crime Unit Technician

- **Sheriff of Leon County**, Tallahassee, Florida, January 1977 - January 1981.
  Sheriff and Chief Law Enforcement Officer of Leon County encompassing almost 700 square miles, including the Florida Capital City of Tallahassee. The Sheriff is also the Chief Correctional Officer and administers the Leon County Detention Facility.

  - Drafted Manual of Policies and Procedures for Law Enforcement Operations
  - Drafted Manual of Policies and Procedures for Jail Operations

  **As Sheriff of Leon County**, Personally Developed, Implemented, or restructured and Supervised:

Law Enforcement Programs

- Crime Prevention Program (Malls, Apartment Complexes, Neighborhoods, Businesses, Schools, Banks, Hotels)
- Narcotics Investigations
- Helicopters/Fixed Wing Aircraft
- K-9 Unit Teams/Training
- Tactical Unit (SWAT)
- Patrol Division
- Traffic Control/Investigations
- Major Crime Task Force
- Juvenile Crimes Investigations
- Firearms Range
- Personnel Unit (Background Investigations, Oral and Written Boards)
- Communications/Dispatch Center
- 911 Center
- Civil Process
- Warrant Service: Fugitive/High Risk Investigations
- Court Security
- Internal Investigations
- Crime Scene Processing
- Intelligence (Street and Motorcycle Gangs and Organized Crime Activity)
- Citizen Firearm Training

- **City of Tallahassee Police Officer**, Florida, 1975-1977 (part-time classification, full-time hours)

- Traffic Control
- Traffic Accident Investigation
- Domestic Intervention
- Arrest Prisoner Transport
- Patrol
- Preliminary Investigation of Crimes

**PART-TIME EXPERIENCE**

- **Leon County Deputy Sheriff**, 1997 - present.
  Part-time Sworn Deputy Sheriff providing Patrol, Field Training Evaluation and Recruit Training. (Involvement while maintaining full-time commitment to Regional and National Training and Consulting.)

W. KEN KATSARIS
CURRICULUM VITAE
Page 6

**POLICE/LAW ENFORCEMENT EXPERIENCE (continued)**

● **Florida Highway Patrol Trooper**, 1992 - 1997.
Part-time Sworn uniformed State Trooper with primary responsibilities as advisor to Director (Col.B.R. Burkett) and Academy Instructor.  (See Areas of Instruction, Page Two)  (Services provided while maintaining full-time commitment to Regional/National Training/Consulting.)

● **Florida Highway Patrol Policy Advisor**, 1981-1993.
Policy Advisor to Director B.R. Burkett.  Policy development and review for Pursuits, Firearms, Use of Force, Batons, Disciplinary Procedures and Review, Internal Affairs.
Also review of all police involved shootings by State Troopers, advise Col. B.R.Burkett of liability issues and training implications.

● **Crime Lab Director and Technician**, Tallahassee Community College, 1967 - 1977 (as requested).
Utilized Criminal Justice Program Teaching Crime Lab on Campus to provide services to City Police for Preliminary Criminal Evidence Processing and Evaluation

- Firearms Evidence
- Bullet Trajectory Evaluation
- Gunshot Residue Collection
- Blood Splatter Evaluation
- Fingerprints

- Lie Detection
- Crime Scene Reconstruction
- Photography
- Drug Identification

# CORRECTIONS/JAIL/PRISON EXPERIENCE

● **St. Petersburg City Jail, Jail Officer**, (assigned from Police Patrol), 1964-1966.   Screening, Classification, Booking, Transportation, Custody.

● Certified, **JAIL AND PRISON MANAGEMENT**, Florida Department of Corrections, 1977.
Certification through National Institute of Corrections.

● **Leon County Jail Administrator**, as Sheriff Supervised Jail Director and all Personnel, drafted and implemented Policies and Procedures, renovated and modernized the physical plant and periodically worked the floors and transported high-risk prisoners.  1977-1981.

Jail Programs Developed and Implemented

- Booking and Classification Procedures
- Medical Screening
- Medical Unit (Doctor, Nurses, Facility)
- Recreation
- Visitation

- Religious
- Searching
- Custody and Security
- Suicide Intervention/Prevention
- Work Release
- Emergency Procedures (Escape, Riot, Fire)

● **Florida Department of Corrections, Assistant to Secretary of Corrections**
**Full time** Employment 1981-82.  The Department of Corrections oversees all facets of prison management and inmate programs as well as probation and parole and provides, by law, inspections of all 67 county jails. (Over 25,000 inmates in 80 institutions and over 70,000 on Probation and Parole Supervision in 1982).

W. KEN KATSARIS
CURRICULUM VITAE
Page 7

## CORRECTIONS/JAIL/PRISON EXPERIENCE (continued)

● **Florida Department of Corrections Assignments**

*Assisted the Secretary of the Florida DOC in:*

- Administrative Decision Making
- Policy Determination
- Institutional Troubleshooting
- Inmate Grievances
- Statewide Jail Procedure and Rules
- Liaison to Governor's Office on Jail and Prison Matters
- Liaison to all Sheriffs on Jail Procedures

- Jail and Prison Training Curriculum
- Review of Jail Inspectors Investigations on Jail Suicides from all Jails in state
- Standards for State Prisons and Jails
- Accreditation Standards
- Liaison to Criminal Justice Standards and Training Commission
- Review of Injury Reports and Unusual Occurrences In County Jails

● **COMMISSIONER**, State of Florida, **Correctional Standards Council**, 1977-1981.
Appointed by Governor Askew and reappointed by Governor Graham. Seven Member Policy Board for all Standards for all Correctional Officers, City, County, State. 1977-1981.

- Standards for Correctional Officer Selection
- Standards for Correctional Officer Retention
- Facilities and Institution Standards

- Training Programs for all Correctional Officers (State and County)
- Training Curriculum Development for Correctional Officer Training and Retraining

● **CONSULTANT, FLORIDA CRIMINAL JUSTICE STANDARDS AND TRAINING COMMISSION**, 1981-1982.
Development of 320-hour basic training program for state and local Correctional Officers. Member of Committee.

● **INSTRUCTOR:** Corrections Academy, Pat Thomas Criminal Justice Academy, 1983-1995 and 2000-Present.

*Areas of Instruction Provided by W. Ken Katsaris:*

- Classification of Offenses
- Suicide Prevention/Intervention
- Inmate Rights
- Officer Rights/Responsibilities
- Crisis Intervention
- Use of Force
- Emergency Procedures Including: Fire, Riot, Escape, Bomb Threat
- Inmate Movement

- Constitutional Law
- Civil and Criminal Liability
- Elements of Crimes
- Cell Searches
- Classification and Cell Assignment
- Restraining and Transporting Prisoners
- Hostage Negotiation
- How to Survive Being a Hostage
- Bribery/Perjury

● **INSTRUCTOR: AELE: Americans for Effective Law Enforcement**, 1987-Present.
Chicago, Illinois. Senior Instructor for national seminars. The attendees are primarily corrections governmental defense attorneys and state and county corrections managers, commanders, and officers.

AELE is a non-profit organization providing educational, legal and other professional services and assistance to the nations law enforcement and corrections agencies.

W. KEN KATSARIS
CURRICULUM VITAE
Page 8

### CORRECTIONS/JAIL/PRISON EXPERIENCE (continued)

**JAIL AND PRISONER LEGAL ISSUES SEMINAR** AELE 1993-Present
*Areas of Instruction Provided by W. Ken Katsaris:* (Senior Instructor)

- In Custody Deaths and Injuries
- Suicides: Prevention, Intervention, Warning Signs, Cell Design
- National Standards
- Theories of Liability
- Failure to Protect
- Cell Extractions

- Staff Use of Force/Investigation
- Restraint Issues/Application
- Prisoner Transportation/Movement
- Staff Training Needs/Assessment
- Staff Allocation/Staffing
- Staffing Direct/Indirect Supervision
- Special Housing Issues

● **INSTRUCTOR: U.S. Bureau of Prisons**, 1968-1969.
Federal Correctional Institution, Tallahassee, Florida. Staff Development Training. Correctional Policy and Procedure, Custody and Security.

