| ☐ Juvenile Involved | **GULFPORT POLICE DEPARTMENT** <br> **NARRATIVE REPORT** | Case Number <br> 05-007303 |
|---|---|---|

| ☐ Original Report <br> ☒ Offense Supplement <br> ☐ Custody Supplement <br> ☐ Follow-up Report <br> ☐ Other | Type Offense / Incident <br> DOMESTIC VIOLENCE (SIMPLE ASSAULT REQ. MEDICAL) TRESPASSING <br> MALICIOUS MISCHIEF SIMPLE ASSAULT | | Date of This Report <br> 02/26/2005 | Date of Original Report <br> 02/26/2005 | Zip Code <br> 39501 | Area <br> A3 |
|---|---|---|---|---|---|---|
| | Suspect/Victim Name <br> CNALES, NIDA MICHELLE; PHILLIPS, EARNEST EARL | | Complaint Numbers of Connected Cases <br> NONE | | | |

| Status* | Qty | Article | Brand, Make or Manufacturer | Model Name or Number | Description (Color, Size, Etc) | Serial Number and/or OAN | Value |
|---|---|---|---|---|---|---|---|

ON 02/26/05, APPROX. 0113 HRS., OFFICER DYE 193 AND I RESPONDED TO 2207 31ST ST IN REFERENCE TO A FIGHT. UPON ARRIVAL WE MADE CONTACT WITH B/F NIDA MICHELLE CNALES. SHE ADVISED THAT B/M BOBBY JOE GOLDEN ENTERED HER RESIDENCE BY SHATTERING THE GLASS ON THE REAR SLIDING DOOR AND PHYSICALLY ASSAULTED HER. I THEN WENT TO THE DEN WHERE I OBSERVED GOLDEN LYING FACE DOWN ON THE FLOOR BLEEDING FROM THE MOUTH. I ALSO OBSERVED SEVERAL CUTS ON GOLDEN'S FACE AND NECK. CNALES ADVISED THAT GOLDEN GOT THE INJURIES WHEN ATTEMPTED TO ASSAULT B/M EARNEST EARL PHILLIPS WHO WAS IN THE RESIDENCE WITH HER. CNALES STATED THAT AFTER BREAKING THE SLIDING DOOR GOLDEN CAME TO THE BEDROOM AND BEGAN BEATING ON THE DOOR. AT THAT TIME GOLDEN WAS TOLD TO LEAVE AND REFUSED. CNALES STATED THAT GOLDEN GAINED ENTRY TO THE BEDROOM BY KICKING THE DOOR. CNALES ADVISED THAT GOLDEN THEN BEGAN TO ASSAULT HER BY PUNCHING HER IN THE FACE WITH A CLOSED FIST. CNALES STATED THE SHE MOMENTARILY GOT AWAY FROM GOLDEN AND CALLED THE POLICE. SHE STATED THAT GOLDEN THEN ATTEMPTED TO ASSAULT HER AGAIN. PHILLIPS STATED THAT GOLDEN THEN ASSAULTED HIM BY GRABBING HIS SHIRT AND PUNCHING HIM WITH A CLOSED FIST. PHILLIPS STATED THAT HE PUNCHED GOLDEN SEVERAL TIMES IN AN ATTEMPT TO GET HIM OFF. GOLDEN WAS INTOXICATED TO THE POINT THAT HE DEFECATED AND URINATED ON HIMSELF. GOLDEN WAS VERBALLY ABUSIVE TOWARDS OFFICERS ON THE SCENE AND THREATENED TO KILL PHILLIPS. CNALES WAS TRANSPORTED TO MEMORIAL HOSPITAL TO RECEIVE TREATMENT FOR A LARGE CONTUSION ON HER FOREHEAD. CNALES AND WERE IN AN INTIMATE RELATIONSHIP AT THE TIME OF THE INCIDENT.

**OFFENSE STATUS**

| Reporting Officer: ID# 6620 Name M. JOSEPH | OPEN | CLOSED | |
|---|---|---|---|
| Reviewing Supervisor: ID# Name | ☐ Suspended / Inactive | ☒ Cleared Adult Arrest | ☐ Unfounded |
| Detective Assigned: ID# Name | ☐ Patrol Follow-up | ☐ Cleared Exceptional Adult | ☐ Referred To Family Court |
| *Status: E - Evidence  S - Stolen  R - Recovered  D - Damaged | ☐ Detective Follow-up | ☐ Cleared Juvenile Arrest | ☐ Referred To Justice Court |
| Evidence Disposition: ☐ Property Room ☐ Court ☐ Detectives ☐ Returned To Owner | Signed Affidavit? | ☐ Cleared Exceptional Juvenile | ☐ Referred to Other: |
| Attachments: ☒ Suspect Report ☒ Narrative ☒ Custody ☐ Vehicle Inventory <br> ☐ Property Invoice ☐ NCIC Printout ☒ Other: DVS | ☒ Yes ☐ No <br> ☐ Will Sign Later | ☐ Other Cleared Exception | |

EXHIBIT "B"

White – Original/Records   Yellow – Detectives/Court   Gold – Patrol   Pink Narrative Report

Page 04 of 05

Gulfport Police D   Investigation File 0006