```
1          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
2                     SOUTHERN DIVISION

3

4    BOBBY J. GOLDEN,
          Plaintiff,
5
     VERSUS                    CAUSE NO: 1:06cv1006LG-JMR
6

7    HARRISON COUNTY, MISSISSIPPI;
     SHERIFF GEORGE PAYNE,
8    OFFICIALLY AND IN HIS
     INDIVIDUAL CAPACITY; LEE OATIS
9    JACKSON, OFFICIALLY AND IN HIS
     INDIVIDUAL CAPACITY; MAJOR
10   DIANNE GASTON-RILEY,
     OFFICIALLY AND IN HER
11   INDIVIDUAL CAPACITY; CAPTAIN
     RICK GASTON, BOOKING
12   SUPERVISOR, OFFICIALLY AND IN
     HIS INDIVIDUAL CAPACITY;
13   CAPTAIN PHILLIP TAYLOR,
     OFFICIALLY AND IN HIS
14   INDIVIDUAL CAPACITY; JOHN DOES
     1-5, OFFICIALLY AND IN THEIR
15   INDIVIDUAL CAPACITY,
          Defendants.
16

17

18            **DEPOSITION OF BOBBY J. GOLDEN**

19       Taken at the offices of Dukes, Dukes,
         Keating & Faneca, P.A., 2909 13th
20       Street, Sixth Floor, Gulfport,
         Mississippi, on Friday, February 15,
21       2008, beginning at 9:56 a.m.

22

23

24                        EXHIBIT

25                         "D"
```

EXHIBIT "D"

SIMPSON BURDINE & MIGUES  (228) 388-3130

```
 1   block.
 2        Q.   That was with officer Jackson?
 3        A.   That was with Officer Jackson.
 4        Q.   Okay.
 5        A.   So Officer Jackson asked me to talk to
 6   him outside on the yard, recreation area.
 7        Q.   And then what occurred?
 8        A.   He started putting on his gloves, and he
 9   say, I told you to stay away from my girlfriend,
10   what you fighting in front of my children for.
11        Q.   Do you know if the children were
12   present?
13        A.   Are you talking about the domestic
14   violence?
15        Q.   Yes.
16        A.   No.
17        Q.   Were they in the house?
18        A.   Yes, they was in the house.
19        Q.   But they weren't present?
20        A.   No.  They was on the other side of the
21   house.
22        Q.   So he put on his black gloves?
23        A.   Uh-huh.
24        Q.   Continue on.  What else did he say to
25   you?
```

1  A.   Started punching me in my ribs and
2  stomach.  I fell down, and he started kicking me.
3  Q.   Okay.
4  A.   So then he picked me up, he told me, he
5  say, get up, get up.  So I was scared to get up
6  because I thought he was going to start back
7  punching and kicking.  So he picked me up and
8  brought me back in the -- in the area.  And then I
9  didn't want to go back into that cell block
10 because I thought the juveniles was going to jump
11 on me, thought he was, you know, going to make
12 them jump on me again.
13 Q.   Okay.  Were you resisting?
14 A.   No.  I wasn't resisting.
15 Q.   Okay.
16 A.   And then he say, lock him up in
17 isolation, and that's when I started resisting
18 because I said, no, I'm not going to no isolation.
19 I figured you go to isolation -- isolation is
20 pretty bad.
21 Q.   What do you mean it's bad?
22 A.   You isolated.
23 Q.   Okay.  But you started resisting at that
24 point?
25 A.   Yeah.