● **INSTRUCTOR: U.S. Bureau of Prisons**, 1968-1969.
Federal Correctional Institution, Tallahassee, Florida. Inmate Education in Criminal Justice.

## PRIVATE SECURITY EXPERIENCE

● **Private Security Advisory Council, PSAC**, Florida Department of State, Member, 1987-1990.
Advised Secretary of State on all Licensing and Training Matters relating to Private Employment of Security Guards and the Licensing and Training of Private Investigators. Chairman of Firearms License Committee. Assisted in writing the training manual for Private Security Guards for the State of Florida.

● **Campus Security Director**, Tallahassee Community College, 1968-1977.
Hired, trained and supervised full-time force of Security Officers providing campus-wide security, traffic control, crime prevention and crime investigation for 3000 member student body campus as part of duties of Criminal Justice Program Chairman.

● **Private Security Services**: As Sheriff of Leon County, Florida, 1977-1981.
Under Contract to Apartment Complexes, Hotels/Motels, Shopping Malls and Banks. Provided and trained off duty Deputies for private security under contract to private entities. Both uniformed guard and plain clothes assignments were carried out. Deputies paid directly by private entity. Authority from Sheriff, supervised by Sheriff.

● **Private Security Consulting**: As Sheriff of Leon County, Florida, 1977-1981.
On-site Crime Surveys, Evaluations, and Presentations on Security Needs to Management of Hotels, Campuses, Liquor Licensees, Shopping Centers and Apartment Complexes.

● **Private Security Officer**: St. Petersburg, Florida, 1964-1966.
Off-duty, armed private security for campus, shopping center and special assignment activities as St. Petersburg, Florida Police Officer.

● **Litigation Consulting for Plaintiffs and Defense**, 1982-Present.
Review of Premises, Evaluation of Procedures and Policy and Testifying on Premises Liability Issues in Hotel, Apartment, Shopping Center, Campus Cases.

● Certified, **Security of Convenience Stores, Inspector**, February, 1994.
Attorney General's Office, Florida Crime Prevention Institute. 40-Hour Certification Course.

W. KEN KATSARIS
CURRICULUM VITAE
Page 9

**PRIVATE SECURITY EXPERIENCE (continued)**

● Certified, **Commercial Security**, July, 1994.
  Attorney General's Office, Florida Crime Prevention Institute.  40-Hour Certification Course for Security
  of Apartments, Businesses, Shopping Centers, Parking Lots, Hotels and Motels.

# EDUCATION

● Post Masters Studies, Nova University, Fort Lauderdale, FL.  Public Administration, 1982.
  Completed a five year course of study.  (Classroom courses listed below).

● Master of Science Degree in Criminology, Florida State University, Tallahassee, FL, 1971.
  Master Thesis Topic:  An Exploratory Study of Police Recruit Training as Mandated by the
  Florida Police Standards Act 1967.  Internship completed in college teaching of police and
  corrections subjects.  (Classroom courses listed below)

● Bachelor of Science Degree in Criminology, Florida State University, Tallahassee, FL 1967.
  Dual  Major  in  Law  Enforcement  Procedures/Management  and  Jail  and  Prison
  Procedures/Management.  (Classroom courses listed below)

● Associate of Arts Degree in Police Administration, St. Petersburg Florida Junior College, 1965.
  Associate in Arts Degree with General Education Certification added, 1966.  (Classroom
  courses listed below)

# ACADEMIC TEACHING EXPERIENCE

● **Chairman/Instructor**, Criminal Justice Program, Tallahassee Community College (Administered both
  Law Enforcement and Corrections Programs with approximately three hundred students and staff of
  both part-time and full-time instructors.)  1967-1977

  Developed, Implemented, Supervised and Taught In:

  Academic Programs                           Police Training Center Programs

  ● AA Degree in Law Enforcement              ● Certificate in Police Supervision
  ● AA Degree in Corrections                  ● Certificate in Police Mid-Management
                                              ● Certificate in Executive Development

● **Adjunct Lecturer**, Graduate and Undergraduate Criminal Justice Courses, School of Social Work,
  Florida State University, 1972 - 1973.

● **Adjunct Professor**, School of Criminology, Florida State University, 1975-1980.  (Corrections and Law
  Enforcement Courses).

## ACADEMIC COURSEWORK TAKEN
**(St. Petersburg Junior College and Florida State University).**

### LAW ENFORCEMENT COURSES
- Police Organization and Administration
- Introduction to Law Enforcement
- Criminal Interrogation
- Police Patrol Procedures
- Criminal Investigation
- Development of Law Enforcement and Corrections
- Police Defensive Tactics
- Police Field Procedures
- Criminal Law
- Criminalistics
- Police Problems and Practices
- International Crime Control
- Theory of Law Enforcement
- Public and Private Security
- Theories of Criminology

### CORRECTIONS COURSES
- Legal and Court Procedures
- Treating Juvenile Delinquency
- Criminology and Corrections
- Social Control
- Programs in Crime and Delinquency
- Probation, Pardon and Parole
- Correctional Custody
- Seminar in Corrections
- Corrections Internship
- Juvenile Court Philosophy and Procedures
- Development of Corrections and Law Enforcement
- International Criminology
- Special Problems in Criminology and Corrections
- Survey of the Corrections Field
- Theory and Concepts in Criminology and Corrections
- Seminar in Social Action

### SOCIAL/PSYCHOLOGICAL COURSES
- General Psychology
- Marriage and Family Relations
- Introduction to Sociology
- Adolescent Development
- Understanding Human Behavior I
- Understanding Human Behavior II
- Nature, Man and God
- Social Research
- Sociology and Education
- Introduction to Social Group Work
- Essentials of Interviewing
- Methods of Social Research

### MANAGEMENT COURSES: Post Masters Studies, Public Administration (Nova University)
- Ideas and Images: The American Political Process
- Interests and Instruments of Power: Policy-Making in America
- The Administrator in a Pluralistic Setting: Management Leadership
- Protective Functions: Problems and Issues in Maintaining a Just and Peaceful Domestic Social Order
- Environmental and Economic Functions: Problems and Issues In Employment, Energy, and Ecology
- Social and Human Service Functions: Problems and Issues of Education, Health, Housing, Welfare, and Civil Rights
- Management Information Systems: Quantitative Designs
- Staffing and Personnel Management
- Measurement of Program Outputs: Techniques for Analyzing Data
- Measurement of Program Consequences: Problems of Collecting Data
- Organization and Management Principles
- Group Dynamics and Interpersonal Relations
- Administrative Responsibility and Ethics: The Nature of Conflicting Demands
- Authority, Power, and Administrative Law
- Funding and Finance Administration: Sources of Revenue
- Governing and Decision Making Processes
- Problem and Conflict Resolution
- Dynamics of the System of Pluralism: The Administrator and the Various Sub-Systems
- Research program Formulation
- Developmental Program Formulation
- Research and Development Evaluation

W. KEN KATSARIS
CURRICULUM VITAE
Page 11

# ACADEMIC COURSES TAUGHT by W. Ken Katsaris

**Tallahassee Community College and Florida State University** (1967-1988)

- Introduction to Law Enforcement
- Criminology
- Criminal Investigation
- Criminal Investigation Laboratory
- Criminalistics
- Introductory Criminalistics Laboratory
- Advanced Criminalistics Laboratory
- Criminal Law
- Criminal Procedures
- Police Organization and Management
- Police Community Relations & Crime Prevention
- Seminar: Private Security
- Seminar: Jail Policy and Procedure
- Seminar: Jail and Prison Standards and Accreditation
- Seminar: Investigation of the Police Use of Force
- Juvenile Delinquency and Youth Programs
- Seminar: Corrections Law and Liability
- Seminar: Blood Splatter Evidence
- Seminar: Firearms Evidence and Ballistics
- Jail/Prison Design: Inmate/Staff Issues

# CERTIFICATIONS

- Instructor Certified, <u>CMS General Instructor</u>, Specialized Teaching Techniques for Scenario Based Instruction to Police and Corrections Officers. Pat Thomas Criminal Justice Academy, Tallahassee, FL, August 2002.
- Instructor Certified, <u>Lateral Vascular Neck Restraint</u> System (LVNR) National Law Enforcement Training Center, Kansas City, MO (Jim Lindell, President) 2000.
- Instructor Certified, <u>Taser Electronic Immobilization Weapon</u>, Tasertron, 1999, Policy, Procedure, After Care.
- Instructor Certified, <u>Human Diversity Instructor</u>, Florida Criminal Justice Standards and Training Commission, August, 1995. Sexual Harassment, Hostile Work Environment, Race and Gender Issues, Preparation to Instruct Corrections and Law Enforcement Personnel.
- Instructor Re-Certification, Emergency and Pursuit Driving, 24 Hours. Pat Thomas Criminal Justice Training Academy, November 2000.
- Instructor, Certified, <u>Firearms Instructor</u>, Florida Criminal Justice Standards and Training Commission, 1992.
- Instructor Certified, <u>Pursuit Driving</u>, (Emergency Vehicle Operation), Techniques and Policy, Florida Criminal Justice Standards and Training Commission, 1987.
- Instructor Certified, <u>Psycho-Motor Skill Design Instructor</u> (Defensive Tactics and Physical Training Techniques), 1991. International Association of Police Trainers.
- Instructor Certified, <u>Orcutt Police Nunchaku Instructor Certification to Instruct in Use of Police Nunchaku's</u>, (Instructed by Kevin Orcutt) 1991.
- Instructor Certified <u>Law Enforcement and Medical Restraint System</u>, RIPP Restraints, Course for Instructing the Methods of Restraining Prisoners and Emotionally Disturbed Persons, 1991.
- Instructor Certified, <u>Advanced Hostage/Barricaded Subject Negotiations</u>, 1992. Institute of Police Technology Management. 40 Hour course of study with additional supervised practical exercises.
- Instructor Certified, Legal Certification to teach <u>Legal Problems, Practices, Applications of Law and Civil Liability Issues</u>. Florida Criminal Justice Standards and Training Commission, 1991.
- Instructor Certified, <u>Law Enforcement Executive Trainer</u>, Florida Commission on Police Standards and Training, 1976.
- Instructor Certified <u>Executive Development Trainer</u>, Florida Police Standards and Training Commission. Certified to Teach Management Level Courses to Police Chiefs, Sheriffs and Command Officers. 1972.
- Instructor Certified, <u>Criminal Justice Trainer; General Certificate</u>, Florida Criminal Justice Standards and Training Commission. (Expires July, 2003). Certified to Teach all Police and Corrections Courses at the Academy Level. Since 1968 with re-certifications as required.
- Instructor Certified, <u>Technical Intelligence Operations</u>: <u>Workshop on methods of Wiretaps, Bugging, and Other Communications Intercept as well as Countertactics</u>. Jarvis International Intelligence, 1989.

W. KEN KATSARIS
CURRICULUM VITAE
Page 12

## CERTIFICATIONS (continued)

- Instructor Certified, Police Internal Affairs: Institute of Police Technology and Management. 40 Hours, September, 1996.
- Certified, Human Diversity, Basic Certification, Florida Criminal Justice Standards and Training Commission, 1995.
- Certified First Responder, Basic EMT Wound, Injury and Illness Assessment, Pat Thomas Regional Police Academy, 1992.
- Certified, Chemical Restraint, OC, Florida Highway Patrol Academy, 1994.
- Certified, Handgun and Long-gun Weapon Retention Techniques, National Law Enforcement Training Center (NLETC) Dave Grossi, instructor, 1991.
- Certified, Application of Physical Empty Hand Control Technique for Retention of Sidearm or Long-gun in Holstered or Drawn Disarming Situations, National Law Enforcement Training Center, (NLETC), Dave Grossi, Instructor, 1991.
- Certified, PR 24 Defensive Police Baton, 1987, Florida Highway Patrol.
- Certified, The Monadnock Straight Baton, 1991.
- Certified, Counter Assault Systems Expandable Baton, 1990.
- Certified, Practical Hostage/Barricaded Subject Negotiations, 1992. Institute of Police Technology Management. 40 Hour course of Study including practical exercises.
- Certified, Jail and Prison Management, Department of Corrections, State of Florida, 1977. Certification through National Institute of Corrections.
- Certified, Techniques of Applications of Cap Stun Chemical Agent for Police and Corrections Use.
- Certified, Peace Officer Training, Department of Education, State of Florida, 1967-1968. (#CO38930).
- Certified, Junior College Teaching, Department of Education, State of Florida, 1971-1981. (#CO42851).
- Certified, Advanced Homicide Investigation, American Society of Clinical Pathologists. 40-hour Certification Course. Determination of Method and Instrumentality of Death, Firearms Evidence, Trajectory and Wounds, 1978.
- Certified, Injury and Death Determination, Advanced Homicide Investigations Techniques Certificate, American Association of Forensic Pathologists, 1979.
- Certified, The Management of Police Use of Force, 1984. International Association of Chiefs of Police. A forty hour certification course on all phases of Police Use of Force and Deadly Force.
- Certified, Security of Convenience Stores, Inspector. Attorney General, State of Florida, Florida Crime Prevention Institute, February, 1994.
- Certified Commercial Security, Florida Crime Prevention Training Institute, Attorney General's Office. 40-Hour Certification Course for Security of Apartments, Businesses, Shopping Centers, Parking Lots,Hotels and Motels. July, 1994.
- Certified, Realistic Assailant Control,(Defensive Tactics and Subject Control. Calibre Press. Homestead Air Force Base, U.S. Customs, 1989. Intensive 3-day "Hands On" Instruction Teaching Active Counter Measures and Control Techniques for Prisoner Apprehension, Movement and Control, Pressure Point Control Tactics.
- Certified Police Officer, Florida Police Standards and Training Commission, 1975. Recertification to continue as Commissioned Police Officer.
- Recertified as Police Officer, State of Florida, Commission on Criminal Justice Standards and Training. May, 1993. Certificate # 137855.
- Certified, CPR (Cardiopulmonary Resuscitation). Florida Highway Patrol. Recertified 1993.
- Certified, Law Enforcement Procedures and Management, Florida State University School of Criminology, 1967.
- Certified, Examiner Psychological Stress Evaluation (PSE), 1974. Application of the Use of the Voice in Determining Truth or Deception.
- Certified, Audio Surveillance and Counter Measures, Ross Engineering, 1988.

W. KEN KATSARIS
CURRICULUM VITAE
Page 13

# TRAINING COURSES TAKEN

- Mobile Crime Unit Deployment, equipment operation, maintenance and use for major crime scene processing, evidence collection and testing, St. Petersburg Police Department, 1962.
- Crime Scene Processing, St. Petersburg Police Department Staff School, 1962. Fingerprints, tire and foot impressions, blood analysis.
- Fingerprint Processing and Classification, St. Petersburg Police Department Staff School, 1962. Latent Fingerprint Development and Comparison Techniques.
- Crime Scene and Laboratory Photography Techniques, St. Petersburg Police Department Staff School, 1962.
- Firearms Evidence;collection, processing and analyzing at scene ballistics and trajectory evidence. Neutron activation analysis preparation and testing for handgun and long gun firing evidence. St. Petersburg Police Department, 1963.
- Blood and Body Fluid Collection, Identification and Preservation, Blood Splatter Evidence Interpretation; St. Petersburg Police Department Staff School, 1963.
- Police Recruit Academy, St. Petersburg Police Recruit School #12. Consisted of 360 hours of basic instruction in all phases of police work, 1964.
- Police Firearms Instruction, National Rifle Association, May, 1964.
- Crowd and Riot Control School, St. Petersburg Police Department. Riots, Building Entry, Hostage Negotiations and Swat Tactics, 1965.
- Traffic Accident Investigation, St. Petersburg Police Department, 1965. Skid mark determination, point of impact, reconstruction.
- Teaching Criminology Internship, Florida State University, Tallahassee, Florida, 1971.
- Police Instructor Seminar, Police Standards and Training Commission, 1971. Certification to Teach Police, Jail and Prison Instructors.
- Police Officer Certification, State of Florida, 1975. Lewis Lively Police Academy, Tallahassee, FL. 80-Hour Training Program for comparative compliance covering pursuit and emergency vehicle response, first responder, firearms, use of force, use of deadly force, baton and handcuffing, arrest procedures.
- Sheriffs Management Seminar, Florida Sheriffs Association, 1977. An intense study on all phases of law enforcement and jail policy and procedure.
- Police Administration in Florida: The Future, Florida Police Standards and Training Commission, 1977. An evaluation of the future directions for police management, setting of standards and law enforcement accreditation.
- Managing Criminal Investigations, International Association of Chiefs of Police, 1978.
- Implementation of Jail Standards, National Institute of Corrections Jail Center, Marion County, Florida, 1980.
- The Police Executive Institute, sponsored by the Police Foundation and the Law Enforcement Assistance Administration, Dallas, TX, September, 1980.
- The Executive and Police Operations, Police Executive Institute, 1980. (Use of Force, Less than Lethal Methods, Crime Prevention) San Diego, CA.
- Management Stress Training, Miami, Florida. Experience Compression Laboratory, Jerome Barnum and Associates, 1981.
- Power and Morality Seminar, Florida State University Humanities Institute, 1981. An evaluation of the use of power by legislative and executive bodies.
- Health Care and the Suicidal Inmate, Prison Health Services, 1984. An intense study of the problems of the delivery of health care to inmates in county jails and prisons as well as a review of the problem of suicide. Emphasis on suicide prevention by identification of the potential suicidal inmate.
- Jail and Prisoner Legal Issues, Americans for Effective Law Enforcement, 1986. A review of all of the areas of civil liability in the Jail and Prison setting. Discipline, injuries, deaths, employment.
- Issues in Jail Management -- Major issues facing managers of small and large jails. 1987, Clearwater, Florida, American Jail Association.
- Women's Issues in Corrections. Issues relating to both men and women working in corrections. 1987, Clearwater, Florida, American Jail Association.

W. KEN KATSARIS
CURRICULUM VITAE
Page 14

## TRAINING COURSES TAKEN (continued)

- Suicide Prevention: How to Identify The Potential Suicidal Inmate. 1987, Clearwater, Florida, American Jail Association.
- Emergency Response Teams (SWAT) Recruitment, Training and Deployment. 1987, Clearwater, Florida, American Jail Association.
- Diminished Police Liability Through Implementation of Ethics, Florida Police Chiefs Association Conference, 1987.
- Training Programs for Line Officers: Implementing Local Training Opportunities, American Correctional Association, 1987.
- Your Local Jail: Innovative Concepts for Handling Unique Problems, American Correctional Association, 1987.
- Using Standards and Accreditation to Your Advantage, American Correctional Association, 1987.
- Security: Developing A Safe, Humane Institution, American Correctional Association, 1987.
- Street Survival for Police Officers, Calibre Press, Newport R.I. 1989. Intense 3-day seminar on Use of Force, Deadly Force, Pursuits, Satanic Cults, Police Liability and Trial Tactics, Defensive Tactics and Arrest Procedures.
- Realistic Assailant Control, Calibre Press. Homestead Air Force Base, U.S. Customs, 1989. Intensive 3-day "Hands On" Instruction Teaching Active Counter Measures and Control Techniques for Prisoner Apprehension, Movement and Control.
- Edged Weapons Attacks, Video self-study presentation titled "Surviving Edged Weapons," Calibre Press, 85-minute detailed analysis and tactical training for Police Officers Defense when any type of edged weapon is confronted, 1989.
- Transporting, Searching and Restraining Prisoners, U.S. Marshals Office, Training provided at U.S. Forestry Seminar, Spokane, Washington, March, 1991.
- Surviving One Person Patrol, U.S. Forest Service, Spokane, Washington, 1991.
- Pursuit Driving and Liability Concerns, International Association of Chiefs of Police, Minneapolis, MN, 1991.
- Law Enforcement Juvenile Issues, International Association of Chiefs of Police, Minneapolis, MN, 1991.
- Causes and Prevention of Excessive Use of Force, International Association of Chiefs of Police, Minneapolis, MN, 1991.
- The Americans With Disabilities Act and the Fair Labor Standards Act. International Association of Chiefs of Police, Minneapolis, MN, 1991.
- Jail and Prisoner Legal Issues, AELE (Americans for Effective Law Enforcement), 24-Hour course of Instruction covering Classification, Use of Force, Suicide Intervention/Prevention, Medical Care, Prisoner Rights; Course for Attorneys and Jail and Prison Commanders from throughout the USA. New Orleans, LA, 1992.
- Discipline and Labor Problems, AELE (Americans for Effective Law Enforcement), 24-Hour Course of Instruction covering Labor and Union Relations; Personnel Records; Hiring Practices including complete selection procedures; Discipline Practices; Americans with Disability Act Procedures; Sexual Harassment; Employment Discrimination; Drug and Substance Abuse, Orlando, March, 1992.
- Police Civil Liability, AELE (Americans for Effective Law Enforcement) 24-Hour course of Instruction covering issues of Use of Force, High Risk Procedures (Pursuit, Emergency Response, Firearms, Use of Deadly Force), Preparation and Defense of USC 42, 1983, Liability Claims. Las Vegas, September, 1992.
- Police Use of Excessive Force: A National Perspective. International Association of Chiefs of Police, Detroit, MI, October, 1992.
- Unauthorized Force: Who's Watching. International Association of Chiefs of Police, Detroit, MI, October, 1992.
- Legal Aspects of Use of Force Training. International Association of Chiefs of Police, Detroit, MI, October, 1992.
- Bloodborne Pathogens: (Hepatitis B) Epidemiology, Symptoms, Transmission, Prevention, Protective Equipment, Overall Policy. Florida Highway Patrol Academy, 1993.
- Police Auto Pursuit: Liability, Policy, Procedures. International Association of Chiefs of Police, St. Louis, Missouri, October 1993.

**TRAINING COURSES TAKEN (continued)**

- <u>Use of Force Continuum</u>: Applications for Training Use of Force. International Association of Chiefs of Police, St. Louis, Missouri, October, 1993.
- <u>Convenience Store Security</u>. Attorney General, State of Florida, Florida Crime Prevention Institute, February, 1994. Certification Course for Security of Convenience Stores.
- <u>Constitutional Law Issues</u>, Recent Supreme Court Decisions and Significant Federal Cases. International Association of Chiefs of Police, St. Louis, Missouri, October, 1993.
- <u>Defense and Management of Critical Liability Issues in Law Enforcement Agencies</u>. AELE, San Francisco CA, May, 1992. 3-Day Seminar covering 1983 Litigation and Defenses, Use of Force, Expert Witnesses, Failure to Protect, Risk Management, Investigation of Use of Force Claims, High Speed Pursuit Policy and Procedure, Officer Discipline, Internal Affairs.
- <u>Reducing Excessive Force</u>. International Association of Chiefs of Police, St. Louis, Missouri, October, 1993.
- <u>Health Issues for the Police Officer</u>. AIDS, Hepatitis, Blood Borne Pathogens. Policies, procedures, tactics, contamination, handling of evidence and persons. Florida Highway Patrol Academy, 1993.
- <u>Investigation and Prosecution of Environmental Crimes for Industry and Law Enforcement</u>. The American Society for Industrial Security, November, 1994, Crystal River, Florida.
- <u>Jail and Prisoner Legal Issues Seminar</u>, AELE (Americans for Effective Law Enforcement) 3-Day Seminar covering Inmate Discipline, Inmate Privacy, Suicides, Medical Care, Psychiatric/Psychological Services, Inmate Rights, Use of Force, Duty to Protect, Classification and Housing, Accreditation and National Standards, Las Vegas, NV, January, 1994.
- <u>Commercial Security</u>, Florida Crime Prevention Training Institute, Attorney General's Office. 40-Hour Certification Course for Security of Apartments, Businesses, Shopping Centers, Parking Lots, Hotels and Motels. July, 1994.
- <u>Human Diversity Retraining for All Certified Police Officers</u>. Lively Criminal Justice Academy, April, 1995. Legal and practices update on sexual harassment and hostile work environment issues and minority relations.
- <u>Police Discipline and Labor Problems</u> Seminar, AELE, Las Vegas, NV, 24-Hour Course of Instruction covering Labor and Union Relations; Personnel Records; Hiring Practices including complete selection procedures; Discipline Practices; Americans with Disability Act Procedures; Sexual Harassment; Employment Discrimination; Drug and Substance Abuse, November, 1995.
- <u>Mental Aikido</u>, (verbal Judo). Pat Thomas Regional Police Academy, 8 Hours, 1996.
- <u>Domestic Incidents: Responding when an officer is involved</u>. International Association of Chiefs of Police, Orlando, 1997.
- <u>Less Lethal Projectiles and De-Escalation</u>, International Association of Chiefs of Police, Orlando, 1997.
- Law Enforcement <u>Preparations and Operations for Major Special Events</u>, International Association of Chiefs of Police, Orlando, 1997.
- <u>Domestic Violence Response</u>: The Response to and Handling of Domestic Violence Incidents by Law Enforcement Officers, Pat Thomas Regional Police Academy, 1997.
- <u>Use of Force Principles</u>, American Society of Law Enforcement Trainers, using tactics of vanishing, adapting, tracing to improve ability to survive a deadly assault, Mobile, AL, January, 1998.
- <u>Electronic Immobilization Devices</u>, American Society of Law Enforcement Trainers, Analysis of the proper use of EID's compared to other common defensive weapons; Taser, Stun Gun, Stun belts, January, 1998.
- <u>Changing The Police Pursuit Paradigm</u>, American Society of Law Enforcement Trainers, Revision of Pursuit Training Patterns with emphasis on pursuit initiation guidelines via a proactive decision-making process, Mobile, AL, January, 1998.
- <u>Management of Mentally Ill Persons in Corrections</u>, American Society of Law Enforcement Trainers, Identifying and coping with mentally ill inmates by providing a safe environment, January, 1998.
- <u>Sudden Deaths in Police Custody</u>, American Society of Law Enforcement Trainers, Examining critical concerns of restraint related issues of sudden death and risk management strategies, Mobile, AL, January, 1998.

W. KEN KATSARIS
CURRICULUM VITAE
Page 16

**TRAINING COURSES TAKEN (continued)**

- Positional Asphyxia, American Society of Law Enforcement Trainers, Practical criteria and procedures to minimize injury to arrestees. Clarification of misconceptions, and latest research surrounding lung function, arterial blood oxygen levels and restraint positioning, Mobile, AL, January, 1998.
- Swat Liability, American Society of Law Enforcement Trainers, Tactical Team deployment and training policies; high risk warrant service and report writing after an incident, Mobile, AL, January, 1998.
- Experiencing and Investigating Police Shootings, American Society of Law Enforcement Trainers, Recognizing perceptual and cognitive distortions and understanding these distortions and their impact on officers and witnesses memories, Mobile, AL, January, 1998.
- Healing Fractures, Florida State University, School of Criminology. Two-day seminar focusing on Police Race Related Misconduct Issues and the subsequent Internal Investigation Requirements. Racial Profiling issues, Police Stops and Searches. October, 1998.
- Training Injuries: Strategies for Reduction and updates on contemporary cases. American Society of Law Enforcement Trainers, Albuquerque, NM, January, 1999.
- Force and Control Risk Management. Applying Fundamentals of Risk Control to the Relationship Between Officer Safety and Liability as it Relates to the Management of Force. American Society of Law Enforcement Trainers, Albuquerque, NM, 1999.
- The Lateral Vascular Neck Restraint (LVNR). Hands on instruction for familiarization, training methods, applications, use of force, options. American Society of Law Enforcement Trainers, Albuquerque, NM, 1999.
- Integrated Force Management. Awareness of the value of an integrated approach toward force management. American Society of Law Enforcement Trainers, Albuquerque, NM, 1999.
- Race in Law Enforcement -- Traffic Stops and Beyond. International Association of Chiefs of Police, Charlotte, NC, 1999.
- School Safety: Innovative Strategies from Lessons Learned. International Association of Chiefs of Police, Charlotte, NC, 1999.
- School Violence Prevention: A Psychological and Law Enforcement Perspective. International Association of Chiefs of Police, Charlotte, NC, 1999.
- Professional Traffic Stops. Race and the Police Response During Traffic Stops and/or Vehicle Searches. International Association of Chiefs of Police, Charlotte, NC, 1999.
- Preventing School Violence. Dissecting the Columbine High School Shootings and Applying the Lessons Learned. Quinlan Publishers, Atlanta, GA, 1999.
- Training The Most Challenged Shooters. The Difference Between Male and Female Shooters. American Society of Law Enforcement Trainers Richmond, VA, 2000.
- Handcuffing: Make Your Handcuffing Technique Work. Hands on application of handcuffs considering various techniques and issues. American Society of Law Enforcement Trainers. Richmond, VA 2000.
- Establishing a Protocol for Major Use of Force Investigations. American Society of Law Enforcement Trainers, Richmond, VA, 2000.
- Managing High Risk Law Enforcement Activity. American Society of Law Enforcement Trainers, Richmond, VA, 2000.
- Instinctively Predicting Assaultive Behavior, Physical and Verbal Cues. American Society of Law Enforcement Trainers, Richmond, VA 2000.
- Analyzing Patterns of Subject Resistance During Arrest. Analysis of subject, officer, and arrest factors with types of resistance encountered. American Society of Law Enforcement Trainers, Richmond, VA, 2000.
- O.C. Spray and "Positional Asphyxia:" Separating Fact from Fiction. By Dr. Ted. Chan. International Association of Chiefs of Police, San Diego, CA, 2000.
- Dilemma of Domestic Violence by Police Officers. Recognition, Intervention, Prevention. International Association of Chiefs of Police, San Diego, CA, 2000.
- Non Violent Crisis Intervention. Management of Disruptive, Assaultive, and Out of Control Behavior. Hospital and School Settings. Crisis Prevention Institute, New Orleans, LA, October, 2001.
- The Juvenile Sexual Offender. Recognition, Intervention, Prevention. Requirement for Certified Police/Corrections Officers. Daytona Beach Community College, Daytona Beach, FL, May, 2001.

W. KEN KATSARIS
CURRICULUM VITAE
Page 17

**TRAINING COURSES TAKEN (continued)**

- Human Cultural Diversity.  Avoiding Sexual Harassment/Hostile Work Environment Issues Considering Gender and Race.  Requirement of Certified Police/Corrections Officers.  Daytona Beach Community College, Daytona Beach, FL, May, 2001.
- Domestic Violence.  Prevention, Intervention, Referral, Restraint Orders.  Requirement of Certified Police/Corrections Officers, Daytona Beach Community College, Daytona Beach, FL, May, 2001.
- Safe and Legal Traffic Stops.  Procedures to avoid complaints of race bias claims.  Proper and safe methods of approaching and talking to stopped pedestrians, drivers of vehicles, and passengers.  Identification, stop analysis, and statistical comparisons.  Institute of Police Technology and Management, University of North Florida, Jacksonville, FL, May, 2001.
- Biased Based Policing.  Investigation of Complaints of Racial Discrimination.  International Association of Chiefs of Police, Toronto, Canada, October, 2001.
- Developing and Implementing Training Programs for Responding to the Mentally Ill.  Police Psychological Services, International Association of Chiefs of Police, Toronto, Canada, October, 2001.
- Reducing Police Use of Deadly Force through Proactive Management and Strategic Planning.  International Association of Chiefs of Police, Toronto, Canada, October, 2001.
- Deadly Force Encounters: A Study of the Biological/Psychological Issues Affecting The Body and Mind During High Stress Encounters, Dr. Alexis Artwohl, Anchorage, AK, January, 2002.
- Critical Incident Stress: Recognition and Remediation.  Anchorage, AK, January, 2002.
- Kinetic Energy Projectiles, Death, and Serious Injury.  Targeting strategies, pre-incident planning, proper selection of ammunition and weapons.  Matt Bloodgood, Anchorage Police Department Officer, Anchorage, AK, January, 2002.
- Critical Incident Response for Patrol Officers, Armed Hostage Takings, Ramdom Shootings, Actions of Responding Officers: Principles, guidelines, tactical situations, Sgt. Anthony C. Henry, Anchorage Police Department, Anchorage, AK, January, 2002.
- The Trainers Role in Lethal and Major Force Investigations, Michael P. Stone, General Counsel and Muna Busailah, Assistant General Counsel, Riverside California Sheriff's Association, Anchorage, AK, 2002.
- Fitness for Duty Evaluations: Medical and Psychological Practices and Pre-Employment Issues, International Association of Chiefs of Police, Minneapolis, MN, 2002.
- Pre-Employment Psycholgical Screening:  International Association of Chiefs of Police, Minneapolis, MN, 2002.
- Suicide Prevention: Los Angeles County Sheriff's Department Program, International Association of Chiefs of Police, Minneapolis, MN, 2002.
- Preventing Violence Against Women: A Showcase of Campus Initiatives, International Association of Chiefs of Police, Minneapolis, MN, 2002.
- Targeted School Violence, International Association of Chiefs of Police, Minneapolis, MN, 2002.
- Workplace Violence: Coping in the Aftermath of Identifying Potential Intervention Strategies, Dr. Alexis Artwohl, International Association of Chiefs of Police, Minneapolis, MN, 2002.
- Less Lethal Force Options, Major Steve Ijames, International Association of Chiefs of Police, Minneapolis, MN, 2002.
- Organized Retail Crime, Target Corporation, International Association of Chiefs of Police, Minneapolis, MN, 2002.
- Physical and Psychological Aspects of Police Shootings, International Association of Chiefs of Police, Minneapolis, MN, 2002.
- Terrorism and Drug Trafficking: A National Security Issue, International Association of Chiefs of Police, Minneapolis, MN, 2002.
- Blueprint to Combating Terrorism, International Association of Chiefs of Police, Minneapolis, MN, 2002.
- The Use of Less Lethal Force: Legal Issues and Liability, American Society of Law Enforcement Trainers, Ontario, CF 2002.
- Positional Asphyxia and Sudden Custody Deaths, Dr. Ted Chan, American Society of Law Enforcement Trainers, Ontario, CF 2002.
- Subject Movement in Shooting Situations, Dr. William J. Lewinski, American Society of Law Enforcement Trainers, Ontario, CF 2002.

W. KEN KATSARIS
CURRICULUM VITAE
Page 18

# TRAINING PROGRAMS TAUGHT: NATIONWIDE
### (in addition to the Police and Corrections Academy Instruction listed earlier)

- Florida State University, 1967. Instructor, Delinquency Control Institute. Instruction to officers from throughout U.S. assigned the investigation and counseling of troubled youth.
- University of Georgia, 1969-1978. Institute of Government, Police Science Division: Homicide, Burglary and Crime Scene Instruction to Police Specialists and Executives from throughout the United States.
- Florida Police Standards Commission, 1971-1976. Executive Development Instructor for Police Managers throughout Florida as part of the Executive Development Program.
- Florida Police Standards Commission, 1972-1976. Selected as one of four persons in the State to coordinate and supervise the offering of Management Training for Police Executives in an on-going Executive Development Program.
- University of Georgia, 1972-1976. Institute of Government, Police Science Division: Personnel and Evaluation Instructor for Police Personnel Specialist throughout U.S.A.
- Miami Police Department, 1974. Management Training for all Command Personnel (Sergeant through Assistant Chief level). Completed over a three-month period.
- Biscayne College, Miami, Florida, 1974. Management Training for Police Executives from throughout the United States.
- Florida Institute for Law Enforcement, St. Petersburg, Florida, 1974. Advanced Homicide Investigation Techniques. Police Management Training for Police Executives from throughout the United States.
- Supreme Court, State of Florida, 1978. Developed and directed a movie production to illustrate the process of justice from arrest to trial.
- Florida State University, School of Criminology, Southern Conference on Corrections, 1967-1987. Participant, lecturer and seminar leader for varied discussions and analysis of the Criminal Justice System, 1967-1990.
- Florida Highway Patrol, 1971-1981. Instructor for all phases of criminal investigation, crime scene processing, homicide and law for all recruit classes, selected executive and in-service seminars.
- Georgia Police Chiefs Association, 1979. Role of the Police Chief in Policy Formulation for Major Crime Squads.
- Florida Highway Patrol, 1981-1982. Correctional Philosophy Instructor, Recruit Training.
- University of South Florida, Department of Criminal Justice, 1979-1980. Instructor, Injury and Death Investigation Course for national participants who are specialists in the area of homicide investigations.
- State Attorney's Office, Palm Beach County, Florida, 1981. "Sex Crimes Investigations," workshop on sex, crime and children.
- Cairo Police Department, Cairo, Georgia, 1986. High Speed Pursuit Policy and Emergency Vehicle Operations. Legal Aspects of Police Use of Deadly Force. Excessive Force in Arrest Situations.
- Police Liability: Firearms, Vehicles and Equipment, Florida Highway Patrol Auxiliary Annual Training Seminar, Longboat Key, Florida, 1986.
- Collier County (Naples, Florida) Sheriff's Department (Southwest Florida Law Enforcement Training Academy) Police Organization: The Major Crime Task Force
- Pursuit Driving Policy and Procedure, Florida Highway Patrol Auxiliary, Tallahassee, 1988.
- Hillsborough County Sheriffs Department, (Tampa, FL). Hostage Negotiations and Procedures for Dealing with Barricaded Subjects, 1988.
- Volusia County Sheriffs Department, Provide training to 15 City Agencies and Volusia Sheriffs Office on Pursuit Policy and Procedure, 1989.
- Florida A&M University, Campus Police Procedures and Legal Liability. May, 1995. Program taught to all members of Campus Police Force.
- New Hampshire Municipal Association, Death and Injuries from Use of Force. Concord, NH. November, 1994. Eight hour course for all New Hampshire Police Chiefs, Commanders, Directors of Training, Agency Attorneys and Internal Affairs Investigators. Instruction included methods of restraint, use of handcuffs, flashlights, batons, electronic and chemical restraints and tactics for subject control.
- Virginia State Police: "Pursuit and Emergency Driving Procedures and Policies." Presentation to the State and Provincial Police Academy Directors representing each State Police Academy in the U.S.A. Williamsburg, VA, June 1995.

**TRAINING PROGRAMS TAUGHT: NATIONWIDE (continued)**

- Honolulu Police Department, Supervisory Training, Honolulu, Hawaii, 1997. Training on Use of Force, Pursuits and Emergency Response for over 400 Supervisors including the Administrative Review Board, Command Staff and Chief of Police.
- Georgia Association of Chiefs of Police. "Developing Community Relationships through Proper Policy and Procedure." Use of Force, Less Lethal Munitions and Weapons, Police Pursuits. Savannah, GA, July, 1998.

# CONSULTANCY, COMMITTEE AND TASK FORCE INVOLVEMENT

- Florida Police Standards Commission, 1971. Formulation of Executive Development Programs for Police Executives.
- Harper and Row Publishers, 1971. "Police: The Human Dimension". A film series for training police officers throughout the United States.
  "Police and the Community"
  "Police Use of Authority"
  "Police Ethics"
  "Police and Minorities"
  "Police Stress"
- Florida Police Standards Commission, 1972. Development of 280-hour police training program for all police officers in Florida. Member of Committee.
- Florida Board of Regents, 1972-1974. Social Work Education Project, Curriculum Advisory Committee.
- Florida Board of Regents, 1972-1974. Juvenile Delinquency Project Advisory Committee.
- John Wiley Publishers, 1973. Development of Criminal Justice Texts for Colleges and Universities.
- Florida Police Standards Commission, 1974. Development of 320-hour police training program for all police officers in Florida. Member of Committee.
- Ocala Police Department, Ocala, Florida, 1974. Training needs assessment.
- Tallahassee Police Department, Tallahassee, Florida, Patrol Procedures/Deployment.
- Tallahassee Police Department, Tallahassee, Florida, 1974-1976. Retained to construct, administer and grade promotional examinations for all ranks; also to chair Oral Board Examinations and coordinate the grading for all Oral Board Examinees.
- Florida Department of Education, 1974-1976. Criminal Justice Common Course Numbering Task Force.
- Juvenile Justice and Delinquency Task Force, 1978-1983. Appointed by Governors Askew and Graham to Task Force to consider innovative approaches for working with troubled and criminal youth.
- Northwest Florida Criminal Justice Advisory Council, 1977-1981. Appointed by Governor Askew to membership on Council. Reappointed to Council by Governor Graham in 1979.
- Florida Corrections Standards Council, 1977-1981. Appointed by Governor Askew as Commissioner. Reappointed by Governor Graham.
- State of Florida, Human Rights Advocacy Committee for Mental Retardation, 1978-1982.
- Pinellas County Sheriff's Department, 1981. Chairman, Oral Board Examinations for the positions of Correctional Sergeant and Lieutenant, Pinellas County Jail, Clearwater, Florida.
- Florida Criminal Justice Standards and Training Commission, 1981-1982. Development of 320-hour basic training program for state and local Correctional Officers. Member of Committee.
- Governor's Office, State of Florida, Florida 2000: Creative Crime Control -- 1982. Governor's Appointment to Governor's Challenge Program.
- Apalachee Community Mental Health, Inc., 1983-1986. Properties Board. (Vice President 1985-87). Community mental health issues and concerns involving the alcoholic, mental and sexual offender.
- Cairo Police Department, Cairo, Georgia, 1986. Development of Policy and Procedure Manual and Management Review.
- Columbus Georgia Police Department, 1987. Assessor for promotion to rank of Sergeant, Lieutenant and Captain.
- Florida Highway Patrol, Appointed to Statewide Policy Committee to Review and Update all FHP Policies and Procedures, 1988.

**CONSULTANCY, COMMITTEE AND TASK FORCE INVOLVEMENT (continued)**

- Volusia County Sheriffs Department, Retained to Develop and Implement a County-Wide Pursuit Policy to be Used by all 15 Police Agencies within the County when Pursuits Cross Jurisdictional Boundaries.
- City of Perry Florida, Review of Management, Policies and Procedures of Perry Police Department for Recommended Changes, 1989.
- Private Security Advisory Council, Florida Department of State, Review of Firearms Policies Throughout U.S. and Development of Training Program and Manual on Firearms Use and Civil Liability for Use of Deadly Force, 1987-1990.
- Florida Highway Patrol, review of all police involved shootings by State Troopers occurring prior to 1981 for training implications. 1985.
- Florida Department of Corrections, Member, Probation and Restitution Center Advisory Committee Member, 1991-1996.
- Volusia County Sheriffs Office, retained to develop policy for training and deployment of Department K-9 units, 1993.
- Florida Highway Patrol, Review and Advise Director and Command Staff on Policy and Use of Chemical Restraining Spray (OC) in Department Certification Training, 1996.
- Pinellas Park Florida Police Department, Vehicle Stops and Subject Extraction in High Risk Stops, 1996.
- Apalachee Center for Human Services, Security Survey and on-going consultancy on Hospital Security for Receiving Patients under Florida's Emergency Commitment Act, 1996-Present.
- Honolulu Police Department, Honolulu, Hawaii: 1997. Policy Review and Revision on Procedures for Pursuit and Use of Force, including Police Batons, Chemical Sprays, and Emergency Response.
- Kansas City, Missouri Police Department. Evaluation and Analysis of Police Vehicle Accidents, Driver Training, Pursuit Driving Policy and Procedure, Emergency Driving Policy and Procedure, and Non-emergency Driving Practices. October 1998 - May 1999.
- Los Angeles County Sheriff's Office. Review of Mens Central Jail Facility. Physical facilities, inmate relations, staff deployment, medical and recreation access, treatment of the special confinement prisoners. January 2000 - Present. (Chief County Counsel Kevin Brazile)

# PUBLICATIONS, PRESENTATIONS, PAPERS

- Crime Scene Investigators Handbook. Guide developed for St. Petersburg Police Crime Scene Unit, St. Petersburg, Florida, 1963.
- Corrections Education in the U.S. and Canada. Tallahassee Community College Press, 1969.
- "The Dilemma of Jail Suicide." Paper presented to Lambda Alpha Epsilon (LAE) National Law Enforcement Fraternity, Tallahassee Community College, 1970.
- An Exploratory Study of Police Recruit Training in Florida as Mandated by the Police Standards Act of 1967. Unpublished Masters Thesis, Florida State University, 1971.
- College Courses and Programs Applicable Toward State Salary Incentive Program. Florida Police Standards and Training Commission, 1972.
- Statewide Mandatory 280-Hour Police Recruit Training Program (Nine participants), 1972.
- "Current Trends in Corrections and Law Enforcement Education." Paper presented at the 1972 Annual Conference of the North Carolina Department of Community Colleges.
- "Deployment of Legal Advisors in Criminal Justice Agencies." Paper presented at the Florida State University Law School, 1972.
- "Police Performance Evaluation." Paper presented at National Police Supervision Workshop, University of Georgia, Police Science Division, November 20, 1974.
- Evidence and Procedure in the Administration of Justice. New York, John Wiley Publishers, 1975. Textbook used in over 25 states and 100 colleges for teaching Police and Correctional Officers the legal aspects of evidence.
- "Bank Robbery Prevention and Hostage Procedures." Presentation to Capital City Bank Group, Tallahassee, Florida, 1977.
- "Bank Robbery Prevention and Hostage Procedures." Presentation to Flagship Banks, Tallahassee, Florida, 1977.

W. KEN KATSARIS
CURRICULUM VITAE
Page 21

## PUBLICATIONS, PRESENTATIONS, PAPERS (continued)

- "Security Analysis, Review and Training."  Presentation to Tallahassee Mall Merchants Association, Tallahassee, Florida, 1978.  Northwood Mall Merchants Association, Tallahassee, Florida, 1979.  Over 50 small businesses, 1977-1980.
- "Building and Perimeter Security."  Evaluation and presentation to Anheuser-Busch, Inc., Chenoweth Distributors, Tallahassee, Florida 1978.
- "Building and Visitor Protection and Security."  Presentation to Capitol Security Force, State of Florida, 1978.
- "Construction Site Security Procedures."  Presentation to Tallahassee Builders Association, Tallahassee, Florida, 1979.
- "Home Security and Personal Protection," Presentation to Killearn Homeowners Association, Miccosukee Homeowners Association, Woodville Men's Club, Lafayette Homeowners Association, Tallahassee, Florida, 1978-1980.
- Policy and Procedures Manual for Deputy Sheriffs, Leon County, Tallahassee, Florida, Sheriffs Department, Tallahassee, Florida, 1978.
- Policy and Procedures Manual for Correctional Officers, Leon County Sheriffs Department, Tallahassee, Florida, County Jail, 1978.
- Crime Prevention Brochures, Leon County, Tallahassee, Florida, Sheriffs Department, 1979.
  - "Home Security"
  - "Operation Identification"
  - "Apartment Security"
  - "Vacation Tips"
  - "Home Fire Safety"
  - "Babysitting Safety Tips"
- Statewide Mandatory 320-Hour Training Program for Police Recruits, one of 10 participants that decided the content and skills training subjects for recruits, 1981.
- "Mental Health and Local Public Policy," Florida Council for Mental health, Inc., Seminar for Local Government, 1981.
- Statewide Mandatory 320-Hour Training Program for Correctional Officers, one of twelve participants that decided the content and skills training subjects for recruits, 1982.
- "Police and Jail Practices and Procedures," The Ohio Academy of Trial Lawyers, 1985.  Presented at Cincinnati, Ohio, Columbus, Ohio, Avon Lake, Ohio.
- Policy and Procedures Manual, Cairo Police Department, Cairo, Georgia, 1986.
- "The Impact of Litigation of Managerial Reform: The Corrections Case." 31st Annual Southern Conference on Corrections, 1986.  Presentation to National Participants.
- "The Humane Jail that Meets the Standards."  31st Annual Southern Conference on Corrections, 1986. Presentation to National Participants.
- "The American Corrections Association's Policy Initiatives."  (Discussant).  32nd Annual Southern Conference on Corrections, 1987.  Presentation to National Participants.
- "Jail Suicide Prevention/Intervention." Southern Conference on Corrections, 1989. Presentation to National Participants.
- "Development and Use of Expert Witnesses," presented to the Private Investigators association of Florida, Orlando, 1991.
- Police Pursuit: Governmental Liability for Pursuits and Pursuit Related Accidents.  South Carolina Trial Lawyers Association, Annual Auto Torts Seminar, Atlanta, GA, December, 1992.
- Police Use of Force and Police Pursuit Issues, Procedures, Investigation of Event.  National Association of Legal Investigators, Atlanta, GA, April 1997.
- Civil Claims of Police Use of Force.  National Association of Legal Investigators, New Orleans, LA, September, 1997.
- Police Policy and Procedures for Pursuit and Use of Force, National Association of Legal Investigators, Detroit, MI, 1997.

W. KEN KATSARIS
CURRICULUM VITAE
Page 22

# HONORS

- Selected as Criminal Justice Educator of the Year, State of Florida, by the Florida Criminal Justice Educators Association, 1976.
- Selected as Outstanding Young Man of Florida by Florida Jaycees, 1977.
- Selected as Outstanding Young Man of Tallahassee by Tallahassee Jaycees, 1977.
- Recognized by the President of Tallahassee Community College for ten consecutive years of service and employment, and innovations in the teaching of police and corrections courses.
- Recognized as the first Sheriff to instruct Florida Highway Patrol recruits at the Florida Highway Patrol Academy, 1977.
- Recognized by Temple Baptist Church as Outstanding Law Enforcement Officer of the Year on Law Day, 1977.
- Recognized by U.S. News and World Report, in article "Our Frontier-Style Sheriffs Are Vanishing." One of three Sheriffs recognized from the U.S., March 5, 1979.
- Recognized by The New York Times, in Article titled "He's Still in Charge, But The Southern Sheriff is Changing," July 6, 1978.
- Recognized as Law Enforcement Administrator of the Year for the State of Florida by the Florida Frontier Club, 1980.
- Recognized by Governor Graham as Volunteer and for Outstanding Service to Clients and Programs of the Department of HRS, State of Florida, 1980-1981.
- Selected by Florida Council on Crime and Delinquency, Tallahassee Chapter, as nominee for Law Enforcement administrator of the Year Award, State of Florida, 1980.
- Appointed Kentucky Colonel, 1980.

# PROFESSIONAL MEMBERSHIPS

- Florida Sheriff's Association, Vice Chairman, Legislative Committee, 1977-1981.
- International Association of Chiefs of Police. Member, 1968-Present. Education and Training Committee, 1968-1978.
- National Academy of Police Specialists, 1982-1990. Elected Vice President, 1984. Elected President, 1986.
- National Sheriff's Association (Life Member).
- Florida Association of Police Chiefs. Member, 1968-Present. Education and Training Committee, 1968-1980.
- North Florida Association of Police Chiefs, 1970-1972.
- Florida Association of Criminal Justice Educators, 1969-Present. Founder of Association, 1969. President, 1972-1973, 1973-1974. Board of Directors, 1974-1975. recognized as Educator of the Year, 1976.
- Lambda Alpha Epsilon, Professional Criminal Justice Fraternity. Faculty Advisor, 1970-1972.
- Southeastern Association of Criminal Justice Educators, 1972-1977.
- Florida Association of Community Colleges, 1967-1977.
- Florida Council on Crime and Delinquency, 1971-1982, 1991-present.
- International Association of Auto Theft Investigators Membership #302, 1977-1980.
- National Association for Crime Prevention Practitioners (NCPI), 1978. (Founding Member)
- Florida Network of Victim/Witness Services, 1981-1982.
- American Correctional Association, Present.
- North American Association of Wardens and Superintendents, Present.
- International Association of Correctional Officers, Present.
- American Jail Association, Present.
- American Society for Industrial Security, Present.
- Florida Jail Association, 1992 - Present.
- International Narcotic Enforcement Officers Association, Present.
- Legal Officers Section, International Association of Chiefs of Police, Present.
- Campus Police Section, International Association of Chiefs of Police, Present.
- National Criminal Justice Association, 1993-Present.
- International Narcotic Officers Association, 1993-Present.

W. KEN KATSARIS
CURRICULUM VITAE
Page 23

**PROFESSIONAL MEMBERSHIPS (continued)**

- National Association of Chiefs of Police, 1992-1995.
- American Society of Law Enforcement Trainers, Present.

# COMMUNITY INVOLVEMENT

- Capital City Lions Club, 1975.
- Tallahassee Lions Club, 1975-1981.
- Boy Scouts of America, Scouting Coordinator, 1977-1981.
- Tallahassee Jaycees, 1977-1982.
- Capital City Jaycees, 1976-1981.
- Tallahassee Area Chamber of Commerce, 1978-1990.
- Tallahassee Torch Club, 1974-1981.
- Apalachee Community Mental Health Association Services, Inc., Board of Directors, 1976-1980.
- Apalachee Center for Human Services, Board of Directors, 1992 - Present. Chairman of the Board, 1997-1998.
- Tiger Bay Club of Tallahassee, 1974-Present.
- American Cancer Society, Board of Directors, 1975-1981.
- Springtime Tallahassee, 1974-1984.
- Florida State University Theatre Patron, 1978-1980.
- Quarterback Club of Tallahassee, 1977-1979.
- Tallahassee Urban League, 1978-1981.
- Seminole Football Booster, 1968-Present.
- Apalachee Community Mental Health Services Properties Board, 1981-Present. Elected Vice President, 1984.
- Advisory Board for WFSU-TV (Public Broadcasting System), 1977-1986.
- United Way Fund Chairman, Leon County Employees, 1979.
- Florida Sheriff's Youth Fund, Corp., 1977-1980.
- Cancer Fund Drive Chairman, Leon County Employees, 1978.
- Governor's Club of Florida, 1981-Present (Founding Member).
- Numerous speaking engagements before civic and professional organizations as well as television and radio presentations on areas of community and state concerns, 1967-Present.
- Leon County Democratic Executive Committee, 1976-1980.
- Apalachee Community Mental Health Services Properties Board, President, 1994-1995.

(April, 2003)